IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MATTHEW PHILLIBEN, individually and on behalf of all others similarly situated; and BYRON McKNIGHT, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC. a Delaware Corporation; and RASIER, LLC, a Delaware Limited Liability Company, <br><br> *Defendants*. | Case No. 4:14-cv-05615 <br><br> **STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE [L.R. 6-1(a)]** <br><br> Action Filed: December 23, 2014 |

1  Plaintiffs Matthew Philliben and Byron McKnight ("Plaintiffs") and Defendants Uber
2 Technologies, Inc. and Rasier, LLC ("Defendants"), by and through their undersigned counsel,
3 and pursuant to L.R. 6-1(a), hereby stipulate and agree to continue Defendants' responsive
4 pleading deadline by twenty-one days, through and including February 19, 2015. In support of the
5 instant stipulation, the Parties state as follows:
6  WHEREAS, on December 23, 2014, Plaintiffs filed their putative class action Complaint
7 against Defendants;
8  WHEREAS, Plaintiffs served Defendants with the Summons and Complaint on January 8,
9 2015;
10  WHEREAS, if Defendants' responsive pleading is a motion of any kind, Defendants will
11 agree with Plaintiffs on a mutually convenient briefing schedule and hearing date;
12  WHEREAS, Civil Local Rule 6-1(a) provides that parties may stipulate in writing, without
13 a court order, to extend a defendant's time to answer or otherwise respond to a plaintiff's
14 complaint, provided that the change will not alter the date of any event or deadline already fixed
15 by court order;
16  WHEREAS, the Parties' proposed extension of Defendants' responsive pleading deadline
17 will not change or alter the date of any event or any deadline already fixed by court order;
18  WHEREAS, Defendants respectfully reserve the right to seek additional time to respond to
19 the complaint, if necessary and for good cause shown, so long as any such request does not cause
20 the response deadline for this case to extend beyond the response deadline for later-filed, related
21 cases;
22  NOW THEREFORE, the Parties hereby STIPULATE and AGREE that Defendants'
23 deadline to answer or otherwise respond to Plaintiffs' Complaint is extended through and including
24 February 19, 2015.
25  IT IS SO STIPULATED.
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  January 28, 2015 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/  A. Matthew Ashley |
| 5 | | A. Matthew Ashley<br>Attorney for Defendants |
| 6 | Dated:  January 28, 2015 | ARIAS, OZZELLO & GIGNAC, LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/  Mike Arias |
| 10 | | Mike Arias<br>Alfredo Torrijos<br>Attorneys for Plaintiffs |

1 **ECF ATTESTATION**

2     I, Justin N. Owens, am the ECF user whose ID and password are being used to file this

3 STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE.  I

4 hereby attest that I have on file all holographic signatures corresponding to any signatures

5 indicated by a conformed signature (/s/) within this efiled document.

6                             By:     /s/  Justin N. Owens

7                                     Justin N. Owens

- 4 -

3228093.3 02        STIP. TO EXTEND DEFS' RESPONSIVE PLEADING DEADLINE