IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Justin N. Owens (254733)
jowens@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW PHILLIBEN, individually and on behalf of all others similarly situated; and BYRON McKNIGHT, individually and on behalf of all others similarly situated,<br><br>                              *Plaintiffs*,<br><br>         vs.<br><br>UBER TECHNOLOGIES, INC. a Delaware Corporation; and RASIER, LLC, a Delaware Limited Liability Company,<br><br>                              *Defendants*. | Case No. 4:14-cv-05615-JST<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**<br><br>Action Filed: December 23, 2014 |

1    TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION:

2    PLEASE TAKE NOTICE THAT: Andra Barmash Greene will appear in this matter, in

3 addition to those who have previously appeared as counsel on behalf of Defendants UBER

4 TECHNOLOGIES, INC. and RASIER, LLC.

5

6 Dated: February 3, 2015                    IRELL & MANELLA LLP

7

8
                                            By: /s/ Andra Barmash Greene
9                                               Andra Barmash Greene
                                                Attorney for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28