United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PHILLIBEN, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 14-cv-05615-JST

**ORDER**

Re: ECF No. 30

Pursuant to the parties' stipulation, the case management conference currently scheduled for April 15, 2015, is hereby rescheduled to June 24, 2015, at 2:00 p.m. A case management statement shall be due June 10, 2015. The parties' deadlines to act under Rule 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are hereby extended and discovery stayed. The parties shall conduct the Rule 26(f) conference at least 21 days before the rescheduled case management conference.

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
JON S. TIGAR
United States District Judge