UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PHILLIBEN, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 14-cv-05615-JST

**ORDER**

Re: ECF No. 32

Pursuant to the parties' stipulation, ECF No. 32, the Court orders as follows:

The briefing schedule on Defendants' Motion to Stay Proceedings Pending Arbitration, ECF No. 25, for which a hearing is currently scheduled for May 21, 2015, is modified as follows: Plaintiffs' opposition to Defendants' Motion to Stay Proceedings Pending Arbitration will be due on May 13, 2015, and Defendants' reply thereto will be due on May 26, 2015. The hearing on Defendants' motion will be rescheduled for June 11, 2015, at 2:00 p.m. The case management conference will be scheduled for July 22, 2015, at 2:00 p.m.; the case management statement will be due on July 8, 2015, and the parties' deadline to act under Federal Rule of Civil Procedure 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), will be extended accordingly and discovery shall remain stayed.

IT IS SO ORDERED.

Dated: April 21, 2015

                    JON S. TIGAR
              United States District Judge