IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW PHILLIBEN, individually and on behalf of all others similarly situated; and BYRON McKNIGHT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; and RASIER, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No. 3:14-cv-05615-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING MEDIATION<br><br>Judge:   Hon. Jon S. Tigar |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3446474

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:14-cv-05615-JST)

1    Plaintiffs Matthew Philliben and Byron McKnight ("Plaintiffs") and Defendants Uber
2 Technologies, Inc. and Raiser, LLC ("Uber") (collectively with Plaintiffs, the "Parties"),
3 respectfully move this Court to enter a stipulation staying the current litigation for 60 days due to
4 pending settlement negotiations between the Parties. In support of this stipulation, the Parties
5 state:
6    WHEREAS, in order to resolve this dispute, the Parties are engaging in settlement
7 negotiations and believe that a compromise can be reached;
8    WHEREAS, the Parties have scheduled a mediation session with the Hon. Carl J. West
9 (Ret.) for August 4, 2015;
10   WHEREAS, in order to facilitate the Parties' settlement discussions, the Parties request
11 and stipulate to a 60 day stay of the case and all currently scheduled hearings and deadlines;
12   WHEREAS, the Parties jointly desire to avoid further expenditure of the Court's resources
13 or their own resources on this litigation pending completion of the agreed-upon mediation;
14   WHEREAS, no Scheduling Order has been entered for the case;
15   WHEREAS, the hearing on Uber's Motion to Stay Proceedings Pending Arbitration is
16 currently scheduled for July 2, 2015;
17   WHEREAS, a Case Management Conference is currently scheduled for July 22, 2015;
18   NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
19 STIPULATED by and between the Parties that, subject to Court approval, all scheduled deadlines
20 and hearings be continued for 60 days pending mediation between the Parties; the currently
21 scheduled July 2, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration be
22 continued until at least August 27, 2015; the currently scheduled July 22, 2015 Case Management
23 Conference be continued until at least September 16, 2015; and the parties will file a Joint
24 Statement regarding the status of the settlement following the mediation.
25   **IT IS SO STIPULATED.**

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3446474

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:14-cv-05615-JST)

| | | |
|---|---|---|
| 1 | Dated: June 29, 2015 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | By: /s/ A. Matthew Ashley |
| 4 | | A. Matthew Ashley |
| 5 | | Attorneys for Defendant Uber Technologies, Inc. and Rasier, LLC |
| 6 | | |
| 7 | Dated: June 29, 2015 | ARIAS, OZZELLO & GIGNAC, LLP |
| 8 | | |
| 9 | | By: /s/ Mike Arias |
| 10 | | Mike Arias |
| 11 | | Alfredo Torrijos Nicholas A. Coulson Steven Liddle |
| 12 | | Attorneys for Plaintiffs |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3446474

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:14-cv-05615-JST)

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS**:

All scheduled deadlines and hearings are continued for 60 days pending mediation between the Parties. The currently scheduled July 2, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration is continued until August 27, 2015. The currently scheduled July 22, 2015 Case Management Conference is continued until September 16, 2015, and the parties' deadline to file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the conference of the parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are extended accordingly and discovery shall remain stayed. The parties will update the Court on the status of the settlement following the mediation.

Dated: __June 29, 2015_____

Honorable _____
United _____

IT IS SO ORDERED
Judge Jon S. Tigar

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3446474

JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING MEDIATION (Case No. 3:14-cv-05615-JST)

- 3 -

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY PENDING MEDIATION. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:    /s/ Nathaniel Lipanovich

Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3446474

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
TEMPORARY STAY PENDING MEDIATION (Case No.
3:14-cv-05615-JST)