IRELL & MANELLA LLP
Andra Barmash Greene (123931)
agreene@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW PHILLIBEN, individually and on behalf of all others similarly situated; and BYRON McKNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; and RASIER, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:14-cv-05615-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR SECOND TEMPORARY STAY PENDING MEDIATION<br><br>Judge: Hon. Jon S. Tigar |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459750

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:14-cv-05615-JST)

1  Plaintiffs Matthew Philliben and Byron McKnight ("Plaintiffs") and Defendants Uber
2  Technologies, Inc. and Raiser, LLC ("Uber") (collectively with Plaintiffs, the "Parties"),
3  respectfully move this Court to enter a stipulation staying the current litigation for an additional
4  four weeks due to pending settlement negotiations between the Parties and the need for informal
5  discovery.  In support of this stipulation, the Parties state:
6  WHEREAS, this Court granted the Parties' Joint Stipulation and [Proposed] Order for
7  Temporary Stay Pending Mediation on June 29, 2015 (Dkt. No. 49);
8  WHEREAS, the Parties are working to gather and exchange informal discovery prior to
9  their mediation but will be unable to exchange all requested information prior to the previously
10 scheduled August 4, 2015 mediation session with the Hon. Carl J. West (Ret.);
11 WHEREAS, the Parties have filed a Stipulation and Protective Order to govern the
12 exchange of information in this case (Dkt. No. 50);
13 WHEREAS, the Parties have re-scheduled the mediation session with the Hon. Carl J.
14 West (Ret.) for August 24, 2015 so that the Parties can exchange and review informal discovery
15 prior to the mediation date;
16 WHEREAS, the Parties jointly desire to avoid further expenditure of the Court's resources
17 or their own resources on this litigation pending completion of the agreed-upon mediation;
18 WHEREAS, no Scheduling Order has been entered for the case;
19 WHEREAS, the hearing on Uber's Motion to Stay Proceedings Pending Arbitration is
20 currently scheduled for August 27, 2015;
21 WHEREAS, a Case Management Conference is currently scheduled for September 16,
22 2015;
23 NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY
24 STIPULATED by and between the Parties that, subject to Court approval, all scheduled
25 deadlines and hearings be continued for 28 days pending mediation between the Parties; the
26 currently scheduled August 27, 2015 hearing on the Motion to Stay Proceedings Pending
27 Arbitration be continued until at least September 24, 2015; the currently scheduled September 16,
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459750

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:14-cv-05615-JST)

1  2015 Case Management Conference be continued until at least October 14, 2015; and the parties
2  will file a Joint Statement regarding the status of the settlement following the mediation.
3  **IT IS SO STIPULATED.**

Dated:  July 29, 2015                          IRELL & MANELLA LLP


                                               By:  /s/ A. Matthew Ashley
                                                    A. Matthew Ashley
                                                    Attorneys for Defendant
                                                    Uber Technologies, Inc. and Rasier, LLC


Dated:  July 29, 2015                          ARIAS, SANGUINETTI, STAHLE &
                                               TORRIJOS, LLP


                                               By:  /s/ Mike Arias
                                                    Mike Arias
                                                    Alfredo Torrijos


                                                    LIDDLE & DUBIN, P.C.
                                                      Steven D. Liddle
                                                      Nicholas A. Coulson

                                                    Attorneys for Plaintiffs

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459750

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:14-cv-05615-JST)

1  **PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS**:

2  All scheduled deadlines and hearings are continued for 28 days pending mediation between the Parties. The currently scheduled August 27, 2015 hearing on the Motion to Stay Proceedings Pending Arbitration is continued until September 24, 2015. The currently scheduled September 16, 2015 Case Management Conference is continued until October 14, 2015, and the Parties' deadline to file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the conference of the Parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are extended accordingly and discovery shall remain stayed. The Parties will update the Court on the status of the settlement following the mediation.

Dated:  August 3, 2015

_____
Honorable Jon S. Tigar
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459750

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:14-cv-05615-JST)

- 3 -

**ECF ATTESTATION**

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR SECOND TEMPORARY STAY PENDING MEDIATION.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:   /s/  Nathaniel Lipanovich

Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3459750

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR
SECOND TEMPORARY STAY PENDING MEDIATION
(Case No. 3:14-cv-05615-JST)