1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PHILLIBEN, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No.  14-cv-05615-JST

**ORDER GRANTING JOINT STIPULATION REQUESTING THIRD TEMPORARY STAY PENDING FURTHER MEDIATION**

Re: ECF No. 57

The jointly stipulated request for a third temporary stay pending further mediation is granted.  See ECF No. 57.  The parties have requested that the hearing on Defendants' Motion to Stay Proceedings Pending Arbitration, ECF No. 25, be continued to November 5, 2015.  The Court hereby continues the hearing on Defendants' motion to the next available date of November 19, 2015 at 2:00 p.m.  Pursuant to the parties' stipulation, the Court continues the Case Management Conference to December 2, 2015 at 2:00 p.m.  The parties' deadlines to file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the conference of the Parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are extended accordingly and discovery shall remain stayed.

IT IS SO ORDERED.

Dated: September 17, 2015

_____
JON S. TIGAR
United States District Judge