*[Counsel of Record Listed on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, individually and on behalf of all others similarly situated; and BYRON McKNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; and RASIER, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:14-cv-05615-JST<br><br>HON. JON S. TIGAR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON SETTLEMENT DISCUSSIONS AND REQUESTING EXTENSION OF TEMPORARY STAY** |

Mike Arias (CSB# 115385)
  mike@asstlawyers.com
Alfredo Torrijos (CSB# 222458)
  alfredo@asstlawyers.com
**ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California  90045
Telephone: (310) 844-9696
Fax: (310) 861-0168

Steven D. Liddle (Admitted Pro Hac Vice)
  sliddle@mldclassaction.com
Nicholas A. Coulson (Admitted Pro Hac Vice)
  ncoulson@mldclassaction.com
**LIDDLE & DUBIN, P.C.**
975 E. Jefferson Avenue
Detroit, Michigan  48207
Telephone: (313) 392-0015
Fax: (313) 392-0025

*Attorneys for Plaintiffs*
*Matthew Philliben and Byron McKnight*


Andra Barmash Greene (CSB# 123931)
agreene@irell.com
A. Matthew Ashley (CSB# 198235)
mashley@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Tel:    (949) 760-0991
Fax:   (949) 760-5200

*Attorneys for Defendants*
*Uber Technologies, Inc. and Rasier, LLC*

– 1 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON SETTLEMENT DISCUSSIONS AND REQUESTING EXTENSION OF TEMPORARY STAY (CASE NO. 3:14-CV-05615-JST)**

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Pursuant to Civil Local Rule 6-2, Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge and Ernesto Mejia ("Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants") (collectively with Plaintiffs, the "Parties") provide this update to the Court on the status of their settlement discussions following the Parties' third mediation on October 30, 2015. By and through their respective counsel of record, the Parties hereby stipulate and request that the Court enter an Order as follows:

WHEREAS, Plaintiffs commenced this action on December 23, 2014 [Dkt. #1];

WHEREAS, on March 20, 2015, Defendants filed a Motion to Stay Proceedings Pending Arbitration [Dkt. #25];

WHEREAS, on June 29, 2015, the Parties' filed a Joint Stipulation and [Proposed] Order for Temporary Stay Pending Mediation [Dkt. #48];

WHEREAS, on June 29, 2015, the Court granted the Parties' Joint Stipulation and [Proposed] Order for Temporary Stay Pending Mediation [Dkt. #49];

WHEREAS, on July 29, 2015, the Parties filed a Joint Stipulation and [Proposed] Order for Second Temporary Stay Pending Mediation [Dkt. #51];

WHEREAS, on August 3, 2015, the Court granted the Parties' Joint Stipulation and [Proposed] Order for Second Temporary Stay Pending Mediation [Dkt. #53];

WHEREAS, on August 24, 2015, the Parties participated in an all-day mediation session with the Hon. Carl J. West (Ret.);

WHEREAS, on September 17, 2015, the Parties filed a Joint Stipulation and [Proposed] Order Updating the Court on Settlement Discussions And Requesting Extension of Temporary Stay Pending Further Mediation [Dkt. #57];

WHEREAS, on September 17, 2015, the Court granted the Parties' Joint Stipulation and [Proposed] Order Updating the Court on Settlement Discussions And Requesting Extension of Temporary Stay Pending Further Mediation [Dkt. #58];

WHEREAS, on October 2, 2015, the Parties participated in an all-day mediation session with the Hon. Carl J. West (Ret.);

– 2 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON SETTLEMENT DISCUSSIONS AND REQUESTING EXTENSION OF TEMPORARY STAY (CASE NO. 3:14-CV-05615-JST)**

1  WHEREAS, on October 30, 2015, the Parties participated in a third mediation session
2  with the Hon. Carl J. West (Ret.);

3  WHEREAS, the parties made significant progress at the October 30, 2015 mediation and
4  continue to engage in detailed and comprehensive settlement discussions both directly and
5  through the Hon. Carl J. West (Ret.);

6  WHEREAS, pursuant to the Court's September 17, 2015 order pursuant to stipulation,
7  the hearing on Defendants' Motion to Stay Proceedings Pending Arbitration is presently set for
8  November 19, 2015 at 2:00 p.m. and the Initial Case Management Conference is set for
9  December 2, 2015 at 2:00 p.m. [Dkt. #58];

10  WHEREAS, the Parties jointly desire to avoid further expenditure of the Court's
11  resources or their own resources on this litigation pending their on-going settlement discussions;

12  WHEREAS, this stipulation is not entered into for the purpose of delay, but instead to
13  avoid the needless expenditure of resources by the parties and this Court;

14  WHEREAS, no scheduling order has been entered and no trial date has been set for this
15  case and the parties believe that the granting of the herein requested continuances will not have
16  any effect on the schedule for the case;

17  **NOW THEREFORE**, in consideration of the foregoing, the Parties, by and through their
18  undersigned counsel, hereby stipulate, agree and request that the Court enter an Order as
19  follows:

20  1.  That, pursuant to Civil L.R. 6-2, the hearing on Defendants' Motion to Stay
21  Proceedings Pending Arbitration [Dkt. #25] presently set for November 19, 2015 at 2:00 p.m. be
22  vacated and continued to December 17, 2015 at 2:00 p.m.;

23  2.  That, pursuant to Civil L.R. 6-2, the Case Management Conference
24  presently set for December 2, 2015 at 2:00 p.m. be vacated and continued to December 23, 2015
25  at 2:00 p.m.; and

26  3.  That, pursuant to Civil L.R. 6-2, the Parties' deadline to file a Case
27  Management Statement and act under Federal Rule of Civil Procedure 26, including the
28  conference of the Parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are

– 3 –

extended accordingly and discovery shall remain stayed.

**IT IS SO STIPULATED.**

Dated: November 13, 2015        IRELL & MANELLA LLP

                                By:   /s/ Andra B. Green
                                     Andra Barmash Greene
                                     A. Matthew Ashley

                                *Counsel for Defendants Uber Technologies, Inc. and Rasier, LLC*


Dated: November 13, 2015        ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP

                                By:   /s/ Alfredo Torrijos
                                     Mike Arias
                                     Alfredo Torrijos

                                LIDDLE & DUBIN, P.C.
                                  Steven D. Liddle
                                  Nicholas A. Coulson

                                *Counsel for Plaintiffs Matthew Philliben and Byron McKnight*

– 4 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON SETTLEMENT DISCUSSIONS AND REQUESTING EXTENSION OF TEMPORARY STAY (CASE NO. 3:14-CV-05615-JST)**

**CERTIFICATION PER GENERAL ORDER NO. 45, § X-B**

Pursuant to General Order No. 45, § X-B, I, Alfredo Torrijos, hereby certify that on November 13, 2015, Andra B. Green authorized me to submit this Joint Stipulation And [Proposed] Order Updating the Court on Settlement Discussions and Requesting Extension of Temporary Stay Pending Further Mediation.

Dated: November 13, 2015        /s/ Alfredo Torrijos
                                             Alfredo Torrijos

– 5 –

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON SETTLEMENT DISCUSSIONS AND REQUESTING EXTENSION OF TEMPORARY STAY (CASE NO. 3:14-CV-05615-JST)**

**[PROPOSED] ORDER**

Pursuant to the Parties' November 13, 2015 Stipulation, the Court:

(1) Vacates and resets the hearing on Defendants' Motion to Stay Proceedings Pending Arbitration [Dkt. #25] to December 17, 2015 at 2:00 p.m.;

(2) Vacates and resets the Case Management Conference to December 23, 2015 at 2:00 p.m.; and

(3) Orders that the Parties' deadline to file a Case Management Statement and act under Federal Rule of Civil Procedure 26, including the conference of the Parties pursuant to Rule 26(f) and initial disclosures under Rule 26(a), are extended accordingly and discovery shall remain stayed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____     _____

Honorable Jon S. Tigar
United States District Court Judge

**JOINT STIPULATION AND [PROPOSED] ORDER UPDATING THE COURT ON SETTLEMENT DISCUSSIONS AND REQUESTING EXTENSION OF TEMPORARY STAY (CASE NO. 3:14-CV-05615-JST)**