UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PHILLIBEN, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

    Defendants.

Case No. 14-cv-05615-JST

**ORDER SETTING COMBINED CASE MANAGEMENT CONFERENCE**

A combined Case Management Conference is hereby set for Monday, January 25, 2016 at 1:30 p.m. in this case and all related cases: Mena v. Uber Tech., Inc., No. 15-cv-00064-JST; Sabatino v. Uber Tech., Inc., 15-cv-00363-JST; L.A. Taxi Cooperative, Inc. v. Uber Tech., Inc.; 15-cv-01257-JST, and Rosen v. Uber Tech., Inc., 15-cv-3866-JST.

The parties shall file a joint Case Management Statement by January 15, 2016. The Statement should comply with the Northern District Standing Order For All Judges Concerning Joint Case Management Statements and should also address the extent to which these cases can or should be jointly managed.

The Case Management Conference currently set for January 6, 2016 in Philliben v. Uber Tech., Inc. and Mena v. Uber, Tech., Inc. is hereby vacated.

IT IS SO ORDERED.

Dated: December 10, 2015

_____
JON S. TIGAR
United States District Judge