ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

*Attorneys for Plaintiffs*,
Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, individually and on behalf of all others similarly situated; and BYRON MCKNIGHT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and RASIER, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No. 4:14-cv-05615-JST |
| JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, and ERNESTO MEJIA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>        Defendants. | Case No. 3:15-cv-00064-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND PERMITTING FILING OF CONSOLIDATED COMPLAINT**<br><br>Hon. Jon S. Tigar, Presiding |

This Stipulation is entered into by and among plaintiffs Matthew Philliben, Julian Mena, Todd Schreiber, Nate Coolidge, Ernesto Mejia, and Byron McKnight (collectively, "Plaintiffs"), and defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants") by and through their respective counsel;

WHEREAS, the *Philliben* complaint was filed on December 23, 2014;

WHEREAS, the *Mena* complaint was filed on January 6, 2015;

WHEREAS, counsel for Defendants has duly accepted service of the Summonses and Complaints;

WHEREAS, on March 20, 2015, Defendants filed a Motion to Stay Proceedings Pending Arbitration in *Philliben*;

WHEREAS, on May 4, 2015, Defendants filed a Motion to Stay Proceedings Pending Arbitration in *Mena*;

WHEREAS, on December 14, 2015, the Court in *Philliben* vacated the hearing on Defendants' Motion to Stay Proceedings Pending Arbitration and ordered that discovery remain stayed;

WHEREAS, on December 14, 2015, the Court in *Mena* vacated the hearing on Defendants' Motion to Stay Proceedings Pending Arbitration and ordered that discovery remain stayed;

WHEREAS, counsel of the parties have reached a settlement in principle in this matter and are drafting a Stipulation of Settlement, with the goal of filing said Stipulation along with a motion for preliminary approval in January 2016;

WHEREAS, counsel for the parties have conferred, and the parties are in agreement that the *Mena* action should be consolidated with the *Philliben* action for all purposes because the cases involve similar complaints and common questions of law or fact, and because consolidation would advance the interests of judicial economy; and

WHEREAS, the parties seek to agree upon a schedule for the filing of a consolidated complaint.

1

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
CASE NO. 4:14-CV-05615-JST; CASE NO. 3:15-CV-00064-JST

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. The following actions are related cases within the meaning of Local Civil Rule 3-12(a):

   a. *Matthew Philliben, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:14-cv-05615-JST; and

   b. *Julian Mena, et al. v. Uber Technologies, Inc., et al.*, Case No. 3:15-cv-00064-JST.

2. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are hereby consolidated for all purposes into one action.

3. These actions shall be referred to herein as the "Consolidated Actions." The Master Docket and Master File for the Consolidated Actions shall be Civil Action No. 3:14-cv-05615-JST.

4. Every pleading in this Consolidated Action shall bear the following caption:

| | |
|---|---|
| MATTHEW PHILLIBEN, JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, ERNESTO MEJIA, and BYRON McKNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and RASIER, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 4:14-cv-05615-JST<br><br>Honorable Jon S. Tigar, Presiding |

All orders, pleadings, motions and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable.

5. All subsequently-filed class or individual actions against the Defendants alleging the same or similar claims as alleged in the complaints in these actions shall be consolidated under the case *Matthew Philliben, et al. v. Uber Technologies, Inc., et al.*, Case No. 4:14-cv-05615-JST.

6. The Plaintiffs shall file a Consolidated Complaint within three (3) business days from the issueance of this Order.

2

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
CASE NO. 4:14-CV-05615-JST; CASE NO. 3:15-CV-00064-JST

7. The deadline for Defendants' responsive pleading to the Consolidated Complaint is stayed pending the Court's determination of the upcoming motion for preliminary approval of the class settlement.

This Stipulation is without prejudice to any other rights that any party may have.

DATED: December 31, 2015                    Respectfully submitted,

**AHDOOT & WOLFSON, PC**

By: /s/ Robert Ahdoot
     Robert Ahdoot
rahdoot@ahdootwolfson.com
Tina Wolfson
twolfson@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Tel: 310-474-9111
Fax: 310-474-8585

*Attorneys for Plaintiffs*,
Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia

**ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP**

By: /s/ Mike Arias
     Mike Arias
mike@asstlawyers.com
Alfredo Torrijos
alfredo@asstlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-7504
Tel: 310-844-9696; Fax: 310-861-0168

**LIDDLE & DUBIN, P.C.**

By: /s/ Steven D. Liddle
     Steven D. Liddle (admitted *pro hac vice*)
sliddle@mldclassaction.com
Nicholas A. Coulson (admitted *pro hac vice*)
ncoulson@mldclassaction.com
975 E. Jefferson Avenue
Detroit, Michigan 48207
Tel: 313-392-0015; Fax: 313-392-0025

*Attorneys for Plaintiffs*,
Matthew Philliben and Byron McKnight

3

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
CASE NO. 4:14-CV-05615-JST; CASE NO. 3:15-CV-00064-JST


DATED:  December 30, 2015                Respectfully submitted,

**IRELL & MANELLA LLP**

By: /s/ Andra Barmash Greene
      Andra Barmash Greene
agreene@irell.com
A. Matthew Ashley
mashley@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Tel: 949-760-0991; Fax: 949-760-5200

*Attorneys for Defendants*,
Uber Technologies, Inc. and Rasier, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                          Honorable Jon S. Tigar
                                                          United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
CASE NO. 4:14-CV-05615-JST; CASE NO. 3:15-CV-00064-JST

**CERTIFICATION PER GENERAL ORDER NO. 45, § X-B**

Pursuant to General Order No. 45, § X-B, I, Robert Ahdoot, hereby certify that on December 30, 2015, Andra B. Greene authorized me to submit this Joint Stipulation And [Proposed] Order Consolidating Cases For All Purposes And Permitting Filing Of Consolidated Complaint.

Dated: December 31, 2015                    /s/ Robert Ahdoot
                                            Robert Ahdoot

5

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
CASE NO. 4:14-CV-05615-JST; CASE NO. 3:15-CV-00064-JST