UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 25, 2016                                    Judge: Jon S. Tigar

Time: 45 minutes

| | |
|---|---|
| Case No. | **3:14-cv-05615-JST** |
| Case Name | **Matthew Philliben et al. v. Uber Technologies, Inc., et al.** |

| | |
|---|---|
| Case No. | **3:15-cv-00064-JST** |
| Case Name | **Julian Mena, et al. v. Uber Technologies, Inc.** |

| | |
|---|---|
| Case No. | **3:15-cv-00363-JST** |
| Case Name | **Jacob Sabatino v. Uber Technologies, Inc., et al.** |

| | |
|---|---|
| Case No. | **3:15-cv-01257-JST** |
| Case Name | **L.A. Taxi Cooperative, Inc., et al. v. Uber Technologies, Inc., et al.** |

| | |
|---|---|
| Case No. | **3:15-cv-03866-JST** |
| Case Name | **Stewart Rosen v. Uber Technologies, Inc.** |

Attorneys for Plaintiffs:    Tina Wolfson (for Matthew Philliben / Byron McKnight; and Julian Mena / Todd Schreiber / Nate Coolidge / Ernesto Mejia)

Bruce L. Simon; Benjamin E. Shiftan (for L.A. Taxi Cooperative, Inc. / Administrative Services SD, LLC / All Yellow Taxi, Inc. / American Cab, LLC / American Cab, LLC / Bell Cab Company, Inc. / Big Dog City Corporation / Cabco Yellow, Inc. / C&J Leasing, Inc. / G&S Transit Management, Inc. / Gorgee Enterprises, Inc. / LA City Cab, LLC / Long Beach Yellow Cab Co-operative, Inc. / Network Paratransit Systems, Inc. / South Bay Co-operative, Inc. / Taxi Leasing, Inc. / Tri-City Transportation Systems, Inc. / Tri Counties Transit Corporation / Yellow Cab of South Bay Co-operative, Inc. / TM-MTM, Inc.)

Harold M. Jaffe; Brian W. Newcomb (for Stewart Rosen)

Attorneys for Defendants:    A. Matthew Ashley

Marshall C. Wallace; Kamran Javandel; Martin White

Deputy Clerk: William Noble                              Court Reporter: Pam Batalo

3:14-cv-05615-JST
January 25, 2016

PROCEEDINGS

Case management conference further.

RESULT OF HEARING

1. No appearance was made for plaintiff in 3:15-cv-00363-JST Sabatino v. Uber Technologies, Inc., et al.

2. The Court did not set a deadline to amend the pleadings in the Rosen case. The Court will set a deadline at a later date.

3. The parties must file a motion for preliminary approval of the class settlement in Philliben, et al. v. Uber Technologies, Inc., et al., case number 14-cv-05615-JST, by February 11, 2016.

4. The Court sua sponte consolidated cases 3:15-cv-01257-JST L.A. Taxi Cooperative, Inc., et al. v. Uber Technologies, Inc., et al., and 3:15-cv-03866-JST Rosen v. Uber Technologies, Inc. for pretrial only.

5. Counsel in Rosen and L.A. Taxi shall meet and confer on a joint schedule. If they cannot agree on a schedule they shall file competing schedules and a proposed order or orders establishing the same. The joint or proposed schedules are due February 8, 2016.

6. Initial disclosures in the Rosen case are due two weeks after the Court issues an order on the Defendants' Motion to Dismiss and Motion to Strike Portions of Complaint (ECF 22) in Rosen. Counsel will meet and confer regarding the commencement of any other discovery and include their proposals on that subject in the filings due by February 8, 2016.