UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-05615-JST<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Re: ECF Nos. 81, 82 |

  Before the Court is an Administrative Motion for Leave to File an Amicus Brief in Opposition to Plaintiffs' Administrative Motion to File Under Seal, filed by the San Francisco District Attorney.  ECF No. 81.  The motion includes the proposed amicus brief as an exhibit.  See ECF No. 81-2.   Defendants have filed a response, indicating they do not oppose the District Attorney's motion, but requesting an opportunity to respond to the proposed amicus brief.  ECF No. 82.

  "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court."  In re Roxford Foods Litig., 790 F. Supp. 987, 997 (E.D. Cal. 1991) (citation omitted).  Having reviewed the proposed amicus brief, the Court grants the District Attorney's motion for leave to file.  The District Attorney shall file their proposed amicus brief, see ECF No. 81-2, within two days of the date of this order.

/ / /

/ / /

/ / /

/ / /

/ / /

1   Defendants' request to respond to the proposed amicus brief is granted.  Within seven days
2   of the date of this order, Defendants shall file a response no longer than ten pages.
3   IT IS SO ORDERED.
4   Dated:  February 26, 2016

_____
JON S. TIGAR
United States District Judge