UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-05615-JST<br><br>**ORDER VACATING WITHOUT PREJUDICE MOTIONS TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Re: ECF No. 25 |

This order regards two Motions to Stay Proceedings Pending Arbitration, filed in this matter as well as the consolidated Mena matter.  See ECF No. 25; ECF No. 31, Mena et al. v. Uber Technologies, Inc., 3:15-cv-00064-JST.  On December 14, 2015, this Court granted a stipulated request to vacate the hearings on the Motions to Stay, in light of the parties having reached a settlement in principle.  ECF No. 64.  The parties have since filed a Motion for Preliminary Approval of Class Action Settlement as an attachment to their Motion to File Under Seal, currently pending before this Court.  ECF No. 75.  Accordingly, the Motions to Stay in both the Philliben and Mena matters are hereby vacated, without prejudice to their re-filing should these cases not be resolved via settlement.

   IT IS SO ORDERED.

Dated: March 7, 2016

_____
JON S. TIGAR
United States District Judge