```
GEORGE GASCÓN, SBN 182345
District Attorney of San Francisco
JUNE D. CRAVETT, SBN 105094
Assistant Chief District Attorney
EVAN H. ACKIRON, SBN 164628
Managing Assistant District Attorney
ERNST A. HALPERIN, SBN 175493
NANCY TUNG, SBN 203236
DANIEL C. AMADOR, SBN 247642
SEAN M. KILEY, SBN 282075
Assistant District Attorneys
White Collar Crime Division
732 Brannan Street
San Francisco, California 94103
Telephone: (415) 551-9545

JACKIE LACEY, SBN 110808
District Attorney of the County of Los Angeles
HOON CHUN, SBN 132516
Assistant Head Deputy District Attorney
211 W. Temple Street, Suite 1000
Los Angeles, CA 90012
```

*Specially Appearing on Behalf of Amici Curiae,*
*George Gascón, San Francisco District Attorney and*
*Jackie Lacey, Los Angeles District Attorney,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No. 3:14-cv-05615-JST <br><br> **NOTICE OF WITHDRAWAL OF THE DISTRICT ATTORNEYS OF THE CITY AND COUNTY OF SAN FRANCISCO AND THE COUNTY OF LOS ANGELES'S AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> [Re: ECF No. 84] |

The District Attorneys for the City and County of San Francisco and the County of Los Angeles and Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC have reached an agreement regarding the disclosure to the District Attorneys of unredacted copies of (1) Plaintiffs' motion for preliminary approval of the proposed class action settlement, and (2) the Declaration of Robert Adhoot, which Plaintiffs filed in support of the motion for preliminary approval. Pursuant to that agreement, the District Attorneys hereby withdraw their amicus brief filed on February 26, 2016 (ECF No. 84).

DATED: April 7, 2016                    GEORGE GASCÓN
                                        District Attorney, City and County of San Francisco


                                        BY:  /s/ Daniel C. Amador
                                             Daniel C. Amador
                                             Assistant District Attorney

**ECF ATTESTATION**

I, Ernst A. Halperin, am the ECF user whose ECF ID and password are being used to file the NOTICE OF WITHDRAWAL OF THE DISTRICT ATTORNEYS OF THE CITY AND COUNTY OF SAN FRANCISCO AND THE COUNTY OF LOS ANGELES'S AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED: April 7, 2016

                                BY:  /s/ Ernst A. Halperin
                                        Ernst A. Halperin
                                        Assistant District Attorney