Andra Barmash Greene (CSB# 123931)
agreene@irell.com
A. Matthew Ashley (CSB# 198235)
mashley@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Tel:    (949) 760-0991
Fax:    (949) 760-5200

*Attorneys for Defendants, Uber Technologies Inc., et al.*

Tina Wolfson (CSB# 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (CSB# 172098)
rahdoot@ahdootwolfson.com
Meredith S. Lierz (CSB# 296650)
mlierz@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel:    (310) 474-9111
Fax:    (310) 474-8585

*Attorneys for Plaintiffs, Matthew Philliben, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, ERNESTO MEJIA, and BYRON MCKNIGHT, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and RASIER, LLC, a Delaware Limited Liability Company,<br><br>          Defendants. | Case No. 3:14-cv-05615-JST<br><br>HON. JON S. TIGAR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 25, 2017** |

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Pursuant to Civil Local Rule 6-2, Plaintiffs Matthew Philliben, Julian Mena, Todd Schreiber, Nate Coolidge, Ernesto Mejia, and Byron McKnight (collectively, "Plaintiffs") and Defendants Uber Technologies, Inc. and Rasier, LLC (collectively "Defendants") (collectively with Plaintiffs, the "Parties") provide this stipulation to inform the Court that they are continuing to mediate this dispute in an effort to address the issues raised in this Court's denial of the Parties' Motion for Preliminary Approval of Class Action Settlement (Dkt. 98). As a result, the Parties respectfully request that this Court continue the Case Management Conference, currently scheduled for January 25, 2017, thirty (30) days in order to allow the Parties to continue their mediation and settlement efforts.

By and through their respective counsel of record, the Parties hereby stipulate and request that the Court enter an Order as follows:

WHEREAS, Plaintiffs commenced this action on January 6, 2015 [Dkt. 1];

WHEREAS, on February 11, 2016, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement (herein the "Motion") [Dkt. 75-4];

WHEREAS, on August 30, 2016, the Court issued its Order Denying Motion For Preliminary Approval Of Class Action Settlement (herein the "Denial Order") [Dkt. 98];

WHEREAS, since the date of the Denial Order, the Parties have been negotiating potential amendments to the settlement that would address each of the issues raised in the Denial Order;

WHEREAS, the Parties participated in a full-day mediation on October 5, 2016, as well as a follow-up mediation on November 22, 2016, and another mediation on January 5, 2017;

WHEREAS, the Parties are continuing to have settlement and mediation communications and the Parties are continuing to exchange and analyze information provided pursuant to the mediation in an attempt to address the issues this Court raised in its Denial Order;

WHEREAS, a Case Management Conference is currently scheduled for January 25, 2017, and a Joint Case Management Conference Statement is due January 13, 2017 [Dkt. 106];

WHEREAS, no scheduling order has been entered and no trial date has been set for this case;

– 1 –

**NOW THEREFORE**, in consideration of the foregoing, the Parties, by and through their undersigned counsel, hereby stipulate, agree and request that the Court enter an Order as follows:

1. Continuing the currently scheduled Case Management Conference thirty (30) days; or
2. If the Court intends to keep the currently scheduled Case Management Conference date, permitting this Stipulation to constitute the Parties' Joint Case Management Conference Statement; and
3. That discovery remains stayed.

**IT IS SO STIPULATED.**

Dated: January 13, 2017    **AHDOOT & WOLFSON, PC**

By:  /s/ Robert Ahdoot
   Tina Wolfson
   Robert Ahdoot

*Counsel for Plaintiffs Matthew Philliben, Julian Mena, Todd Schreiber, Nate Coolidge, Ernesto Mejia and Byron McKnight*

Dated: January 13, 2017    **IRELL & MANELLA LLP**

By:  /s/ A. Matthew Ashley
   Andra Barmash Greene
   A. Matthew Ashley

*Counsel for Defendants Uber Technologies, Inc. and Rasier, LLC*

– 2 –

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 25, 2017
(CASE NO. 3:14-CV-05615-JST)**

# [PROPOSED] ORDER

Pursuant to the Parties' January 13, 2017 Stipulation, the Court:

(1) Orders that the Case Management Conference presently set for January 25, 2017 at 2:00 p.m. be continued to February 22, 2017 at 2:00 p.m.; and

(2) Orders that discovery shall remain stayed.

The Court does not anticipate granting any future continuances.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: January 19, 2017

_____
Honorable Jon S. Tigar
United States District Court Judge

– 3 –

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 25, 2017**
**(CASE NO. 3:14-CV-05615-JST)**