MIKE ARIAS, SBN 115385
mike@asstlawyers.com
ALFREDO TORRIJOS, SBN 222458
alfredo@asstlawyers.com
**ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-7504
Tel:   (310) 844-9696
Fax:  (310) 861-0168

STEVEN D. LIDDLE (admitted *pro hac vice*)
sliddle@ldclassaction.com
NICHOLAS A. COULSON (admitted *pro hac vice*)
ncoulson@ldclassaction.com
**LIDDLE & DUBIN, P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207
Tel:   (313) 392-0015
Fax:  (313) 392-0025

*Attorneys for Plaintiffs,*
Matthew Philliben and Byron McKnight.

*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIBEN, JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, ERNESTO MEJIA, and BYRON MCKNIGHT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and RASIER, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No. 3:14-cv-05615-JST<br><br>HON. JON S. TIGAR<br><br>**STIPULATION OF PARTIAL DISMISSAL**<br><br>Judge: Hon. Jon S. Tigar |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matthew Philliben and Defendants Uber Technologies, Inc., and Rasier, LLC, hereby stipulate and give notice that all claims in the above captioned matter are dismissed as to Plaintiff Matthew Philliben only, without prejudice and without costs or fees to any party. This stipulation and dismissal does not apply to any of the Plaintiffs in this Action other than Matthew Philliben, as the remaining Plaintiffs are not dismissing any claims or rights.

Dated: May 18, 2017  **ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP**

**LIDDLE & DUBIN, P.C.**

By: /s/ Nicholas A. Coulson

   Nicholas A. Coulson

*Counsel for Plaintiffs Matthew Philliben and Byron McKnight*

Dated: May 18, 2017  **AHDOOT & WOLFSON, P.C.**

By: /s/ Robert Ahdoot

   Robert Ahdoot

*Counsel for Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia*

Dated: May 18, 2017  **IRELL & MANELLA LLP**

By: /s/ A. Matthew Ashley

   A. Matthew Ashley

*Counsel for Defendants Uber Technologies, Inc. and Rasier, LLC*

– 1 –

**STIPULATION OF PARTIAL DISMISSAL**

**ECF ATTESTATION**

I, Nicholas A. Coulson, am the ECF user whose ID and password are being used to file this STIPULATION OF PARTIAL DISMISSAL.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:   /s/  Nicholas A. Coulson
               Nicholas A. Coulson