**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW PHILLIBEN, JULIAN MENA, TODD SCHREIBER, NATE COOLIDGE, ERNESTO MEJIA, and BYRON MCKNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation, and RASIER, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:14-cv-05615-JST<br><br>Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court has reviewed Plaintiffs' Administrative Motion to File Under Seal (the "Administrative Motion"), and the supporting declaration filed by Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants") in accordance with Civil Local Rules 7-11 and 79-5. The Court notes that Plaintiffs are not the entity that has designated the material as confidential. Rather, Defendants have designated the material as confidential pursuant to Protective Orders. *See Philliben v. Uber Technologies, Inc., et al.*, Case No. 3:14-cv-05616, Dkt. No. 52; *Mena v Uber Technologies, Inc., et al.*, Case No. 3:15-cv-00064, Dkt. No. 51. For the reasons set forth in Plaintiffs' motion and Defendants' declaration, and good cause appearing, the motion in GRANTED.

The following redacted information submitted by Plaintiffs shall remain under seal:

| Document | Portion of Document to be Sealed |
| --- | --- |
| Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | Portions of: page 2, line 18; page 13, line 28; page 15, lines 2-4 and 15-20; page 21, lines 4-10, 15-16, and 19; page 22, line 23; and page 23, line 1. |
| Declaration of Robert Ahdoot in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Ahdoot Declaration") | Portions of page 7, lines 14, 16, 22-24, 26-28; page 8, line 11; page 9, lines 8, 17-20, 23-24; page 10, lines 24-25; page 11, lines 1-2, 12-14, 17, 19-20, 24; page 12, lines 3, 5-6, 8; page 14, lines 6-8; and<br><br>Exhibits C and D to the Ahdoot Declaration, in their entirety. |

Only this Court, court personnel, and attorneys for the parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

DATE: ___June 6, 2017_____          _____
                                        Honorable Jon S. Tigar
                                        United States District Court Judge