1   Robert Ahdoot, SBN 172098
    *rahdoot@ahdootwolfson.com*
2   Tina Wolfson, SBN 174806
    *twolfson@ahdootwolfson.com*
3   Theodore Maya, SBN 223242
    *tmaya@ahdootwolfson.com*
4   **AHDOOT & WOLFSON, PC**
    10728 Lindbrook Drive
5   Los Angeles, California 90024
    Tel: 310-474-9111; Fax: 310-474-8585

6

7   *Class Counsel*

8

9

| | REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED |

10                **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12   BYRON MCKNIGHT, JULIAN MENA, TODD        Case No. 4:14-cv-05615-JST
     SCHREIBER, NATE COOLIDGE, and
13   ERNESTO MEJIA, individually and on behalf   The Honorable Jon S. Tigar
     of all others similarly situated,
14
                     Plaintiffs,                **DECLARATION OF ROBERT AHDOOT IN**
15                                               **SUPPORT OF PLAINTIFFS' RENEWED**
        vs.                                      **MOTION FOR ATTORNEYS' FEES AND**
16                                               **EXPENSES AND FOR CONSIDERATION**
     UBER TECHNOLOGIES, INC., a Delaware        **OF EXPERT TESTIMONY IN SUPPORT**
17   Corporation, and RASIER, LLC, a Delaware   **THEREOF UNDER 28 U.S.C § 1712(d)**
     Limited Liability Company,
18                                               Date: May 6, 2020
                     Defendants.                 Time: 2:00 p.m.
19                                               Place: Oakland Courthouse, Courtroom 6 –
                                                 2nd Floor. 1301 Clay Street, Oakland, CA
20                                               94612

21

22

23

24

25

26

27

28

## DECLARATION OF ROBERT AHDOOT

I, Robert Ahdoot, declare as follows:

1.      I am a partner and founding member of Ahdoot & Wolfson, PC ("AW"), a member in good standing of the bar of the State of California, and designated by the Court as Class Counsel in this matter.  I respectfully submit this declaration in support of Plaintiffs' Renewed Motion for an Award of Attorneys' Fees and Expenses.  I have personal knowledge of the facts set forth in this declaration and could and will testify competently to them if called upon to do so.

## CLASS COUNSEL'S LITIGATION AND SETTLEMENT EFFORTS

2.      Even before initiating the Actions, AW conducted extensive research regarding Defendants' representations, marketing, business practices, and promotional efforts.  AW investigated facts and the applicable law and standards relating to background checks and commercial transportation service safety, and AW researched and analyzed the merits of any potential causes of action and defenses. AW continued these efforts after filing the Actions and before entering into the 2016 Stipulated Settlement and the 2017 Amended Settlement.

3.      During the post-filing investigative phase, AW submitted comprehensive requests for information regarding their allegations and Defendants' anticipated defenses, and Defendants provided thousands of pages of responsive documents and sworn responses. AW thoroughly analyzed and evaluated all information provided, including documents bearing on Defendants' background checks, alleged safety expenditures, the Safe Rides Fee and resulting revenues, and Defendants' representations, advertising, and marketing regarding safety.

4.      AW's investigation also included a detailed inspection and testing of Defendants' ride share App across various operating system platforms; consultations with experts; interviews of witnesses, drivers, and putative class members; the evaluation of documents and information related to other litigation against Defendants; as well as extensive factual and legal research regarding arbitration, the sufficiency of the claims, and the appropriateness of class certification.

5.      AW conducted ten extensive interviews of key witnesses over the course of three days at Uber's offices and other locations in San Francisco.  These witnesses included high-level Uber employees with direct knowledge of facts at issue in the Actions, including safety representations, safety measures,

alleged safety expenditures, details regarding the Safe Rides Fee, user databases, and other relevant areas of Uber's operations.

6.     AW also analyzed the pleadings and motion practice in many of the related cases before this court, as well as additional cases involving Uber's safety messaging.  These cases included *California v. Uber Techs., Inc.*, No. CGC-14-543120 (S.F. Sup. Ct.), *Cordas v. Uber Techs., Inc.*, No. 16-CV-04065-RS (N.D. Cal.), *Cullinane v. Uber Techs., Inc.*, No. CV 14-14750-DPW (D. Mass.), *Curbia v. Uber Techs, Inc.*, No. A-16-CA-544-SS (W.D. Tex.), *Goldberg v. Uber Techs., Inc.*, No. 1:14-cv-14264-RGS (D. Mass.), *Greater Houston Transportation Co. v. Uber Techs., Inc.*, No. 14-941 (S.D. Tex.), *In re Uber FCRA Litig.*, No. C-14-5200 EMC (N.D. Cal.), *L.A. Taxi Cooperative, Inc. v. Uber Techs., Inc.*, No. 15-cv-01257-JST (N.D. Cal.), *Lavitman v. Uber Techs., Inc.*, No. 2012-04490 (Mass.), *Metter v. Uber Techs., Inc.*, No. 16-CV-06652-RS (N.D. Cal.), *Meyer v. Kalanick*, 200 F. Supp. 3d 408, 420 (S.D.N.Y. 2016), *O'Connor v. Uber Techs., Inc.*, 201 F. Supp. 3d 1110 (N.D. Cal. 2016), *Price v. Uber Techs., Inc.*, No. BC554512 (L.A. Sup. Ct.), and *Sabatino v. Uber Techs., Inc.*, No. 15-cv-00363 (N.D. Cal.).

7.     In December 2014, Counsel for plaintiffs Philliben and McKnight prepared and filed a nationwide class action, No. 3:14-cv-05615 ("*McKnight*"), asserting causes of action for violations of California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code §17500 *et seq*., and Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §17200 *et seq*., and alleging, *inter alia*, misrepresentations and omissions regarding Defendants' "Safe Rides Fee," safety measures, alleged expenditures, and driver background checks.

8.     On or about January 6, 2015, AW filed a putative class action lawsuit on behalf of Andrea Pappey and others similarly situated, against Uber Technologies, Inc., in the United States District Court for the Northern District of California, Case No. 3:15-cv-00064 ("*Mena*").  On or about April 13, 2015, (i) the Complaint filed in *Mena* was amended to, among other things, add Plaintiffs Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia as representative Plaintiffs, and (ii) Andrea Pappey withdrew from the *Mena* lawsuit as a plaintiff.  The *Mena* lawsuit asserted causes of action for Breach of Implied Contract (pursuant to California, Illinois, and Massachusetts law), alleged violations of California's Consumers Legal Remedies Act (Cal. Civ. Code § 1750 *et seq*.), California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq*.), California's False Advertising Law (Cal. Bus. & Prof. Code

§ 17500 *et seq.*), and Illinois Consumer Fraud Act (815 ILCS 502/2, *et seq.*) and which alleged, *inter alia*, that Defendants made misrepresentations and omissions regarding their "Safe Rides Fee," their safety measures, and the nature and character of their background checks, on behalf of a putative nationwide class, or in the alternative, a California, Illinois, and Massachusetts class of consumers. (*Mena* Dkt. No. 28).

9.    On or about February 16, 2015, the parties filed a joint stipulation to relate *Mena* and Northern District of California Case No. 4:14-cv-05615 ("*McKnight*").[1] The Court granted this stipulation on or about February 18, 2015 (*McKnight*, Dkt. No. 23; *Mena*, Dkt. No. 19), and ordered that *Mena* and *McKnight* are related.

10.    Co-Class Counsel and AW thereafter cooperated in organizing a leadership structure to effectively and efficiently prosecute the claims on behalf of Plaintiffs and the proposed Class.

11.    On or about May 4, 2015, Defendants filed an Administrative Motion To Determine Whether Cases Should Be Related seeking to relate *Mena* and *Philliben* to a lawsuit entitled *L.A. Taxi Cooperative, Inc. et al. v. Uber Technologies, Inc. et al.*, Case No. 3:15-cv-01257, filed on or about March 18, 2015 in the United States District Court for the Northern District of California ("*L.A. Taxi*") (*McKnight*, Dkt. Nos. 34 to 35). The Court granted this Motion on or about May 12, 2015 (*McKnight*, Dkt. No. 36).

12.    On or about May 4, 2015, in the response to the first amended complaint filed in *Mena*, Defendant Uber Technologies, Inc. filed a Motion to Stay Proceedings Pending Arbitration (*Mena*, Dkt. Nos. 31 to 36).  AW filed the *Mena* plaintiffs' response in opposition to this Motion on or about May 13, 2015 (*Mena*, Dkt. Nos. 37 to 38) and Defendants filed their Reply on or about May 26, 2015 (*Mena*, Dkt. Nos. 39 to 41).

13.    On or about June 1, 2015, AW filed the *Mena* plaintiffs' Objection to and Motion To Strike Reply Evidence Re Defendant's Motion To Stay Proceedings Pending Arbitration, or in the Alternative, Request for a Surreply (*Mena*, Dkt. No. 42).  On or about June 2, 2014, the Court granted the *Mena*

---

[1] In May 2017, Counsel for Byron McKnight filed a Stipulation of Partial Dismissal of Matthew Philliben dismissing all claims related to Matthew Philliben without prejudice.  This matter is referred to as *McKnight, et al. v. Uber Technologies, Inc., et al.*  (*McKnight*, Dkt. 121).

**DECL. OF ROBERT AHDOOT ISO RENEWED MOTION FOR ATTORNEYS' FEES
(CASE NO. 4:14-CV-05615-JST)**

1 | plaintiffs leave to file a Surreply and continued the hearing on Defendant's Motion to Stay from June 11,
2 | 2015 to July 2, 2015. (*Mena*, Dkt. No. 43).

3 | 14. On or about June 9, 2015, AW filed the *Mena* plaintiffs' Surreply In Opposition To
4 | Defendant's Motion To Stay Proceedings Pending Arbitration. (*Mena*, Dkt. No. 45.)  On or about June
5 | 10, 2015, AW filed the *Mena* plaintiffs' Statement of Recent Decision In Support of Plaintiffs' Opposition
6 | To Defendant's Motion To Stay Proceedings Pending Arbitration. (*Mena*, Dkt. 46.)

7 | 15. On or about June 29, 2015, the Parties filed a Stipulation and Proposed Order For A
8 | Temporary Stay Pending Mediation (*Mena*, Dkt. 48; *McKnight*, Dkt. 48); and on or about July 29, 2015,
9 | the Parties filed a Stipulation With Proposed Order For A Second Temporary Stay Pending Mediation.
10 | (*Mena*, Dkt. 52; *McKnight*, Dkt. 51.)

11 | 16. On July 29, 2015, the Parties filed a Stipulation and Protective Order (*Mena* Dkt. 49;
12 | *McKnight* Dkt. 50), which was entered by the Court on August 3, 2015. (*Mena* Dkt. 51; *McKnight* Dkt.
13 | 52.)

14 | 17. On or about January 7, 2016, Class Counsel filed a Consolidated Class Action Complaint,
15 | which asserted causes of action for Breach of Implied Contract, alleged violations of California's
16 | Consumers Legal Remedies Act (Cal. Civ. Code § 1750 *et seq*.), California's Unfair Competition Law
17 | (Cal. Bus. & Prof. Code § 17200 *et seq*.), California's False Advertising Law (Cal. Bus. & Prof. Code
18 | § 17500 *et seq*.), and Illinois Consumer Fraud Act (815 ILCS 502/2, *et seq*.) and which alleged, *inter alia*,
19 | that Defendants made misrepresentations and omissions regarding their "Safe Rides Fee," their safety
20 | measures, and the nature and character of their background checks, on behalf of a putative nationwide
21 | class, or in the alternative, a California, Illinois, and Massachusetts class of consumers. (*McKnight*, Dkt.
22 | 67.)

23 | 18. AW and co-Class Counsel submitted comprehensive requests for information relevant to
24 | their allegations and Defendants' anticipated defenses and Defendants provided thousands of pages of
25 | responsive documents and sworn responses (including responses and documents after the date of the First
26 | Stipulation).  Class Counsel thoroughly analyzed and evaluated all provided information, including
27 | documents bearing on Defendants' background checks, alleged safety expenditures, the Safe Rides Fee
28 | and resulting revenues, and Defendants' advertising and marketing regarding safety.

**DECL. OF ROBERT AHDOOT ISO RENEWED MOTION FOR ATTORNEYS' FEES**
**(CASE NO. 4:14-CV-05615-JST)**

19.     AW conducted an extensive investigation into the facts and law relating to the matters alleged in Plaintiffs' respective Complaints, including (i) the extent, nature and quality of Defendants' safety procedures during the Class Period; (ii) Defendants' representations and disclosures regarding the safety of Defendants' ride share services; (iii) Defendants' representations and disclosures regarding the Safe Rides Fee; (iv) financial data relating to Defendants' safety related expenditures and revenues; (v) the size and composition of the Class; and (vi) data relating to the Class' use of Defendants' ride share services.

20.     As noted, these exchanges of information continued after the Denial Order, and Defendants provided updated information to Class Counsel, plus thousands of pages of additional documents.

21.     Defendants also produced thousands of additional documents, including deposition transcripts and expert reports from *LA Taxi* litigation, for Class Counsel's review.

22.     In total, Defendants made eight (8) separate productions of documents over the course of two – productions containing, *inter alia*, deposition transcripts, written responses to discovery, and documentary evidence, from the *LA Taxi* and other related litigations. Defendants produced documents on August 12, 2015, August 18, 2015, August 21, 2015, September 30, 2015, October 30, 2015, February 11, 2016, May 11, 2017, and May 18, 2017.  All in all, Defendants produced nearly 50,000 pages of documents and data.

23.     In addition to the sheer volume of discovery reviewed by Class Counsel, it is worth noting that every step of the discovery process came with hard fought negotiations by the Parties' Counsel.

24.     The Parties began settlement discussions almost two years ago.  After the arbitration motions were fully briefed, the Parties began discussing possible settlement, which resulted in a long series of arms'-length negotiations, including six separate days of mediation, a settlement conference before the Chief Magistrate Judge Joseph C. Spero, and numerous face-to-face and telephonic meetings between counsel and with the mediators, the Honorable Carl J. West (Ret.) of JAMS and Robert J. Kaplan, Esq. of Judicate West.

25.     The first round of mediation consisted of three full days with Judge West, and included many additional face-to-face and telephonic meetings between counsel and with Judge West.  On or about

August 24, 2015, AW attended an in-person mediation session with Judge West, which was attended by all Class Counsel and defense counsel.

26. I am informed and believe that Judge West is a highly respected and experienced class action mediator, who had joined JAMS following eighteen years on the bench, spending the most recent ten years as a judge with the Los Angeles County Superior Court's complex litigation panel.

27. On or about September 17, 2015, the Parties filed a Joint Stipulation and Proposed Order Updating the Court on Settlement Discussions and Requesting Extension of Temporary Stay Pending Further Mediation. (*Mena*, Dkt. 56; *McKnight*, Dkt. 57.)

28. On or about October 2, 2015, AW attended, along with co-counsel, a second in-person mediation session and, on or about October 30, 2015, a third in-person mediation session, all with Judge West.

29. On or about November 16, 2015, the Parties filed a Stipulation and Proposed Order Updating the Court on the Settlement Discussions and Requesting Extension of Temporary Stay.

30. After the third full day of mediation and another month of continued settlement discussions directly and through Judge West, the Parties were able to report to the Court that they had reached a settlement in principle in December 2015.

31. On or about December 14, 2015, the Parties filed a Stipulation and Proposed Order Updating the Court on the Parties' Settlement in Principle and Requesting that Arbitration Hearing be Vacated.

32. After reaching a settlement in principle, the Parties commenced memorializing the full Settlement, which generated numerous additional rounds of comprehensive and often spirited negotiations. Counsel for the Parties extensively and painstakingly negotiated each specific aspect of the Stipulation, down to each sentence and word, including each of its nine (9) exhibits.

33. The Parties obtained bids from a number of professional class action administration companies, who submitted detailed bids after I explained the terms and complex structure of the settlement. Prior to the request for bids, the Parties met and conferred on the identity of the administrators who would submit the bids. Thereafter, telephonic interviews were performed with each potential administrator. The Plaintiffs then negotiated with the administrators and obtained a capped price for

settlement notice and administration.   Further, the Parties conducted detailed negotiations regarding class member data confidentiality and data security with the settlement administrator.

34.     Class Counsel negotiated and meticulously refined the final notice program and each document comprising the notice (the Long Form Notice, Summary Notice, and Banner Ads for certain Internet advertising), with the assistance of a class action notice expert, to ensure that the information disseminated to Class Members is clear and concise.

35.     The Stipulation of Settlement was filed with the Court on February 11, 2016.  (*McKnight*, Dkt. 74) ("First Stipulation").  A motion for preliminary approval of the First Stipulation was filed the same day (*McKnight*, Dkt. 75-3) ("2016 Settlement"), along with a corresponding Motion to File Under Seal various information regarding the Defendants' business (*McKnight*, Dkt. 75).

36.     Soon thereafter, on February 24, 2016, the District Attorneys' Offices for the City and County of San Francisco, and the County of Los Angeles filed a Motion seeking to file an *amicus brief* opposing the Motions to file certain settlement related materials under seal, which Defendants opposed (*McKnight*, Dkts. 81, 82).   The Court granted the District Attorneys' request, and an amicus brief in opposition to the Motion to Seal was filed on February 26, 2016, which Uber opposed. (*McKnight*, Dkts. 84, 85.)  AW kept abreast and conducted in-depth review of all of these filings and the Court's ruling.

37.     On March 21, 2016, after meet and confer with Defendants, AW filed a Notice to Amend the Settlement Class definition and an amended proposed Preliminary Approval Order.  (*McKnight*, Dkt. 88, 89.)

38.     On April 7, 2016, the District Attorneys' withdrew their amicus brief in opposition to the Motion to Seal. (*McKnight*, Dkt. 90.)

39.     On April 15, 2017, the Court granted and denied in part the Defendants' request to file certain materials under seal, and thereafter Defendants sought a modification of the Court's Order. (*McKnight*, Dkts. 91-93.) The Court granted Defendants request on July 7, 2016. (*McKnight*, Dkt. 94.) Following the Court's ruling, Plaintiffs filed the Motion for Preliminary Approval and the supporting Declaration of Robert Ahdoot again to reflect the Court's rulings on the Motion to seal. (*McKnight*, Dkts. 95-96.)

40.     On August 30, 2016, the Court issued an Order Denying Motion for Preliminary Approval of Class Action Settlement (*McKnight*, Dkt. 98) ("Denial Order").

41.     Following the Denial Order, Counsel for Plaintiffs and Defendants began discussions and negotiations regarding a new settlement.  After an extensive meet and confer process, the Parties agreed upon a new mediator, Robert J. Kaplan, Esq. of Judicate West, to assist in these negotiations.  AW then participated in three (3) in-person mediations on October 5, 2016, November 22, 2016, and January 5, 2017. In addition, I met in person on December 7, 2016, in San Francisco, with Defense Counsel and two attorneys from Uber's in-house counsel team and conducted detailed negotiations.  Throughout the entire process, Plaintiffs conducted numerous telephonic discussions and negotiations both among themselves and with the assistance of the new mediator.

42.     Almost a year after the First Stipulation of Settlement was filed, and after further telephonic conference between Defense Counsel and me, the Parties reached an amended settlement in principle in February 2017. However, many crucial terms remained outstanding.

43.     Thereafter, after further and extensive meet and confer and unsuccessful attempts to resolve all of the remaining terms, Counsel for the Parties agreed that they would request the Court's assistance with respect to finalizing the terms of the new settlement.  Pursuant to the Parties' request, this Court ordered the Parties to attend and participate in a settlement conference before Chief Magistrate Judge Joseph C. Spero on March 7, 2017 to address the unresolved terms of the new settlement.

44.     After the settlement conference with Judge Spero, the Parties continued negotiating and began drafting the terms of the amended stipulation of settlement. In depth negotiations continued throughout March 2017, all of April 2017 and all of May 2017.  Throughout this entire period the negotiations were extensive and contentious, however, by May of 2017 the Parties were finally able to agree on all terms.

45.     Counsel for the Parties then worked to update the First Stipulation and its respective exhibits and declarations, and agreed to an Amended Stipulation of Settlement ("Amended Stipulation") in May 2017.  As with the First Stipulation, Class Counsel negotiated and refined the Amended Stipulation to reflect the revised class definition and other changes to the First Stipulation.

– 8 –

46.     On June 1, 2017, Plaintiffs filed an Amended Stipulation of Settlement, Motion for Preliminary Approval, Motion to Seal, and a number of supporting declarations. (*McKnight*, Dkt. 125-131).   On August 7, 2017, the Court granted preliminary approval of the Amended Stipulation of Settlement.  (Dkt. 136.)

47.     Following the entry of the Preliminary Approval Order, Class Counsel worked closely with the Settlement Administrator to ensure correct implementation of the notice program and payment election process.

48.     On December 7, 2017, Class Counsel filed their original Motion for Attorneys' Fees and Expenses and for Class Representative Service Awards.  (Dkt. 140.)

49.     On January 25, 2018, Plaintiffs filed a Motion for Final Approval of Class Action Settlement.  (Dkt. 162.)

50.     Also on January 25, 2018, Plaintiffs filed a Response to Settlement Objections.  (Dkt. 161.)

51.     On February 6, 2018, Plaintiffs filed a Motion to Strike "replies" in support of certain objections to the Settlement.  (Dkt. 167.)

52.     The Court held the final approval hearing on February 8, 2018 (the "Final Approval Hearing"), at which time it requested supplemental briefing concerning the impact on this case, if any, of *In re Hyundai and Kia Fuel Econ. Litig.*, 881 F.3d 679 (9th Cir. 2018).  (Dkt. 170.)

53.     Plaintiffs filed their supplemental brief concerning *Hyundai* on February 15, 2018.  (Dkt. 175.)

54.     On April 19, 2018, the Court entered an order staying this action pending the Ninth Circuit's *en banc* review of the *Hyundai* decision.

55.     On June 6, 2019, the Ninth Circuit issued its *en banc* decision in *In re Hyundai & Kia Fuel Econ. Litig.*, 926 F.3d 539 (9th Cir. 2019), and on June 7, 2019, Plaintiffs filed a Notice of Supplemental Authority regarding, providing the Court with a copy of, that opinion.  (Dkt. 182.)

56.     On August 13, 2019, the Court entered its Order Granting Final Approval and Granting in Part and Denying in Part Plaintiffs' Motion for Attorney's Fees, Costs, and Incentive Awards.  (Dkt. 189 (the "Final Approval Order").)

57.     Since the Court entered the Final Approval Order, Class Counsel have worked diligently to prepare the present motion, which required *inter alia* extensive and months long meet and confer with defense counsel, identifying and consulting with several potential expert witnesses, retaining the two whose declarations are filed in support of the present motion, gathering additional information from Uber necessary to support the present filings, and working with the Settlement Administrator to synthesize all of this information and calculate projected Settlement Shares.

58.     Since the Final Approval Order, Uber has reported that, as of September 26, 2019, approximately ▓▓▓▓ of Class Members had used Uber to order rides or food in the prior twelve months, and that as of January 31, 2020, approximately ▓▓▓▓ of Class Members had used Uber to order rides or food in the prior twelve months.  Previously, Uber reported that, As of May 8, 2017, approximately ▓▓▓▓ of class members had used Uber in the prior twelve months.

59.     Since the Final Approval Order Uber also has reported that, as of November 30, 2019, ▓▓▓▓ of the Uber Rider Accounts held by Class Members were closed.

60.     Since the Final Approval Hearing and the Final Approval Order, Class Counsel additionally have spent significant time responding to Class Member inquiries.

## EXPERIENCE AND QUALIFICATIONS

61.     Tina Wolfson and I were the primary attorneys handling this case on behalf of AW.  While Ms. Wolfson supervised most of the pre-settlement phase of the litigation, I supervised and oversaw all settlement negotiations, confirmatory discovery, settlement related document creation and drafting. Together we supervised a team of attorneys and staff from AW in performing the work necessary to successfully litigate and negotiate the class settlement herein.  We also coordinated litigation and settlement strategy with attorneys from our Co-Class Counsel law firms, who also serve as Lead and Class Counsel in this matter.  AW expended a substantial amount of time and resources to this matter to the exclusion of other work.

62.     I oversaw and directed the work of all Counsel with respect to all aspects of the Settlement in this matter to ensure efficiency, lack of duplication, and to limit the lodestar to extent possible.  I performed this task by assigning discreet tasks to all attorneys involved and ensured that no two attorneys were performing work on the same task, eliminating overlap and catch-up work as much as possible.  I

– 10 –

also worked to divide discovery tasks among the firms as much as possible.  For example, with a very limited number of exceptions, rather than having one attorney from each firm on a meet and confer call, I would have one person conduct the call and report back to all Class Counsel. For maximum efficiency, the same attorney would generally handle any follow up.  Moreover, whenever possible, Class Counsel attempted to have associate level attorneys handle discreet tasks as opposed to partner level attorneys. For example, the bulk of the discovery (UTBMS Code L300 (*see* discussion below) in this matter was performed with the supervision of a mid-level partner by associate level attorneys, who reported the results of their review to me or other senior partners as it related to the work being performed by that partner.  With respect to settlement negotiations and drafting, while as much of the work performed was tasked to associate level attorneys, the nature of the work required senior level partner oversight for most of the work performed.

63.     Throughout this action, AW has sought to reach consensus with co-Class Counsel to manage the administration and work division in this case in a systematic and efficient manner, coordinating work assignments through conference calls, working to avoid duplication of efforts or unnecessary work undertaken by any of the counsel for the Class in this case, and ensuring that the skills and talents of counsel were put to use in an efficient and effective manner that maximized what each firm and attorney could contribute in a non-redundant way.

64.     Working with me on this matter, on behalf of Plaintiffs Mena, Schreiber, Coolidge, and Mejia (the plaintiffs who originally appeared on the Complaint filed in *Mena*) were my partners Tina Wolfson and Theodore Maya and AW associates Vanessa Shakib, Bradley K. Keith and Meredith Lierz. Also working with AW on this matter were Of Counsel attorney, Keith Custis, and our co-counsel Nick Suciu, III from the law firm of Barbat, Mansur & Suciu PLLC.  For the purposes of efficiency and ease, I include the hours they worked on this matter as part of AW's hours and application, as these attorneys appeared with AW on the original complaint in *Mena*.

65.     Tina Wolfson attended and graduated Harvard Law School *cum laude* in 1994.  Ms. Wolfson began her civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where she defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice.  She then gained further invaluable litigation

and trial experience at a boutique firm, focusing on representing plaintiffs on a contingency basis in civil rights and employee rights cases. Ms. Wolfson frequently lectures on numerous topics related to class action litigation across the country.

66.      I attended and graduated Pepperdine Law School *cum laude* in 1994, where I served as Literary Editor of the Pepperdine Law Review. I also clerked for the Honorable Paul Flynn at the California Court of Appeals, and began my career as a civil litigator at the Los Angeles office of Mendes & Mount, LLP, where I defended large corporations and syndicates such as Lloyds of London in complex environmental and construction-related litigation as well as a variety of other matters. I have also lectured on numerous topics related to class action litigation across the country.

67.      Founded in 1998, AW is a Los Angeles, California based law firm specializing in complex and class action litigation and public interest litigation. For decades, the attorneys at AW have vigorously litigated against large corporations and public entities vindicating the rights of millions of consumers, employees, and taxpayers in protracted, complex litigation, to successful results. AW has represented plaintiffs in employment, consumer rights, environmental and taxpayer rights litigation. AW partners have been named "Super Lawyers" by their peers in recognition of the results achieved by their work. Since its founding, AW has served as class counsel and in leadership positions in a wide range of consumer protection class actions.

68.      Theodore W. Maya is also a partner at AW and worked on this matter as detailed below. Mr. Maya graduated from UCLA Law School in 2002 after serving as Editor-in-Chief of the *UCLA Law Review*. From July 2003 to August 2004, Mr. Maya served as Law Clerk to the Honorable Gary Allen Feess in the United States District Court for the Central District of California. Prior to joining AW, Mr. Maya was a litigation associate in the Los Angeles offices of Kaye Scholer LLP for approximately eight years, where he worked on a large variety of complex commercial litigation from inception through trial. Mr. Maya was named "Advocate of the Year" for 2007 by the Consumer Law Project of Public Counsel for successful *pro bono* representation of a victim of a large-scale equity fraud ring.

69.      Bradley K. King is an associate at AW who worked on this matter as detailed below. Mr. King graduated from Pepperdine University School of Law in 2010, where he served as Associate Editor of the Pepperdine Law Review. He worked as a law clerk for the California Office of the Attorney

General, Correctional Law Section in Los Angeles and was a certified law clerk for the Ventura County District Attorney's Office.  Mr. King began his legal career at a boutique civil rights law firm, gaining litigation experience in a wide variety of practice areas, including employment law, police misconduct, municipal contract, criminal defense, and premises liability cases.

70.     Vanessa T. Shakib was also an associate at AW who worked on this matter as detailed below.  Ms. Shakib graduated from George Mason University Law School in 2012, where she served as Senior Notes Editor of the *Journal of International Commercial Law* and a member of the Moot Court Board.  Ms. Shakib began her legal career at Wasserman, Comden, Casselman & Esensten, LLP, where she practiced general business litigation and public entity liability.  Ms. Shakib has also extensive experience in the field of animal rights litigation and advocacy, and has since left AW to continue her career in the non-profit sector.

71.     Meredith S. Lierz was an associate at AW who worked on this matter as detailed below. Ms. Lierz graduated Southwestern University School of Law in 2013.  Ms. Lierz also obtained a Master's in Business Administration from Claremont Graduate University.  While at Southwestern University School of Law, Ms. Lierz was a Lead Articles Editor at *Southwestern Law Review* and a member of the Southwestern Law School Moot Court Honors Program.  Ms. Lierz left her employment at Ahdoot & Wolfson, PC in April 2017 when she moved from Los Angeles.

72.     Diana Kiem was a paralegal at AW who worked on this matter as detailed below.  Ms. Kim graduated from Pasadena Community College in 2016 with a degree in Paralegal studies.

73.     Jessielle Fabian was a paralegal at AW who worked on this matter as detailed below.  Ms. Fabian was admitted to the California bar in 2018 (SBN 324329).

74.     Keith Custis graduated from Boston College Law School in May 1997, *magna cum laude*. He was admitted to practice law in the Commonwealth of Massachusetts on December 15, 2007.  His Massachusetts Board of Bar Overseers number is 636511, although he has been on "retired" status in Massachusetts for approximately 12 years.  He was admitted to practice in the State of California on or about February 15, 2002.

75.     Nick Suciu, III is a partner at the firm of Barbat, Mansour & Suciu PLLC and member in good standing of the bar of the state of Michigan.  Mr. Suciu has practiced law for well over a decade

– 13 –

and has been designated as Class Counsel in a number of class actions.  Mr. Suciu specializes in consumer class actions.

76.    Since 1999, Tina Wolfson and I have been appointed lead counsel in numerous complex consumer class actions.  The following are some examples of recent class actions that Tina Wolfson and I have litigated to conclusion or are currently litigating on behalf of its clients - either as Class Counsel, proposed Class Counsel or members of a Court appointed Plaintiff Steering Committee (AW's *curriculum vitae*, a true and correct copy of which is attached hereto as **Exhibit A**):

- *Eck, et al. v. City of Los Angeles*, No. BC577028 (Los Angeles Superior Court ("LASC") (Final Approval February 2018): AW was appointed Co-Class Counsel, and achieved a $295 million finally-approved settlement based on allegedly unlawful city tax regulations regarding electrical power;

- *Lavinsky v. City of Los Angeles*, No. BC542245 (LASC) (Hon. Ann I. Jones) (Final Approval October 2019): AW as lead Class Counsel, in a case challenging the imposition of certain utility taxes on the use of natural gas, prevailed on summary adjudication, certified a class, and achieved a finally approved settlement with a conservative minimum value of $51 million (which included a cash fund and direct tax savings over the first three years after the Settlement's Effective Date);

- *In re: Experian Data Breach Litig.*, No. 8:15-cv-01592-AG-DFM (C.D. Cal.) (Final Approval May 2019): AW served as Co-Lead Counsel, in this MDL Data Breach Class Action, for a Class of almost 16 million class members who were victims of a data breach affecting T-Mobile applicants and customers whose personal data was stored by Experian. Class action settlement conservatively valued at over $150 million finally approved in May 2019.

- *Pantelyat v. Bank of America, N.A.,* No. 1:16-cv-08964-AJN (S.D.N.Y.) (Hon. Alison J. Nathan) (Final Approval January 2019): AW served as sole class counsel for plaintiffs in a class action arising from allegedly improper overdraft fees and achieved a $22 million class settlement, representing approximately 80% of total revenues gleaned by the bank's alleged conduct.

- *Liggio v. Apple Federal Credit Union*, No. 18-cv-1059-LO (E.D. Va.) (Hon. Liam O'Grady) (Final Approval December 2019): AW served as co-class counsel and achieved a $2.7 million class settlement in action alleging improperly-assessed overdraft fees.

– 14 –

- *Owens v. Bank of America, N.A.*, No. 1:19-cv-20614-MGC (S.D. FL) (Hon. Marcia G. Cooke): AW served as co-lead counsel and achieved a $4.95 million settlement between Bank of America and account holders who claimed the Bank breached its contract by assessing overdraft fees resulting from various non-recurring transactions.  Judge Cooke indicated that the Court would finally approve the Settlement matter at a final approval hearing which took place on January 29, 2020.  There were no objectors to this Settlement.

- *Carter, et al. v. General Nutrition Centers, Inc. and GNC Holdings, Inc.*, No. 2:16-cv-00633-MRH (W.D. Pa.) (Hon. Mark R. Hornak) (Final Approval December 2019): AW achieved a $6 million class settlement in a "false discount" class action involving products for sale on the GNC website. In finally approving the settlement, Judge Hornak noted the "simply superlative" materials prepared by counsel and commended the "effectiveness and efficiency" with which counsel brought the case to conclusion.

- *Kirby v. McAfee, Inc.*, No. 14-cv-02475-EJD (N.D. Cal.) (Hon. Edward J. Davila) (Final Approval February 2017): Co-Class Counsel. Plaintiffs challenged defendant's auto renewal and false discount practices. Settlement made $80 Million available to the class and included injunctive relief requiring McAfee to notify customers at the point of every sale that the service will be auto-renewed at an undiscounted subscription price. Further, the settlement required McAfee to change its policy regarding the past product price it lists as a reference to any discount it's currently offering. McAfee will now only list a past price that it has actually charged customers within the past 45 days.

- *In re: Premera Blue Cross Customer Data Sec. Breach Litig.*, No. 15-md-02633-SI (D. Or.) (Hon. Michael H. Simon) (Final Approval March 2020): AW was selected to the Executive Leadership Committee after contested leadership applications in this MDL Data Breach Class Action. AW was instrumental in litigating the case through class certification and achieving a finally approved settlement valued at $74 million.

- *Berman v. General Motors, LLC*, No. 2:18-cv-14371 (S.D. Fla.) (Hon. Robin L. Rosenberg) (Final Approval November 2019): AW served as co-lead counsel in a class action rising from allegations of a vehicle defect causing excessive oil consumption. The parties recently reached a finally approved settlement valued at approximately $45 million.

- *In re: Uber FCRA Litig.*, No. 3:14-cv-05200-EMC (N.D. Cal.) (Hon. Edward M. Chen) (Final Approval May 2018): class settlement provided $8.2M in monetary relief as well as injunctive relief guaranteeing Uber's compliance with FCRA background check requirements; settlement reached while district court's denial of a motion to compel individual arbitration was pending (and ultimately overturned) before the 9th Circuit.

- *In re: Apple Inc. Device Performance Litig.*, No. 5:18-md-02827-EJD (N.D. Cal.) (Hon. Edward J. Davila): AW appointed to the Plaintiffs' Steering Committee after contested applications in a case alleging deceptive conduct by Apple impacting iPhones nationwide.  Preliminary approval is pending for a $300 million to $500 million Settlement.

- *In re: The Home Depot, Inc., Customer Data Sec. Breach Litig.*, No. 1:14-md-02583-TWT (N.D. Ga.) (Hon. Thomas W. Thrash Jr.) (Final Approval September 2017): AW served, by court appointment, on the MDL Consumer Plaintiffs' Steering Committee. The finally approved settlement provided approximately $29 million of monetary relief to the consumer class, as well as robust injunctive relief requiring Home Depot to overhaul its data security practices.

- *Smith v. Floor and Decor Outlets of America, Inc.*, No. 1:15-cv-04316-ELR (N.D. Ga.) (Hon. Eleanor L. Ross) (Final Approval January 2017): AW served as co-Class Counsel in a class action that resulted in a $14 million class settlement regarding flooring product defect allegations.

- *Chimeno-Buzzi v. Hollister Co.*, No. 1:14-cv-23120-MGC (S.D. Fla.) (Hon. Marcia G. Cooke) (Final Approval April 2016): AW served as co-Class Counsel in a class action that resulted in a $10 million finally approved class settlement arising from violations of the Telephone Consumer Protection Act of 1991 ("TCPA").

- *Pappas v. Naked Juice Co. of Glendora, Inc.*, No. 2:11-cv-8276-JAK-PLA (C.D. Cal.) (Hon. John A. Kronstadt) (Final Approval January 2014): AW appointed co-lead counsel after contested applications in this food false labeling action; resulted in nationwide settlement for $9 million non-reversionary fund and injunctive relief in the form of product labeling changes, and periodic audits to assure compliance with labeling representations.

**DECL. OF ROBERT AHDOOT ISO RENEWED MOTION FOR ATTORNEYS' FEES**
**(CASE NO. 4:14-CV-05615-JST)**

- *Weiss v. Los Angeles*, No. BC141354 (LASC) (Hon. James C. Chalfant) (Judgment September 2014): AW, as class counsel, won a writ of mandate trial to stop the allegedly illegal practice pertaining to parking violation notices, judgment affirmed on appeal.

- *Alvarez v. Sirius XM Radio Inc.*, No. 2:18-cv-08605 (C.D. Cal.) (Hon. James Selna): AW is lead plaintiffs' counsel in this breach of contract class action alleging that defendant did not honor its lifetime subscriptions. A class settlement in principle has been reached while plaintiffs' appeal from trial court's granting the motion to compel arbitration was pending, and in is in the process of memorialization.

- *Novoa v. The Geo Group, Inc.,* No. 5:17-cv-02514-JGB-SHK (C.D. Cal.) (Hon. Jesus G. Bernal): AW is co-counsel for the plaintiffs; case challenges private prison's alleged practices of forced labor against immigration detainees.

- *In re: U.S. Office of Pers. Mgmt. Data Sec. Breach Litig.*, No. 1:15-mc-01394-ABJ (D.D.C.) (Hon. Amy Berman Jackson): AW selected to the PSC after contested leadership applications in government personnel data breach. Order granting motion to dismiss recently reversed in part by D.C. Circuit Court of Appeals.

- *In re: Kind LLC "All Natural" Litig.*, No. 1:15-md-02645-WHP (S.D.N.Y.) (Hon. William H. Pauley): AW appointed interim co-lead counsel for the plaintiff class by MDL Court after contested leadership applications in false labeling food case.

## AW'S ATTORNEYS' FEES

77.    In my last declaration in support of Class Counsel's original Motion for an Award of Attorneys' Fees and Expenses (Dkt. 149 (my "Prior Fee Declaration")), I reported that AW and two attorneys acting as counsel to AW had expended 1,490.30 hours in this litigation through November 30, 2017.  Since that time, AW has expended an additional 126.7 hours in this litigation through November 30, 2019 that are included here.  As described below, we are not including any work performed on the prior Motion for Attorneys' Fees and Expenses and for Class Representative Service Awards (Dkt. 140 (the "Original Fee Motion")), and are removing 37.9 hours from the 1,490.30 hours previously reported, which were expended working on the Original Fee Motion.  Accordingly, the lodestar that this

Declaration supports represents 1,579.1 hours of work by AW attorneys and staff, amounting to $1,150,895 in fees, as detailed below and in **Exhibit B**.

78.     I expect that AW will incur significant additional hours of time to see this case through completion of the settlement, including: finalizing and filing these renewed fee motion papers; responding to class member inquiries or challenges; responding to any requests for exclusion or objections; working with Defendants and the settlement administrator on the distribution of awards to the Class; monitoring the award distributions to the Class; ensuring that any residual is paid to the Court-approved *cy pres* beneficiaries; reporting to the Court that the distribution of settlement funds has been completed; and ensuring that Defendants comply with the injunction requirements of the Settlement.  I expect to maintain a high level of oversight and involvement in this process; therefore, I anticipate incurring significant additional lodestar in the future.

79.     AW's representation of the Plaintiff Class was on a wholly contingent basis.  The firm devoted substantial resources to this matter, and we have received no payment for any of the over 1,500 hours of services performed or the thousands of dollars in out of pocket costs and expenses that my firm committed to the litigation of this case.  We did this, with no guarantee of repayment, because of the importance of this case.  Moreover, given AW's resources, we can take on only a limited number of cases.  Thus, AW was required to forego other financial opportunities to litigate this case.  AW thus took this case with the expectation that the firm would receive a risk enhancement in the event we prevailed.

80.     All attorneys and legal staff at AW are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters.  In all instances, the time keeper indicates the date and amount of time spent on a task to one-tenth of an hour; describes the work that was performed during the indicated time period; and identifies the case to which the time should be charged.

81.     AW made every effort to litigate this matter efficiently by coordinating the work of AW's attorneys and paralegals, and the other law firms involved, minimizing duplication, and assigning tasks in a time and cost-efficient manner, based on the time keepers' experience levels and talents.

82.     I reviewed the records of all time that all AW timekeepers and Mr. Suciu billed to this matter.  I have excluded here hours spent on the original Fee Motion and the present Renewed Motion for Attorneys' Fees.  In my Prior Fee Declaration, I reported that my review at that time resulted in a

– 18 –

reduction of approximately 52 total hours at that time.  I now have reduced AW's hours by a total of approximately 251 hours, which includes the 52 hours previously reduced, as well as all work expended on the Original Fee Motion (including 37.9 hours reported in my Prior Declaration that were expended on the Original Fee Motion) and the present Renewed Fee Motion.  The hours reported in this Declaration do not include any of these reduced amounts.  I also exercised billing judgment by deleting time entries that I deemed to be duplicative, inefficient, vague, administrative, or otherwise non-compensable.

83.     The remaining hours AW billed were properly and necessarily spent on the firm's assigned tasks and projects.  The detailed time records for the remaining hours spent by my firm and billed to this case are available to the Court for *in camera* review upon request.  I certify to the Court that AW's fee records accurately reflect work actually, reasonably, and necessarily performed in connection with the litigation of this matter.  I believe that the hours spent reflect time spent reasonably litigating this case, in which Tina Wolfson and I have sought to manage and staff efficiently as described above.

84.     A summary of rates and hours expended by AW's professionals (including Messrs. Custis and Suciu, and not including any time expended with respect to the Fee Motions), as of February 15, 2020, is set forth as follows:

| Professional | Title | Billable Rate | Billable Hours | Billable Fees |
|---|---|---|---|---|
| Tina Wolfson | Senior Partner | $850 | 359.2 | $305,320.00 |
| Robert Ahdoot | Senior Partner | $850 | 548.2 | $465,970.00 |
| Theodore Maya | Partner | $675 | 208.4 | $140,670.00 |
| Bradley King | Associate | $475 | 17.0 | $8,075.00 |
| Vanessa Shakib | Associate | $475 | 62.7 | $29,782.50 |
| Meredith Lierz | Associate | $425 | 168.5 | $71,612.50 |
| Keith Custis | Of Counsel | $625 | 162.0 | $101,250.00 |
| Nick Suciu, III | Co-Counsel | $650 | 41.1 | $26,715.00 |
| Diana Kiem | Paralegal | $125 | 10.1 | $1,262.50 |
| Jessielle Fabian | Paralegal | $125 | 1.9 | $237.50 |
| **TOTALS:** | | | **1,579.1** | **$1,150,895.00** |

85.     All Plaintiffs' Counsel who billed on this matter, including Class Counsel, have applied the American Bar Association's Uniform Task-Based Management System ("UTBMS") to categorize their billable hours by litigation activity.  *See* Description of UTBMS *available at* https://www.americanbar.org/groups/litigation/resources/uniform_task_based_management_system/litigation_code_definitions.html (last visited Mar. 10, 2020).

– 19 –

86.     All attorneys (including AW's Co-Counsel) who worked on this matter billed a total of 2,923.8 hours for a total lodestar of $1,961,905.00.  The time expended by all attorneys who worked on this matter, as reported by our Co-Class Counsel Firms and including AW's time, categorized by UTBMS Code, is attached hereto as **Exhibit B**.

87.     Below is a summary of all billable hours expended on this case through November 30, 2019 by UTBMS Code:

| UTBMS Code | UTBMS Description | Time Sought | % of Total Fees |
|---|---|---|---|
| L100 | Case Assessment, Development and Administration | 63.5 | 2.2% |
| L110 | Fact Investigation/Development | 176.9 | 6.1% |
| L120 | Analysis/Strategy | 113.0 | 3.9% |
| L160 | Settlement/Non-Binding ADR | 1,199.9 | 41.0% |
| L190 | Other Case Assessment, Development and Administration | 109.5 | 3.7% |
| L210 | Pleadings | 108.8 | 3.7% |
| L230 | Court Mandated Conferences | 22.3 | 0.8% |
| L250 | Other Written Motions and Submissions | 256.9 | 8.8% |
| L260 | Class Action Certification and Notice | 194.2 | 6.6% |
| L300 | Discovery | 420.1 | 14.4% |
| L310 | Written Discovery | 104.5 | 3.6% |
| L320 | Document Production | 149.9 | 5.1% |
| L460 | Post-Trial Motions and Submissions | 0.0 | 0.0% |
| L500 | Appeal | 4.3 | 0.1% |
| **Total** | | 2,923.8 | 100% |

88.     L100 Case Assessment, Development and Administration: The ABA defines this general category as "[f]ocus[ing] on the case as a whole, the 'forest' rather than the 'trees'".  In the context of this litigation, Plaintiffs' Counsel included in this category time spent communicating with the Plaintiffs and the media about general case status. Plaintiffs' Counsel reasonably expended 63.5 hours under this subcategory.  This has not changed since my Prior Fee Declaration.

– 20 –

89.   <u>L110 Fact Investigation / Development</u>: The ABA defines this subcategory as "[a]ll actions to investigate and understand the facts of a matter. Covers interviews of client personnel and potential witnesses, review of documents to learn the facts of the case (but not for document production, L320), work with an investigator, and all related communications and correspondence."  Plaintiffs' Counsel included in this category time spent communicating with the Plaintiffs, other riders who used the Uber App across all various platforms, drivers, experts, and other witnesses, in connection with Counsel's factual investigation of this matter. This category does not include hours expended on discovery which are included in the L300, L310, and L320 categories described below. Plaintiffs' Counsel reasonably expended 176.9 hours under this subcategory.  This has not changed since my Prior Fee Declaration.

90.   <u>L120 Analysis / Strategy</u>:  The ABA defines this subcategory as "[t]he thinking, strategizing, and planning for a case, including discussions, writing, and meetings on case strategy. Also includes initial legal research for case assessment purposes and legal research for developing a basic case strategy."  Plaintiffs' Counsel included in this category time spent performing general and early case research, and conferencing regarding strategy among Plaintiffs' Counsel.  Also in this category Plaintiffs' Counsel included time setting up the working structure between the groups of attorneys who filed the *Mena* and *McKnight* matters.  Plaintiffs' Counsel reasonably expended 113 hours under this subcategory.  This has not changed since my Prior Fee Declaration.

91.   <u>L160 Settlement/Non-Binding ADR</u>: The ABA defines this subcategory as "[a]ll activities directed specifically to settlement.  Encompasses planning for and participating in settlement discussions, conferences, and hearings and implementing a settlement.   Covers pursuing and participating in mediation and other non-binding Alternative Dispute Resolution (ADR) procedures." Plaintiffs' Counsel included in this subcategory time spent attending and preparing for six mediations and a settlement conference before Judge Spero, participating in numerous direct settlement discussions, researching and drafting mediation statements, conducting settlement administration and negotiating and drafting the parties' Stipulation of Settlement and the exhibits thereto.  In my Prior Fee Declaration, I reported that Plaintiffs' Counsel reasonably expended 1,073.8 hours under this subcategory.  Now, the figure has increased to 1,199.5 hours.  This includes all time related to Plaintiffs' Motion for Preliminary

Approval of Class Action, the Motion for Final Approval and briefs responding to objections and objectors' filings, and preparation for the Final Approval Hearing, as detailed below and in Exhibit B.

92.     <u>L190 Other Case Assessment, Development and Administration</u>: The subcategory is considered a catchall, and includes "[t]ime not attributable to any other overall task."  In the context of this litigation, Plaintiffs' Counsel included in this category time spent preparing retainer agreements, and performing general case calendaring.  This subcategory also includes time spent on tasks related to the monitoring of, and coordinating with, overlapping, related cases listed in the Motion for Attorneys' Fees and Expenses concurrently filed herewith.  Plaintiffs' Counsel reasonably expended 109.5 hours under this subcategory.  This has not changed since my Prior Fee Declaration.

93.     <u>L210 Pleadings</u>: The ABA defines this subcategory as "[d]eveloping (researching, drafting, editing, filing) and reviewing complaints, answers, counter-claims and third-party complaints. It also embraces motions directed at pleadings such as motions to dismiss, motions to strike, and jurisdictional motions." This subcategory includes time spent preparing and serving the initial complaint in the *McKnight* matter and the initial and amended complaints in the *Mena* matter.  It also includes time spent preparing and serving the Consolidated Complaint.  This subcategory further includes time spent on reviewing or preparing or responding to other motions and notices such Motions to Seal, Administrative Motion to Consider Whether Cases Should Be Related, Notice of Related Cases, *etc.* Plaintiffs' Counsel reasonably expended 108.8 hours under this subcategory.  This has not changed since my Prior Fee Declaration.

94.     <u>L230 Court Mandated Conferences</u>: This subcategory includes time spent drafting and filing case management statements.  It also includes time spent preparing for, traveling to, and attending regularly scheduled case management conferences and hearings, including the Final Approval Hearing. In my Prior Fee Declaration, I reported that Plaintiffs' Counsel reasonably expended 21.7 hours under this subcategory.  Now, the figure has increased to 22.3 hours.

95.     <u>L250 Other Written Motions and Submissions</u>: The ABA defines this subcategory as "[d]eveloping, responding to, and arguing all motions other than dispositive (L240), pleadings (L210), and discovery (L350), such as motions to consolidate, to bifurcate, to remand, to stay, to compel arbitration, for MDL treatment and for change of venue." This subcategory includes time spent opposing

1  Defendants' Motions to Compel Arbitration and Motions to Stay before the District Court.  It also

2  includes time spent related to miscellaneous stipulations regarding case deadlines.  Plaintiffs' Counsel

3  reasonably expended 256.9 hours under this subcategory.  This has not changed since my Prior Fee

4  Declaration.

5       96.    L260 Class Certification and Notice: This subcategory includes all time related to

6  proceedings that are unique to class action litigation.  In the context of this litigation, Plaintiffs' Counsel

7  included in this category time spent conducting legal research regarding class certification as it relates

8  to this matter and other false pricing and misrepresentation class settlements, and preparing Plaintiffs'

9  Motion for Preliminary Approval of Class Action Settlement.  Plaintiffs' Counsel reasonably expended

10 194.2 hours under this subcategory.  This has not changed since my Prior Fee Declaration.

11      97.    L300 Discovery: This category includes time spent on general discovery matters and

12 billing entries that could be categorized under one or more discovery subcategories.  It primarily relates

13 to Plaintiffs' efforts to review documents produced by Defendants, review documents from other related

14 cases (such as the Motions to Compel in the District Attorneys' case and pleadings, and discovery from

15 other relevant cases).  Plaintiffs' Counsel reasonably expended 420.1 hours under this subcategory.  This

16 has not changed since my Prior Fee Declaration.  Although AW did conduct further discovery following

17 the Final Approval Order, because it relates to the current renewed Motion for Attorneys' Fees, time

18 spent in connection with such efforts is not included here.

19      98.    L310 Written Discovery: This subcategory includes time spent drafting, responding and

20 objecting to, and meeting and conferring about interrogatories.  Plaintiffs propounded interrogatories

21 germane to Uber's policies and practices and extensive meet and confer efforts related thereto. Plaintiffs'

22 Counsel reasonably expended 104.5 hours under this subcategory.  This has not changed since my Prior

23 Fee Declaration.

24      99.    L320 Document Production: This subcategory includes time spent drafting, responding

25 and objecting to, and meeting and conferring about document requests during confirmatory discovery

26 including meeting and conferring with Defendants.  Plaintiffs' Counsel reasonably expended 149.9 hours

27 under this subcategory.   This has not changed since my Prior Fee Declaration.

28

– 23 –

100.   <u>L460 Post-Trial Motions and Submissions</u>:  In my Prior Fee Declaration, I included 37.9 hours under this subcategory for time spent researching and drafting Plaintiffs' Motions for an Award of Reasonable Attorneys' Fees, Expenses, and Costs and Plaintiffs' Motion for Service Awards.  That figure has been removed from the hours reported here and, accordingly, this subcategory has been reduced to zero.

101.   <u>L500 Appeal</u>: The category includes all time related to the any appeal of the Court's ruling on the Motion to Compel Arbitration and the process after an appeal, including the likelihood of a Court imposed stay at the trial level.  In the context of this litigation, Plaintiffs' Counsel included in this category time spent researching the appellate process and an analysis of possible appellate issues, and the factors related to a Court's decision to stay a case pending any appeal of an Arbitration ruling.  Plaintiffs' Counsel reasonably expended 4.3 hours under this category.  This has not changed since my Prior Fee Declaration.

## **AW'S REASONABLE HOURLY RATES**

102.   I believe that my firm's rates are fully commensurate with the hourly rates of other nationally prominent firms performing similar work for both plaintiffs and defendants.  After considering all of these data points, I have determined that the rates are reasonable for each of the AW professionals who worked on this matter.

103.   Because of the importance of recovery of attorney fee awards in contingency cases to a plaintiffs' class action practice firm such as AW, we keep current on federal and California state law developments on the subject of attorneys' fees.  Accordingly, AW is familiar with the prevailing market rates for leading attorneys in California for trial court, complex and class action litigation of important issues.

104.   AW periodically establishes hourly rates for the firm's billing personnel.  AW establishes the rates based on prevailing market rates for attorneys and law firms in the Los Angeles area that have attorneys and staff of comparable skill, experience, and qualifications.   AW obtains information concerning market rates from other attorneys in the area that have similar experience doing similar work, from information that occasionally appears in the local press and national bar publications, and in orders awarding attorneys' fees in similar cases.

105.   The bulk of AW's practice is contingent, and many of my firm's cases have been large

and substantial in settlements or verdicts.  In contingent risk cases, my firm and other firms doing this type of work frequently advance tens or hundreds of thousands of dollars in expenses and costs and defer all payment of our fees for several years, with no guarantee that any of the fees we incurred or costs we advanced would ever be recovered.

106.    AW primarily represents clients on a contingent fee basis, both in class and individual cases.  However, and although it is a small portion of its practice, AW also represents clients on an hourly basis and is paid according to its then-current hourly rates.  AW is currently retained at the hourly rates used to calculate its lodestar in this matter.

107.    Courts have awarded AW attorneys' fees at rates that are comparable to the rates applicable to this matter.  *See, e.g.*, *Eck, et al. v. City of Los Angeles*, No. BC577028 (Los Angeles Superior Court ("LASC") (February 2018) ($295 million finally approved settlement where the Court awarded Class Counsel's full request of approximately $15 million based on percentage of the fund method and the virtually the same hourly rates); *Lavinsky v. City of Los Angeles*, No. BC542245 (LASC) (October 2019) ($51 million minimum value finally approved settlement where the Court awarded Class Counsel's full request of approximately $8 million based on percentage of the fund method and the virtually the same hourly rates); *Pantelyat v. Bank of America*, No. 1:16-cv-08964 (S.D.N.Y. Jan. 31, 2019) (Dkt. 116; $22 million finally approved settlement where the Court awarded Class Counsel's full request of $5.5 million based on percentage of the fund method and the same hourly rates); *Williamson, et al. vs. McAfee, Inc.*, Case No. 5:14-cv-00158-EJD (N.D. Cal. Feb. 15, 2017) (Dkt. 118; $85 Million settlement in deceptive auto renewal case); *Smith v. Floor & Decor Outlets of Am., Inc.*, Case No. l:15-cv-04316-ELR, (N.D. Ga. Jan. 10, 2017) (Dkt. No. 69; $14.5 Million product liability settlement re: laminate flooring); *Chimeno-Buzzi v. Hollister Co.*, Case No. 1:14-cv-23120-MGC (S.D. Fla. April 11, 2016) (Dkt. No. 155; $10 Million TCPA Settlement).

108.    The rates charged by AW are reasonable and well within the range of rates charged by comparably qualifying attorneys for comparably complex work.  Comparable hourly rates have been found reasonable in numerous cases.

109.    Moreover, the rates requested by AW are in line with the non-contingent market rates charged by attorneys of reasonably comparable experience, skill, and reputation for reasonably

comparable services and supported by surveys of legal rates, including the following:

- In December 2015, Thomson Reuters published its Legal Billing Report, Volume 17, Number 3. A true and correct copy of the pages of that report listing California and West Regions is attached hereto as **Exhibit C.** It shows that the rates claimed by AW are well within the range of rates found reasonable for other law firms.

- On January 5, 2015, the National Law Journal published an article about its then current rate survey entitled "Billing Rates Rise, Discounts Abound." A true and correct copy of that article is attached hereto as **Exhibit D**. It contains the rates charged by numerous Los Angeles area law firms handling comparably complex litigation. AW's rates are well in line with those rates.

- The 2015 Real Rate Report Snapshot published by Ty Metrix/Legal Analytics summarizes the 2014 "real rates" for partners and associates in various cities. A copy of the relevant pages is attached hereto as **Exhibit E**. It shows, for example, that for the Los Angeles area attorneys surveyed (1,392 partners, 1,947 associates), the Third Quartile of hourly rates for partners in 2014 was $823.63. The Third Quartile hourly rate for associates was $574.84. Given the excellent quality of Class Counsel's work and the results obtained here, in my opinion rates higher than the Third Quartile are the most appropriate measure. Moreover, since 2014, most Los Angeles Area firms have raised their rates by at least 5-10%.

- On January 13, 2014, the National Law Journal published an article about its most recent rate survey. That article included a chart listing the billing rates of the 50 firms that charge the highest average hourly rates for partners. A true and correct copy of that article is attached hereto as **Exhibit F**. Of the 50 firms listed, several have offices in the Los Angeles Area and many others have significant litigation experience in this area. And, although the rates that AW is requesting here are *lower* than many of the rates charged by the listed firms, the NLJ chart does show the *range* of rates charged for similar services, which is the applicable standard.

- The 2013 Real Rate Report Snapshot published by Ty Metrix/Legal Analytics summarizes the "real rates" for partners and associates in various cities. A copy of the relevant pages is attached hereto as **Exhibit G**. It shows that for the Los Angeles Area attorneys surveyed (972 partners, 1,239 associates), the Third Quartile partner rate in 2012 was $816.89 per hour and the associate rate

was $531.63 per hour.  Given the excellent quality of the work performed and results obtained here, in my opinion rates higher than the Third Quartile are the most appropriate measure.  Moreover, since 2012, most Los Angeles Area firms have raised their rates by at least 5-10%.

- In an article entitled "On Sale: The $1,150-Per Hour Lawyer," written by Jennifer Smith and published in the Wall Street Journal on April 9, 2013, the author describes the rapidly growing number of lawyers billing at $1,150 or more revealed in public filings and major surveys.  A true and correct copy of that article is attached hereto as **Exhibit H**. The article also notes that in the first quarter of 2013, the 50 top grossing law firms billed their partners at an *average* rate between $879 and $882 per hour.

## REASONABLE EXPENSES

110.    AW is seeking reimbursement of its reasonable out-of-pocket expenses incurred in this matter.  It is my firm's practice to ensure that all costs and expenses are accurately assigned to the appropriate case.  Below are the true and correct expenses my firm incurred in litigating this matter from inception through February 15, 2019, for which we are claiming reimbursement.  My firm's total expenses in this matter through February 15, 2019 come to $16,995.09.  AW paid these expenses on a regular and timely basis as they were incurred, over the course of this litigation, without any guarantee of being reimbursed.  I certify to the Court that the foregoing expenses are correct, have been necessarily incurred in this case, and not in connection with the present motion.

| Description | Amount |
|---|---|
| Attorney Service Fees & Messenger | $756.47 |
| Filing Fees | $400.00 |
| Mediation Fees | $6,216.67 |
| Pacer Fees | $259.80 |
| Postage & Fedex | $112.63 |
| Travel (Airfare, Ground Transport, Hotel) | $9,164.76 |
| Transcript Fees | $84.76 |
| Total | $16,995.09 |

111.    The foregoing expenses were incurred solely in connection with this litigation.  These expenses are reflected in the books and records of my firm, which are kept in the ordinary course and

prepared from expense vouchers, check records, and other documents.

112.    Attached hereto as **Exhibit I** is a transaction report, generated from AW's accounting software, detailing each of these expenses.

113.    AW has not listed its expenses incurred for in-house electronic research fees (Westlaw/LexisNexis), in-house copies, facsimile, mileage, telephone, costs related to the Fee Motions (such expert witness fees), *etc.* and, in an exercise of discretion, does not seek reimbursement for such expenses.  AW's travel expenses reflected here exclude meals and entertainment, and are limited to airfare, hotels, and ground transportation.  All airfare was economy class and all hotels did not exceed $435 per night.  Travel expenses were incurred as a result of travel to attend court hearings, in person settlement conferences, mediation, and three days of confirmatory discovery work in San Francisco.

114.    AW's costs and expenses are fully documented and reasonable.


I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct.  Executed this 12th day of March 2020, in Los Angeles, California.




ROBERT R. AHDOOT

**DECL. OF ROBERT AHDOOT ISO RENEWED MOTION FOR ATTORNEYS' FEES
(CASE NO. 4:14-CV-05615-JST)**

EXHIBIT A



# AHDOOT & WOLFSON, PC

## ATTORNEYS

Ahdoot & Wolfson, PC ("AW") is a nationally recognized law firm founded in 1998 that specializes in complex and class action litigation, with a focus on consumer fraud, anti-competitive business practices, privacy rights, employee rights, defective products, civil rights, and taxpayer rights and unfair practices by municipalities.   The attorneys at AW are experienced litigators who have vindicated the rights of millions of class members in protracted, complex litigation, to successful results. AW has been appointed to the leadership teams in numerous class actions in both state and federal courts.

**Tina Wolfson** graduated Harvard Law School *cum laude* in 1994.  Ms. Wolfson began her civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where she defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice.  She then gained further invaluable litigation and trial experience at a boutique firm, focusing on representing plaintiffs on a contingency basis in civil rights and employee rights cases. Since co-founding AW in 1998, Ms. Wolfson had lead numerous class actions to successful results. Ms. Wolfson is a member of the California, New York and District of Columbia Bars.

Recognized for her deep class action experience, Ms. Wolfson frequently lectures on numerous class action topics across the country. Her notable speaking engagements include:

- Class Action Mastery Forum at the University Of San Diego School of Law (Data Breach/Privacy Class Action Panel) January 16, 2019;
- Association of Business Trial Lawyers: "Navigating Class Action Settlement Negotiations and Court Approval: A Discussion with the Experts," Los Angeles May 2017, featuring Hon. Philip S. Gutierrez and Hon. Jay C. Gandhi;
- CalBar Privacy Panel: "Privacy Law Symposium: Insider Views on Emerging Trends in Privacy Law Litigation and Enforcement Actions in California," Los Angeles Mar. 2017 (Moderator), featuring Hon. Kim Dunning;
- HarrisMartin: Equifax Data Breach Litigation Conference, November 2017, Atlanta (Co-Chair).
- American Conference Institute: "2nd Cross-Industry and Interdisciplinary Summit on Defending and Managing Complex Class Actions," April 2016, New York: Class Action Mock Settlement Exercise featuring the Hon. Anthony J. Mohr;

- Federal Bar Association: N.D. Cal. Chapter "2016 Class Action Symposium," San Francisco Dec. 2016 (Co-Chair), featuring Hon. Joseph F. Anderson, Jr. and Hon. Susan Y. Illston;
- Federal Bar Association: "The Future of Class Actions: Cutting Edge Topics in Class Action Litigation," San Francisco Nov. 2015 (Co-Chair &Faculty), featuring Hon. Jon S. Tigar and Hon. Laurel Beeler.
- American Association for Justice: AAJ 2015 Annual Convention – "The Mechanics of Class Action Certification," July 2015, Montreal, Canada.
- HarrisMartin: Data Breach Litigation Conference: The Coming of Age – "The First Hurdles: Standing and Other Motion to Dismiss Arguments," March 2015, San Diego.
- Bridgeport: 2015 Annual Consumer Class Action Conference, February 2015, Miami (Co-Chair).
- Venable, LLP: Invited by former opposing counsel to present mock oral argument on a motion to certify the class in a food labeling case, Hon. Marilyn Hall Patel (Ret.) presiding, October 2014, San Francisco.
- Bridgeport: 15th Annual Class Action Litigation Conference – "Food Labeling and Nutritional Claim Specific Class Actions," September 2014, San Francisco (Co-Chair and Panelist).
- Bridgeport: 2014 Consumer Class Action Conference – "Hot Topics in Food Class Action Litigation," June 2014, Chicago.
- Perrin Conferences: Challenges Facing the Food and Beverage Industries in Complex Consumer Litigations, invited to discuss cutting edge developments in settlement negotiations, notice, and other topics, April 2014, Chicago.
- Bridgeport: Class Action Litigation & Management Conference – "Getting Your Settlement Approved," April 2014, Los Angeles.
- HarrisMartin: Target Data Security Breach Litigation Conference – "Neiman Marcus and Michael's Data Breach Cases and the Future of Data Breach Cases," March 2014, San Diego.
- Bridgeport: Advertising, Marketing & Media Law: Litigation and Best Management Practices – "Class Waivers and Arbitration Provisions Post-*Concepcion* / *Oxford Health Care,*" March 2014, Los Angeles

Ms. Wolfson currently serves as a Ninth Circuit Lawyer Representative for the Central District of California, as Vice President of the Federal Litigation Section of the Federal Bar Association, as a member of the American Business Trial Lawyer Association, as a participant at the Duke Law School Conferences and the Institute for the Advancement of the American Legal System, and on the Board of Public Justice.

2

**Robert Ahdoot** graduated from Pepperdine Law School *cum laude* in 1994, where he served as Literary Editor of the Pepperdine Law Review. Mr. Ahdoot clerked for the Honorable Paul Flynn at the California Court of Appeals, and then began his career as a civil litigator at the Los Angeles office of Mendes & Mount, LLP, where he defended large corporations and syndicates such as Lloyds of London in complex environmental and construction-related litigation as well as a variety of other matters. Since co-founding AW in 1998, Mr. Ahdoot had led numerous class actions to successful results. Recognized for his deep class action experience, Mr. Ahdoot frequently lectures on numerous class action topics across the country. His notable speaking engagements include:

- MassTorts Made Perfect: Speaker Conference, April 2019, Las Vegas: "Llegal Fees: How Companies and Governments Charge The Public, and How You Can Fight Back."
- HarrisMartin: Lumber Liquidators Flooring Litigation Conference, May 2015, Minneapolis: "Best Legal Claims and Defenses."
- Bridgeport: 15th Annual Class Action Litigation Conference, September 2014, San Francisco: "The Scourge of the System: Serial Objectors."
- Strafford Webinars: Crafting Class Settlement Notice Programs: Due Process, Reach, Claims Rates and More, February 2014: "Minimizing Court Scrutiny and Overcoming Objector Challenges."
- Pincus: Wage & Hour and Consumer Class Actions for Newer Attorneys: The Do's and Don'ts, January 2014, Los Angeles: "Current Uses for the 17200, the CLRA an PAGA."
- Bridgeport: 2013 Class Action Litigation & Management Conference, August 2013, San Francisco: "Settlement Mechanics and Strategy."

**Theodore W. Maya** graduated from UCLA Law School in 2002 after serving as Editor-in-Chief of the UCLA Law Review. From July 2003 to August 2004, Mr. Maya served as Law Clerk to the Honorable Gary Allen Feess in the United States District Court for the Central District of California. Mr. Maya was also a litigation associate in the Los Angeles offices of Kaye Scholer LLP for approximately eight years where he worked on a large variety of complex commercial litigation from inception through trial. Mr. Maya was named "Advocate of the Year" for 2007 by the Consumer Law Project of Public Counsel for successful pro bono representation of a victim of a large-scale equity fraud ring.

**Bradley K. King** is a member of the Bars of the States of New Jersey, New York, District of Columbia, and California. He graduated from Pepperdine University School of Law in 2010, where he served as Associate Editor of the Pepperdine Law Review. He worked as a law clerk for the California Office of the Attorney General, Correctional Law Section in

Los Angeles and was a certified law clerk for the Ventura County District Attorney's Office. Mr. King began his legal career at a boutique civil rights law firm, gaining litigation experience in a wide variety of practice areas, including employment law, police misconduct, municipal contracts, criminal defense, and premises liability cases.

### Recent Notable Cases

In *Eck v. City of Los Angeles*, No. BC577028 (LASC) (Hon. Ann I. Jones), AW was appointed class counsel in a $295 million settlement in a case alleging that an 8% surcharge on Los Angeles electricity rates was an illegal tax. Final settlement approval was affirmed on appeal in October 2019.

In *Kirby v. McAfee, Inc.*, No. 5:14-cv-02475-EJD (N.D. Cal.) (Hon. Edward J. Davila), a case arising from McAfee's auto renewal and discount practices, AW and co-counsel achieved a settlement that made $80 million available to the class and required McAfee to notify customers regarding auto-renewals at an undiscounted subscription price and change its policy regarding the past pricing it lists as a reference to any current discount.

As co-lead counsel in *Berman v. Gen. Motors, LLC*, No. 2:18-cv-14371-RLR (S.D. Fla.) (Hon. Robin L. Rosenberg) (vehicle oil consumption defect class action), AW achieved a $40 million settlement.

In *Lavinsky v. City of Los Angeles*, No. BC542245 (LASC) (Hon. Ann I. Jones), a class action alleging the city unlawfully overcharged residents for utility taxes, AW certified the plaintiff class in litigation and then achieved a $51 million class settlement.

In *Pantelyat v. Bank of America, N.A.*, No. 1:16-cv-08964-AJN (S.D.N.Y.) (Hon. Alison J. Nathan), a class action arising from allegedly improper overdraft fees, AW served as sole class counsel for plaintiffs and achieved a $22 million class settlement, representing approximately 80% of total revenues gleaned by the bank's alleged conduct.

In *Owens v. Bank of America, N.A.*, No. 1:19-cv-20614-MGC (S.D. FL) (Hon. Marcia G. Cooke), AW served as co-lead counsel and achieved a $4.95 million settlement between Bank of America and account holders who claimed the Bank breached its contract by assessing overdraft fees resulting from various non-recurring transactions.

As co-lead counsel in the *Experian Data Breach Litigation*, No. 8:15-cv-01592-AG-DFM (C.D. Cal.) (Hon. Andrew J. Guilford), which affected nearly 15 million class members, AW achieved a settlement conservatively valued at over $150 million. Each class member is entitled to two years of additional premium credit monitoring and ID theft insurance (to begin whenever their current credit monitoring product, if any, expires) plus monetary relief (in the form of either documented losses or a default payment for non-documented claims). Experian is also providing robust injunctive relief. Judge Guilford praised counsel's efforts and efficiency in achieving the settlement, commenting "You folks have truly done a great job, both sides. I commend you."

In the *Premera Blue Cross Customer Data Sec. Breach Litigation*, No. 3:15-cv-2633-SI (D. Or.) (Hon. Michael H. Simon), a case arising from a data breach disclosing the sensitive personal and medical information of 11 million Premera Blue Cross members, AW was

instrumental in litigating the case through class certification and achieving a class settlement valued at $74 million.

In *The Home Depot, Inc., Customer Data Sec. Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.) (Hon. Thomas W. Thrash Jr.), AW served on the consumer PSC and was instrumental in achieving a $29 million settlement fund and robust injunctive relief to the consumer class. As co-lead counsel in *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415-CMA-MLC (D. Colo.) (Hon. Christine M. Arguello), AW secured a settlement for the nationwide class that provides for up to $250 in claimed damages or $10,000 in extraordinary damages.

In *Adlouni v. UCLA Health Sys. Auxiliary*, No. BC589243 (Cal. Super. Ct. Los Angeles Cty. ("LASC")) (Hon. Daniel J. Buckley), AW, as a member of the PSC for patients impacted by university medical data breach, achieved a settlement providing two years of credit monitoring, a $5,2750,000 fund, and robust injunctive relief.

As lead counsel in *Remijas v. Neiman Marcus Group, LLC*, No. 14-cv-1735 (N.D. Ill.) (Hon. Sharon Johnson Coleman), AW successfully appealed the trial court's order granting a motion to dismiss based on lack of Article III standing. The Seventh Circuit's groundbreaking opinion, now cited in every standing brief, was the first appellate decision to consider the issue of Article III standing in data breach cases in light of the Supreme Court's decision in *Clapper v. Amnesty International USA*, 568 U.S. 398 (2013) and concluded that data breach victims have standing to pursue claims based on the increased risk of identity theft and fraud, even before that theft or fraud materializes in out-of-pocket damages. *Remijas v. Neiman Marcus Group, LLC*, 794 F.3d 688 (7th Cir. 2015) (reversed and remanded).

Similarly, in the *U.S. Office of Personnel Management Data Security Breach Litigation*, No. 1:15-mc-1394-ABJ (D.D.C.) (Hon. Amy Berman Jackson), AW briefed and argued, in part, the granted motions to dismiss based on standing, and briefed in part the successful appeal to the D.C. Circuit.

AW also serves co-lead interim class counsel in the *Google Location History Litigation*, No. 5:18-cv-5062-EJD (N.D. Cal.) (Hon. Edward J. Davila), a consumer class action arising from Google's allegedly unlawful collection and use of mobile device location information on all Android and iPhone devices.

In the *Allergan Biocell Textured Breast Implant Products Liability Litigation*, No. 2:19-md-2921-BRM-JAD (D.N.J.), AW is serving as a member of plaintiffs' executive committee in a hybrid action alleging breast implants are linked to cancer. In the *ZF-TRW Airbag Control Units Products Liability Litigation*, No. 2:19-ml-2905-JAK-FFM (C.D. Cal.), AW is serving on the plaintiffs' executive committee.

AW is also serving as plaintiffs' counsel in consumer privacy rights cases involving the right to control the collection and use of biometric information, successfully opposing motions to dismiss based on lack of standing. *See, e.g.*, *Rivera v. Google LLC,* No. 19-1182 (7th Cir.) (order granting summary judgment currently on appeal to the Seventh Circuit); *Azzano v. Google LLC*, No. 2019-CH-11153 (Ill. Cir. Ct.) (Hon. Anna M. Loftus); *Molander v. Google LLC*, No. 5:20-cv-00918-SVK (N.D. Cal.) (Hon. Susan van Keulen); *Miracle-Pond v.*

*Shutterfly, Inc.*, No. 1:19-cv-4722 (N.D. Ill.) (Hon. Mary M. Rowland); *Acaley v. Vimeo, Inc.*, No. 1:19-cv-7164 (N.D. Ill.) (Hon. Matthew F. Kennelly).

In addition, AW has served and is serving as plaintiffs' counsel in class actions enforcing consumer rights under the Telephone Consumer Protection Act of 1991 ("TCPA"), such as *Chimeno-Buzzi v. Hollister Co.,* No. 1:14-cv-23120-MGC (S.D. Fla.) (Hon. Marcia G. Cooke) (class counsel in $10 million nationwide settlement) and *Melito v. American Eagle Outfitters, Inc.*, No. 1:14-cv-02440-VEC (S.D.N.Y.) (Hon. Valerie E. Caproni) ($14.5 million nationwide settlement).

In *Smith v. Floor & Decor Outlets of America, Inc.*, No. 1:15-cv-04316-ELR (N.D. Ga.) (Hon. Eleanor L. Ross), AW achieved a $14 million class settlement arising from alleged toxic emissions from flooring.

In *Skeen v. BMW of N. Am., LLC*, No. 2:13-cv-01531-WHW-CLW (D.N.J.) (Hon. William H. Walls) (arising from MINI Coopers with allegedly defective timing chain) and *Boehm v. BMW of N. Am., LLC*, No. 2:17-cv-12827-MCA-LDW (D.N.J.) (Hon. Madeline E. Cox Arleo) (arising from MINI Coopers with allegedly defective high pressure fuel pump), AW achieved uncapped settlement funds for warranty extension, reimbursement for repairs, and compensation for sale at a loss.

In *Pappas v. Naked Juice Co. of Glendora, Inc.*, No. 2:11-cv-8276-JAK-PLA (C.D. Cal.) (Hon. John A. Kronstadt), the Court appointed AW as co-lead counsel after contested lead applications. AW then achieved a $9 million nationwide settlement, with injunctive relief in the form of product labeling changes, and periodic audits to assure compliance with labeling representations. At the time, it was the largest settlement achieved in a food false advertising case.

As co-lead class counsel in *Carter, et al. v. General Nutrition Centers, Inc. and GNC Holdings, Inc.*, No. 2:16-cv-00633-MRH (W.D. Pa.) (Hon. Mark R. Hornak), a "false discount" class action involving products for sale on the GNC website, AW achieved a $6 million class settlement. In finally approving the settlement, Judge Hornak noted the "simply superlative" materials prepared by counsel and commended the "effectiveness and efficiency" with which counsel brought the case to conclusion.

AW, as class counsel in the *Uber FCRA Litig.*, No. 3:14-cv-05200-EMC (N.D. Cal.) (Hon. Edward M. Chen), achieved a $7.5 million class settlement including injunctive relief guaranteeing Uber's compliance with FCRA background check requirements. The settlement was reached while the district court's denial of a motion to compel individual arbitration was pending (and ultimately overturned) before the Ninth Circuit.

In the *Kind LLC "All Natural" Litig.*, No. 1:15-md-02645-WHP (S.D.N.Y.) (Hon. William H. Pauley), AW was appointed interim co-lead counsel for the plaintiff class by MDL Court after contested leadership applications in false labeling food case.

AW, as class counsel in *Weiss v. Los Angeles*, No. BC141354 (LASC) (Hon. James C. Chalfant), won a *writ of mandate* trial to stop the allegedly illegal practice pertaining to parking violation notices. The judgment was affirmed on appeal.

6

AW is lead plaintiffs' counsel in *Alvarez v. Sirius XM Radio, Inc.,* No. 2:18-cv-08605 (C.D. Cal.) (Hon. James Selna), a breach of contract class action alleging that defendant did not honor its lifetime subscriptions.  A class settlement in principle has been reached while plaintiffs' appeal from trial court's granting the motion to compel arbitration was pending, and in is in the process of memorialization.

In the *Apple Inc. Device Performance Litigation*, No. 5:18-md-2827-EJD (N.D. Cal.) (Hon. Edward J. Davila), AW is serving on the Plaintiffs' Executive Committee in a class action arising from Apple's alleged practice of deploying software updates to iPhones that deliberately degraded the devices' performance and battery life. This consolidated class action includes claims from named plaintiffs residing in all fifty states, as well as plaintiffs from U.S. Territories and numerous other countries.

AW's current work on civil rights class actions include achieving class certification in *Novoa v. The Geo Group, Inc.*, No. 5:17-cv-2514-JGB-SHK (C.D. Cal.) (Hon. Jesus G. Bernal) (challenging private prison's alleged practices of forced labor against immigration detainees) and ongoing litigation in *Williams v. City of New York*, No. 1:17-cv-2303-RJD-SM (E.D.N.Y.) (Hon. Raymond J. Dearie) (challenging allegedly unconstitutional prison conditions at Rikers Island and other facilities in New York State).

EXHIBIT B

## Class Counsel Lodestar and Time Report by Category

*McKnight, et al. v. Uber Technologies, et al.*

(Case No. 3:14-cv-05615-JST)

**Category Codes:** L100 (case assessment, development & admin); L110 (fact investigation / development); L120 (analysis / strategy); L160 (settlement / non-binding ADR); L190 (other case assessment, development & admin); L210 (pleadings); L230 (court mandated conferences); L250 (other motions and submissions); L260 (class action certification and notice); L300 (discovery); L310 (written discovery); L320 (document production); L460 (post-trial motions and submissions); L500 (appeal).

| Timekeeper | Title | Hourly Rate | Lodestar | Total Hours | L100 | L110 | L120 | L160 | L190 | L210 | L230 | L250 | L260 | L300 | L310 | L320 | L460 | L500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AHDOOT & WOLFSON** | | | | | | | | | | | | | | | | | | |
| Robert Ahdoot | Partner | $850 | $465,970.00 | 548.2 | 2.0 | 1.6 | 1.8 | 428.0 | 7.6 | 5.4 | 1.1 | 4.3 | 41.5 | 3.2 | 14.1 | 37.6 | - | - |
| Tina Wolfson | Partner | $850 | $305,320.00 | 359.2 | 9.7 | 12.4 | 21.3 | 164.6 | 28.4 | 12.4 | 18.5 | 38.5 | 28.4 | 1.1 | 1.5 | 21.5 | - | 0.9 |
| Theodore Maya | Partner | $675 | $140,670.00 | 208.4 | 1.1 | - | 2.1 | 44.5 | 3.4 | 4.6 | 0.0 | 74.2 | 35.0 | 0.8 | 26.3 | 16.4 | - | - |
| Meredith Lierz | Associate | $425 | $71,612.50 | 168.5 | 2.8 | - | 1.2 | - | 3.6 | 3.1 | - | - | - | 116.3 | 0.0 | 41.5 | - | - |
| Vanessa Shakib | Associate | $475 | $29,782.50 | 62.7 | - | - | 0.0 | 1.6 | 12.8 | - | - | - | 10.0 | - | 32.5 | 2.4 | - | 3.4 |
| Brad King | Associate | $475 | $8,075.00 | 17.0 | - | - | 0.0 | 10.4 | 0.0 | - | - | - | 6.6 | - | - | - | - | - |
| Diana Kiem | Paralegal | $125 | $1,262.50 | 10.1 | - | - | 0.0 | 6.3 | 2.1 | - | - | - | 1.0 | - | 0.7 | - | - | - |
| Jessielle Fabian | Paralegal | $125 | $237.50 | 1.9 | - | - | - | 1.9 | - | - | - | - | - | - | - | - | - | - |
| Keith Custis | Of Counsel | $625 | $101,250.00 | 162.0 | - | 15.1 | 5.6 | 20.2 | 5.9 | 26.1 | 0.9 | 82.9 | 1.0 | 1.0 | - | 3.3 | - | - |
| Nick Suciu | Co-Counsel | $650 | $26,715.00 | 41.1 | 12.4 | 7.8 | 2.9 | 14.5 | - | - | - | - | 3.5 | - | - | - | - | - |
| **Totals for AW:** | | | $1,150,895.00 | 1,579.1 | 28.0 | 36.9 | 34.9 | 692.0 | 63.8 | 51.6 | 20.5 | 199.9 | 127.0 | 122.4 | 75.1 | 122.7 | 0.0 | 4.3 |
| | | | | | | | | | | | | | | | | | | |
| **ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP** | | | | | | | | | | | | | | | | | | |
| Mike Arias | Partner | $850 | $109,905.00 | 129.3 | 15.2 | 14.8 | 17.8 | 54.7 | 19.0 | 3.2 | - | 4.6 | - | - | - | - | - | - |
| Alfredo Torrijos | Partner | $675 | $382,117.50 | 566.1 | 14.6 | 77.9 | 18.4 | 174.8 | 14.6 | 22.6 | 1.1 | 48.6 | 57.1 | 79.8 | 29.4 | 27.2 | - | - |
| L. McDuffie | Paralegal | $125 | $2,162.50 | 17.3 | - | 5.8 | - | - | 5.3 | 1.7 | 0.7 | - | 3.0 | 0.8 | - | - | - | - |
| **Totals for ASWT:** | | | $494,185.00 | 712.7 | 29.8 | 98.5 | 36.2 | 229.5 | 38.9 | 27.5 | 1.8 | 53.2 | 60.1 | 80.6 | 29.4 | 27.2 | - | - |
| | | | | | | | | | | | | | | | | | | |
| **LIDDLE & DUBIN, PC** | | | | | | | | | | | | | | | | | | |
| Steven Liddle | Partner | $850 | $80,325.00 | 94.5 | 4.4 | 0.0 | 18.7 | 67.2 | - | 3.5 | - | 0.7 | - | - | - | - | - | - |
| Nicholas Coulson | Associate | $440 | $236,500.00 | 537.5 | 1.3 | 41.5 | 23.2 | 211.2 | 6.8 | 26.2 | - | 3.1 | 7.1 | 217.1 | - | - | - | - |
| **Totals for LD:** | | | $316,825.00 | 632.0 | 5.7 | 41.5 | 41.9 | 278.4 | 6.8 | 29.7 | - | 3.8 | 7.1 | 217.1 | - | - | - | - |
| | | | | | | | | | | | | | | | | | | |
| **Grand Totals:** | | | $1,961,905.00 | 2,923.8 | 63.5 | 176.9 | 113.0 | 1,199.9 | 109.5 | 108.8 | 22.3 | 256.9 | 194.2 | 420.1 | 104.5 | 149.9 | 0.0 | 4.3 |
| | | | | | | | | | | | | | | | | | | |
| **Percent of Total Hours:** | | - | - | | 2.2% | 6.1% | 3.9% | 41.0% | 3.7% | 3.7% | 0.8% | 8.8% | 6.6% | 14.4% | 3.6% | 5.1% | 0.0% | 0.1% |

EXHIBIT C

Volume 17, Number 3
December 2015



THOMSON REUTERS

# California Region

## Firm: Snell & Wilmer

**Firm Size: 419   Firm Rank: 104**

Court Name: Arizona
Case Name: XL Life Corp., et al.,
Case Number: 2:15-bk-00699-BKM

For fee applications
1/22/2015 through 5/11/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Eric S. Pezold | Partner | CA | 2004 | 2004 | $520 | 0.10 | $52.00 |
| | | | | | | 0.10 | $52.00 |
| | | | | | Total: | | |

## Firm: Klee, Tuchin, Bogdanoff & Stern, LLP

**Firm Size: 19   Firm Rank: 0**

Court Name: California Central
Case Name: State Fish Co., Inc
Case Number: 2:15-bk-11084-SK

For fee applications
6/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Kenneth Klee | Partner | CA | 1974 | 1975 | $1,300 | 0.20 | $260.00 |
| David Stern | Partner | CA | 1975 | 1975 | $1,080 | 189.50 | $204,660.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,080 | 137.10 | $148,068.00 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $675 | 25.20 | $17,010.00 |
| Colleen M. Keating | Counsel | CA | 2008 | 2008 | $650 | 111.20 | $72,280.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $475 | 525.00 | $249,375.00 |
| Kathryn T. Zwicker | Associate | CA | 1986 | 1986 | $440 | 9.50 | $4,180.00 |
| Sasha M. Gurvitz | Associate | CA | 2014 | 2014 | $395 | 40.80 | $16,116.00 |
| | | | | | Total: | 1038.50 | $711,949.00 |

## Firm: Bracewell & Giuliani LLP

**Firm Size: 422   Firm Rank: 103**

Court Name: Delaware
Case Name: Optim Energy, LLC, et al.,
Case Number: 14-10262 (BLS)

For fee applications
2/12/2014 through 10/15/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Joe R. Hull | Partner | CA | 1969 | 1969 | $790 | 0.60 | $474.00 |
| | | | | | | 0.60 | $474.00 |
| | | | | | Total: | | |

## Firm: Brown Rudnick LLP

**Firm Size: 184   Firm Rank: 211**

Court Name: Delaware
Case Name: Corinthian Colleges Inc.
Case Number: 15-10952 (KJC)

For fee applications
5/4/2015 through 9/21/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Ronald Rus | Partner | CA | 1975 | 1975 | $880 | 1.50 | $1,320.00 |
| Lauren E. Curry | Partner | CA | 2010 | 2010 | $730 | 78.90 | $57,597.00 |
| | | | | | Total: | 80.40 | $58,917.00 |

By Region, By Firm

# California Region

## Firm: Cooley LLP
### Firm Size: 813    Firm Rank: 63

| | | Court Name | Delaware | | | | | For fee applications | |
| | | Case Name | RSI Legacy Corporation | | | | | 6/1/2015 through 10/7/2015 | |
| | | Case Number | 15-10197 (BLS) | | | | | | |
| Name | Title | State | Graduated | Admitted | Rate | | | Hours | Fees |
| Seth A. Rafkin | Partner | CA | 1998 | 1998 | $810 | | | 0.50 | $405.00 |
| Janet D. Gertz | Associate | CA | 2004 | 2004 | $755 | | | 14.60 | $11,023.00 |
| Shannon L. Sorrells | Associate | CA | 2011 | 2011 | $595 | | | 2.80 | $1,666.00 |
| | | | | | | | Total: | 17.90 | $13,094.00 |

## Firm: Gibson Dunn & Crutcher LLP
### Firm Size: 1099    Firm Rank: 21

| | | Court Name | Delaware | | | | | For fee applications | |
| | | Case Name | ENERGY FUTURE HOLDINGS CORP | | | | | 8/1/2015 through 8/31/2015 | |
| | | Case Number | 14-10979 (CSS) | | | | | | |
| Name | Title | State | Graduated | Admitted | Rate | | | Hours | Fees |
| Matthew Bouslog | Associate | CA | 2011 | 2011 | $625 | | | 5.10 | $3,187.50 |
| | | | | | | | Total: | 5.10 | $3,187.50 |

## Firm: Kirkland & Ellis LLP
### Firm Size: 1442    Firm Rank: 13

| | | Court Name | Delaware | | | | | For fee applications | |
| | | Case Name | ENERGY FUTURE HOLDINGS CORP | | | | | 8/1/2015 through 8/31/2015 | |
| | | Case Number | 14-10979 (CSS) | | | | | | |
| Name | Title | State | Graduated | Admitted | Rate | | | Hours | Fees |
| Mike Belnus | Partner | CA | 1999 | 1999 | $1,220 | | | 3.10 | $3,782.00 |
| Mark E. McKane | Partner | CA | 1997 | 1997 | $1,025 | | | 198.50 | $203,462.50 |
| Christopher Keegan | Partner | CA | 2002 | 2002 | $855 | | | 75.50 | $64,552.50 |
| Michael Esser | Associate | CA | 2009 | 2009 | $825 | | | 213.40 | $176,055.00 |
| Alexander Davis | Associate | CA | 2012 | 2012 | $710 | | | 192.50 | $136,746.00 |
| Justin Sowa | Associate | CA | 2013 | 2013 | $710 | | | 199.70 | $141,787.00 |
| Austin Klar | Associate | CA | 2013 | 2013 | $635 | | | 35.00 | $22,225.00 |
| Sarah Stock | Associate | CA | 2013 | 2013 | $635 | | | 121.60 | $77,216.00 |
| Anna Terteryan | Associate | CA | 2014 | 2014 | $555 | | | 241.80 | $134,199.00 |
| James Barolo | Associate | CA | 2014 | 2014 | $555 | | | 108.60 | $60,273.00 |
| Kevin Chang | Associate | CA | 2014 | 2014 | $555 | | | 170.80 | $94,794.00 |
| | | | | | | | Total: | 1560.50 | $1,115,092.00 |

# California Region

**Firm: Klee, Tuchin, Bogdanoff & Stern, LLP**
Firm Size: 19   Firm Rank: 0

Court Name: Delaware
Case Name: SEAL123, INC., et al.
Case Number: 15-10081 (CSS)

For fee applications
7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Lee Bogdanoff | Partner | CA | 1985 | 1985 | $1,080 | 7.30 | $7,884.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,080 | 37.10 | $40,068.00 |
| David Fidler | Partner | CA | 1997 | 1998 | $850 | 12.70 | $10,795.00 |
| Robert J. Pfister | Partner | CA | 2001 | 2001 | $795 | 0.20 | $159.00 |
| David M. Guess | Partner | CA | 2005 | 2005 | $695 | 67.30 | $46,773.50 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $675 | 1.70 | $1,147.50 |
| Justin D. Yi | Partner | CA | 2009 | 2009 | $625 | 0.80 | $500.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $475 | 34.70 | $16,482.50 |
| Kathryn T. Zwicker | Associate | CA | 1986 | 1986 | $440 | 12.40 | $5,456.00 |
| | | | | | Total: | 174.20 | $129,265.50 |

**Firm: Morrison & Foerster LLP**
Firm Size: 1025   Firm Rank: 22

Court Name: Delaware
Case Name: ENERGY FUTURE HOLDINGS CORP
Case Number: 14-10979 (CSS)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Clara Lim | Associate | CA | 2012 | 2012 | $635 | 39.80 | $25,273.00 |
| Chika Arakawa | Associate | CA | 2013 | 2013 | $495 | 8.30 | $4,108.50 |
| | | | | | Total: | 48.10 | $29,381.50 |

## California Region

**Firm: Munger Tolles & Olson LLC**
Firm Size: 181   Firm Rank: 216

Court Name: Delaware
Case Name: ENERGY FUTURE HOLDINGS CORP
Case Number: 14-10979 (CSS)
For fee applications 8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | CA | 1977 | 1977 | $1,065 | 36.30 | $38,659.50 |
| Thomas B. Walper | Partner | CA | 1980 | 1980 | $1,065 | 184.05 | $196,013.25 |
| Stephen D. Rose | Partner | CA | 1991 | 1991 | $960 | 29.20 | $28,032.00 |
| Todd J. Rosen | Partner | CA | 1999 | 1999 | $875 | 53.20 | $46,550.00 |
| Jay M. Fujitani | Partner | CA | 1984 | 1984 | $830 | 92.50 | $76,775.00 |
| Kevin S. Allred | Partner | CA | 1986 | 1986 | $830 | 94.50 | $78,435.00 |
| Seth Goldman | Partner | CA | 2002 | 2002 | $750 | 154.70 | $116,025.00 |
| Bradley R. Schneider | Of Counsel | CA | 2004 | 2004 | $680 | 115.10 | $78,268.00 |
| Emily A. Bussigel | Associate | CA | 2010 | 2010 | $635 | 184.80 | $117,348.00 |
| Sam Greenberg | Associate | CA | 2010 | 2010 | $615 | 61.70 | $37,945.50 |
| Alex D. Terepka | Associate | CA | 2012 | 2012 | $510 | 89.40 | $45,594.00 |
| Andrea M. Weintraub | Associate | CA | 2013 | 2013 | $510 | 68.30 | $34,833.00 |
| Sara N. Taylor | Associate | CA | 2012 | 2012 | $510 | 70.40 | $35,904.00 |
| Peter E. Boos | Associate | CA | 2014 | 2014 | $395 | 11.40 | $4,503.00 |
| | | | | | Total: | 1245.55 | $934,885.25 |

**Firm: O'Melveny & Myers LLP**
Firm Size: 1193   Firm Rank: 16

Court Name: Delaware
Case Name: Colt Holding Company
Case Number: 15-11296 (LSS)
For fee applications 8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| John-Paul McVey | Partner | CA | 1999 | 1999 | $930 | 6.70 | $6,231.00 |
| Sarah Hoffner | Counsel | CA | 2004 | 2004 | $755 | 11.20 | $8,456.00 |
| Jeeho Lee | Counsel | CA | 2007 | 2007 | $745 | 5.00 | $3,725.00 |
| Joanneh Cameda | Associate | CA | 2015 | 2015 | $460 | 4.90 | $2,254.00 |
| Christopher Martin | Associate | CA | 2014 | 2014 | $415 | 1.20 | $498.00 |
| Joseph Zujkowski | Counsel | CA | 2008 | 2008 | $390 | 183.60 | $71,604.00 |
| | | | | | Total: | 212.60 | $92,768.00 |

## California Region

**Firm: Pachulski Stang Ziehl Young Jones & Wei**
**Firm Size: 55    Firm Rank: 0**

Court Name: Delaware
Case Name: DDMG Estate
Case Number: 12-12568(BLS)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Debra I. Grassgreen | Partner | CA | 1991 | 1994 | $925 | 1.30 | $1,202.50 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 1.10 | $715.00 |
| | | | | | Total: | 2.40 | $1,917.50 |

**Firm: Pachulski Stang Ziehl Young Jones & Wei**
**Firm Size: 55    Firm Rank: 0**

Court Name: Delaware
Case Name: JCL Holdings Company, INC
Case Number: 12-13319

For fee applications
6/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| William L. Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 7.60 | $4,940.00 |
| | | | | | Total: | 7.60 | $4,940.00 |

**Firm: Pachulski Stang Ziehl Young Jones & Wei**
**Firm Size: 55    Firm Rank: 0**

Court Name: Delaware
Case Name: NE OPCO Inc
Case Number: 1-13-BK-11483

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Andrew W. Caine | Partner | CA | 1983 | 1983 | $925 | 0.20 | $185.00 |
| William L. Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 1.30 | $845.00 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 2.10 | $1,365.00 |
| | | | | | Total: | 3.60 | $2,395.00 |

**Firm: Pachulski Stang Ziehl Young Jones & Wei**
**Firm Size: 55    Firm Rank: 0**

Court Name: Delaware
Case Name: SEAL123, INC., et al.
Case Number: 15-10081 (CSS)

For fee applications
7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Andrew W. Caine | Of Counsel | CA | 1983 | 1983 | $925 | 0.40 | $370.00 |
| Jeffrey Pomerantz | Partner | CA | 1989 | 1989 | $895 | 0.90 | $805.50 |
| Shirley S. Cho | Of Counsel | CA | 1997 | 1997 | $750 | 13.10 | $9,825.00 |
| | | | | | Total: | 14.40 | $11,000.50 |

# California Region

## Firm: Pachulski Stang Ziehl Young Jones & Weir
**Firm Size:** 55  **Firm Rank:** 0

Court Name: Delaware
Case Name: S3 Body Armor I, INC
Case Number: 10-11255-(PJW)

For fee applications 9/1/2014 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Alan J. Kornfeld | Partner | CA | 1987 | 1987 | $925 | 8.90 | $8,232.50 |
| Andrew Caine | Of Counsel | CA | 1983 | 1983 | $895 | 0.20 | $179.00 |
| David I. Barton | Partner | CA | 1981 | 1981 | $850 | 0.30 | $255.00 |
| David M. Bertenthal | Partner | CA | 1989 | 1993 | $850 | 10.00 | $8,500.00 |
| Maxim B. Litvak | Partner | CA | 2001 | 2001 | $775 | 1.70 | $1,317.50 |
| Joshua M. Fried | Partner | CA | 2006 | 2006 | $725 | 2.80 | $2,030.00 |
| Jonathan Kim | Of Counsel | CA | 1995 | 1995 | $665 | 0.80 | $532.00 |
| Elissa Wagner | Of Counsel | CA | 2000 | 2001 | $625 | 46.60 | $29,125.00 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $625 | 2.40 | $1,500.00 |
| Total: | | | | | | 73.70 | $51,671.00 |

## Firm: Paul Hastings LLP
**Firm Size:** 881  **Firm Rank:** 30

Court Name: Delaware
Case Name: Molycorp, Inc.
Case Number: 15-11357 (CSS)

For fee applications 8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Leslie A. Plaskon | Partner | CA | 1988 | 1988 | $1,150 | 111.10 | $127,765.00 |
| Peter Burke | Partner | CA | 1996 | 1996 | $975 | 3.90 | $3,802.50 |
| Daniel C. Tola | Associate | CA | 2013 | 2013 | $550 | 20.50 | $11,275.00 |
| Kevin Kraft | Associate | CA | 2014 | 2014 | $495 | 4.80 | $2,376.00 |
| Total: | | | | | | 140.30 | $145,218.50 |

## Firm: Paul Hastings LLP
**Firm Size:** 881  **Firm Rank:** 30

Court Name: Delaware
Case Name: SFX1123, INC, et al
Case Number: 15-10983 (CSS)

For fee applications 7/14/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Nancy L. Abell | Partner | CA | 1979 | 1979 | $995 | 0.30 | $895.50 |
| Stephen D. Cooke | Partner | CA | 1985 | 1985 | $973 | 0.30 | $292.13 |
| Total: | | | | | | 1.20 | $1,187.63 |

By Region, By Firm

## California Region

### Firm: Quinn Emanuel Urquhart & Sullivan, LLP
Firm Size: 647   Firm Rank: 58

Court Name: Delaware
Case Name: RS Legacy Corporation
Case Number: 15-10197 (BLS)

For fee applications
6/1/2015 through 10/7/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Benjamin Finestone | Partner | CA | 2004 | 2005 | $840 | 11.20 | $9,408.00 |
| Katherine Scherling | Associate | CA | 2008 | 2010 | $735 | 211.50 | $155,452.50 |
| Randa Osman | Partner | CA | 1990 | 1990 | $695 | 47.20 | $32,804.00 |
| | | | | | Total: | 269.90 | $197,664.50 |

### Firm: Robins Kaplan LLP
Firm Size: 250   Firm Rank: 0

Court Name: Delaware
Case Name: Corinthian Colleges Inc
Case Number: 15-10952 (KJC)

For fee applications
5/4/2015 through 9/21/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Ronam M. Silberfeld | Partner | CA | 1995 | 1995 | $810 | 5.70 | $4,617.00 |
| Howard Weg | Partner | CA | 2014 | 2014 | $795 | 60.30 | $47,938.50 |
| David B. Shemano | Partner | CA | 2014 | 2014 | $675 | 17.00 | $11,475.00 |
| Scott F. Gautier | Partner | CA | 2014 | 2014 | $675 | 452.00 | $305,100.00 |
| James P. Menton, Jr. | Partner | CA | 2014 | 2014 | $650 | 17.40 | $11,310.00 |
| Cynthia C. Hernandez | Associate | CA | 2009 | 2009 | $470 | 397.90 | $187,013.00 |
| Lorie A. Ball | Associate | CA | 2014 | 2014 | $450 | 568.10 | $255,645.00 |
| Amy Churan | Partner | CA | 2001 | 2001 | $420 | 18.10 | $7,602.00 |
| | | | | | Total: | 1536.50 | $830,700.50 |

### Firm: Torys LLP
Firm Size: 236   Firm Rank: 0

Court Name: Delaware
Case Name: Nortel Networks Inc.
Case Number: 09-10138

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Sheila Block | Partner | CA | 1974 | 1974 | $1,090 | 9.10 | $9,919.00 |
| Adam Slavens | Associate | CA | 2007 | 2007 | $775 | 163.00 | $126,325.00 |
| | | | | | Total: | 172.10 | $136,244.00 |

## California Region

**Firm: Cooley LLP**
Firm Size: 613   Firm Rank: 63

Court Name: Virginia Eastern
Case Name: Health Diagnostic Laboratory, Inc.
Case Number: 15-32919-KRH

For fee applications
6/7/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Aarti G. Reddy | Associate | CA | 2010 | 2010 | $655 | 11.20 | $7,336.00 |
| Amanda B. Pacheco | Associate | CA | 2013 | 2013 | $470 | 3.30 | $1,551.00 |
| | | | | | Total: | 14.50 | $8,887.00 |

By Region, By Firm

# West Region

## Firm: Faegre Baker Daniels LLP
### Firm Size: 750   Firm Rank: 0

Court Name: Colorado
Case Name: ROBERT D. MORDJINI, JR.,
Case Number: 11-15491-ABC

For fee applications
9/1/2013 through 11/18/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Michael K. Bolton | Partner | CO | 2001 | 2001 | $540 | 0.50 | $270.00 |
| Brandan K. Oliver | Associate | CO | 2010 | 2010 | $295 | 3.50 | $1,032.50 |
| | | | | | Total: | 4.00 | $1,302.50 |

## Firm: Greenberg Traurig LLP
### Firm Size: 1699   Firm Rank: 9

Court Name: Delaware
Case Name: ATLS Acquisition LLC
Case Number: 13-10262 (PJW)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Matthew L. Hinker | Associate | CO | 2010 | 2010 | $635 | 2.30 | $1,460.50 |
| | | | | | Total: | 2.30 | $1,460.50 |

## Firm: O'Melveny & Myers LLP
### Firm Size: 1193   Firm Rank: 16

Court Name: Delaware
Case Name: Colt Holding Company
Case Number: 15-11296 (LSS)

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Robert Blashek | Partner | CO | 1977 | 1977 | $1,075 | 1.50 | $1,612.50 |
| Peter Friedman | Partner | CO | 1998 | 1998 | $935 | 107.00 | $100,045.00 |
| | | | | | Total: | 108.50 | $101,657.50 |

## Firm: Jenner & Block LLP
### Firm Size: 433   Firm Rank: 98

Court Name: Alabama Northern
Case Name: Walter Energy Inc.
Case Number: 15-02741-TOM11

For fee applications
7/15/2015 through 10/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Jarrell A. Cook | Associate | WA | 2014 | 2014 | $460 | 10.00 | $4,600.00 |
| | | | | | Total: | 10.00 | $4,600.00 |

## West Region

**Firm: Akin Gump Strauss Hauer & Feld LLP**
Firm Size: 790   Firm Rank: 40

Court Name: Delaware
Case Name: Quicksilver Resources Inc
Case Number: 15-10585(TSS)

For fee applications
7/1/2015 through 10/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Matthew W. Kinskey | Associate | WA | 2014 | 2014 | $430 | 115.10 | $49,493.00 |
| | | | | | Total: | 115.10 | $49,493.00 |

**Firm: Bracewell & Giuliani LLP**
Firm Size: 422   Firm Rank: 105

Court Name: Delaware
Case Name: Optim Energy LLC, et al,
Case Number: 14-10262 (BLS)

For fee applications
2/12/2014 through 10/15/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Nancy Jo Nelson | Partner | WA | 1984 | 1984 | $975 | 28.60 | $27,885.00 |
| Jacqueline Java | Counsel | WA | 2000 | 2000 | $670 | 0.90 | $603.00 |
| Jacqueline Java | Counsel | WA | 2000 | 2000 | $650 | 54.50 | $35,432.63 |
| Sandra Snyder | Associate | WA | 2006 | 2006 | $529 | 106.80 | $56,583.71 |
| Sandra Snyder | Associate | WA | 2006 | 2006 | $520 | 2.30 | $1,196.00 |
| Blake Urban | Associate | WA | 2009 | 2009 | $481 | 5.10 | $2,455.50 |
| Serena Rwejuna | Associate | WA | 2013 | 2013 | $363 | 37.00 | $13,449.87 |
| | | | | | Total: | 295.20 | $137,605.71 |

**Firm: Foley & Lardner LLP**
Firm Size: 874   Firm Rank: 31

Court Name: Delaware
Case Name: Universal Cooperatives inc
Case Number: 14-11187 (MFW)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Jack G. Haake | Associate | WA | 2011 | 2011 | $315 | 12.40 | $3,906.00 |
| | | | | | Total: | 12.40 | $3,906.00 |

**Firm: Jones Day**
Firm Size: 2407   Firm Rank: 3

Court Name: Delaware
Case Name: Molycorp, inc
Case Number: 15-11357 (CSS)

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Kent L. Killelea | Of Counsel | WA | 1984 | 1984 | $750 | 5.30 | $3,975.00 |
| | | | | | Total: | 5.30 | $3,975.00 |

By Region, By Firm

California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Kenneth Klee | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1974 | CA | $1,300 | 0.2 | $260.00 |
| Partner | Mike Baltrus | Kirkland & Ellis LLP | 1999 | 1999 | CA | $1,220 | 2.1 | $3,782.00 |
| Partner | Leslie A. Plaskon | Paul Hastings LLP | 1988 | 1988 | CA | $1,150 | 111.1 | $127,765.00 |
| Partner | Sheila Block | Torys LLP | 1974 | 1974 | CA | $1,090 | 9.1 | $9,919.00 |
| Partner | Lee Bogdanoff | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | $1,080 | 189.5 | $204,660.00 |
| Partner | Michael Tuchin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1985 | 1985 | CA | $1,080 | 7.3 | $7,864.00 |
| Partner | John W. Spiegel | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | $1,080 | 174.2 | $188,136.00 |
| Partner | Thomas B. Walper | Munger Tolles & Olson LLC | 1977 | 1977 | CA | $1,065 | 36.3 | $38,659.50 |
| Partner | Mark E. McKane | Munger Tolles & Olson LLC | 1980 | 1980 | CA | $1,065 | 184.05 | $196,013.25 |
| Partner | Nancy I. Abell | Kirkland & Ellis LLP | 1997 | 1997 | CA | $1,025 | 198.5 | $203,462.50 |
| Partner | Peter Burke | Paul Hastings LLP | 1979 | 1979 | CA | $935 | 0.9 | $835.50 |
| Partner | Stephen D. Cooke | Paul Hastings LLP | 1996 | 1996 | CA | $975 | 3.9 | $3,802.50 |
| Partner | Stephen D. Rose | Munger Tolles & Olson LLC | 1985 | 1985 | CA | $973 | 0.3 | $292.13 |
| Partner | John-Paul Motley | Munger Tolles & Olson LLC | 1991 | 1991 | CA | $960 | 29.2 | $28,032.00 |
| Partner | Alan L. Kornfeld | O'Melveny & Myers LLP | 1999 | 1999 | CA | $930 | 6.7 | $6,231.00 |
| Of Counsel | Andrew W. Caine | Pachulski Stang Ziehl Young Jones & Weintraub | 1987 | 1987 | CA | $925 | 8.9 | $8,232.50 |
| Partner | Debra I. Grassgreen | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1983 | CA | $925 | 0.6 | $555.00 |
| Of Counsel | Andrew Caine | Pachulski Stang Ziehl Young Jones & Weintraub | 1994 | 1991 | CA | $925 | 1.3 | $1,202.50 |
| Partner | Jeffrey Pomerantz | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1983 | CA | $895 | 0.2 | $179.00 |
| Partner | Ronald Rus | Pachulski Stang Ziehl Young Jones & Weintraub | 1989 | 1989 | CA | $895 | 0.9 | $805.50 |
| Partner | Todd J. Rosen | Brown Rudnick LLP | 1975 | 1975 | CA | $880 | 1.5 | $1,320.00 |
| Partner | Christopher Keegan | Munger Tolles & Olson LLC | 1999 | 1999 | CA | $875 | 53.2 | $46,550.00 |
| Partner | David Fidler | Kirkland & Ellis LLP | 2002 | 2002 | CA | $855 | 75.5 | $64,552.50 |
| Partner | David J. Barton | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1997 | CA | $855 | 12.7 | $10,785.00 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & Weintraub | 1981 | 1981 | CA | $850 | 0.3 | $255.00 |
| Partner | Benjamin Finestone | Pachulski Stang Ziehl Young Jones & Weintraub | 1993 | 1989 | CA | $850 | 10 | $8,500.00 |
| Partner | Jay M. Fujitani | Quinn Emanuel Urquhart & Sullivan, LLP | 2005 | 2004 | CA | $840 | 11.2 | $9,408.00 |
| Associate | Kevin S. Allred | Munger Tolles & Olson LLC | 1984 | 1984 | CA | $830 | 92.5 | $76,775.00 |
| Partner | Michael Esser | Munger Tolles & Olson LLC | 1986 | 1986 | CA | $830 | 94.5 | $78,435.00 |
| Partner | Roman M. Silberfeld | Kirkland & Ellis LLP | 2009 | 2009 | CA | $825 | 213.4 | $176,055.00 |
| Partner | Seth A. Rafkin | Robins Kaplan LLP | 1995 | 1995 | CA | $810 | 5.7 | $4,617.00 |
| Partner | Howard Weg | Cooley LLP | 1998 | 1998 | CA | $810 | 0.5 | $405.00 |
| Partner | Robert J. Pfister | Robins Kaplan LLP | 2014 | 2014 | CA | $795 | 60.3 | $47,938.50 |
| Partner | Joe R. Hull | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | $795 | 0.2 | $159.00 |
| Associate | Adam Stevens | Bracewell & Giuliani LLP | 1969 | 1969 | CA | $790 | 0.6 | $474.00 |
| Partner | Maxim B. Litvak | Torys LLP | 2007 | 2007 | CA | $775 | 163 | $126,325.00 |
| Associate | Janet D. Gertz | Pachulski Stang Ziehl Young Jones & Weintraub | 2001 | 2001 | CA | $775 | 1.7 | $4,317.50 |
| Counsel | Sarah Heffner | Cooley LLP | 2004 | 2004 | CA | $775 | 14.6 | $11,303.00 |
| Partner | Seth Goldman | O'Melveny & Myers LLP | 2004 | 2004 | CA | $755 | 11.2 | $8,456.00 |
| Of Counsel | Shirley S. Cho | Munger Tolles & Olson LLC | 2002 | 2002 | CA | $755 | 154.7 | $116,075.00 |
| | | Pachulski Stang Ziehl Young Jones & Weintraub | 1997 | 1997 | CA | $750 | 13.1 | $9,825.00 |

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Counsel | Jecho Lee | O'Melveny & Myers LLP | 2007 | 2007 | CA | $745 | 5 | $3,725.00 |
| Associate | Katherine Scherling | Quinn Emanuel Urquhart & Sullivan, LLP | 2010 | 2008 | CA | $735 | 211.5 | $155,452.50 |
| Partner | Lauren E. Curry | Brown Rudnick LLP | 2010 | 2010 | CA | $730 | 78.9 | $57,597.00 |
| Partner | Joshua M. Fried | Pachulski Stang Ziehl Young Jones & Wehtraub | 2006 | 2006 | CA | $725 | 2.8 | $2,030.00 |
| Associate | Alexander Davis | Kirkland & Ellis LLP | 2012 | 2012 | CA | $719 | 192.6 | $136,746.00 |
| Associate | Justin Sowa | Kirkland & Ellis LLP | 2013 | 2013 | CA | $710 | 199.7 | $141,787.00 |
| Partner | David M. Guess | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $695 | 67.3 | $46,773.50 |
| Partner | Randa Osman | Quinn Emanuel Urquhart & Sullivan, LLP | 1990 | 1990 | CA | $695 | 47.2 | $32,804.00 |
| Of Counsel | Bradley R. Schneider | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $680 | 115.1 | $78,268.00 |
| Partner | David B. Shemano | Robins Kaplan LLP | 2014 | 2014 | CA | $675 | 17 | $11,475.00 |
| Partner | Maria Sountas Argiropoulos | Klee, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | $675 | 26.9 | $18,157.50 |
| Partner | Scott F. Gautier | Robins Kaplan LLP | 2014 | 2014 | CA | $675 | 452 | $305,100.00 |
| Of Counsel | Jonathan Kim | Pachulski Stang Ziehl Young Jones & Weintraub | 1995 | 1995 | CA | $665 | 0.8 | $532.00 |
| Associate | Aarti G. Reddy | Cooley LLP | 2010 | 2010 | CA | $655 | 11.2 | $7,336.00 |
| Counsel | Colleen M. Keating | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | $650 | 111.2 | $72,280.00 |
| Partner | James P. Menton, Jr. | Robins Kaplan LLP | 2014 | 2014 | CA | $650 | 17.4 | $11,310.00 |
| Of Counsel | William L. Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $650 | 8.9 | $5,785.00 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $650 | 3.2 | $2,080.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $635 | 35 | $22,225.00 |
| Associate | Clara Lim | Morrison & Foerster LLP | 2012 | 2012 | CA | $635 | 39.8 | $25,273.00 |
| Associate | Emily A. Bussigel | Munger Tolles & Olson LLC | 2010 | 2010 | CA | $635 | 184.8 | $117,348.00 |
| Associate | Sarah Stock | Kirkland & Ellis LLP | 2013 | 2013 | CA | $635 | 121.6 | $77,216.00 |
| Of Counsel | Elissa Wagner | Pachulski Stang Ziehl Young Jones & Weintraub | 2001 | 2000 | CA | $625 | 46.6 | $29,125.00 |
| Partner | Justin D. Yi | Klee, Tuchin, Bogdanoff & Stern, LLP | 2009 | 2009 | CA | $625 | 0.8 | $500.00 |
| Associate | Matthew Bouslog | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | $625 | 5.1 | $3,187.50 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $625 | 2.4 | $1,590.00 |
| Associate | Sam Greenberg | Munger Tolles & Olson LLC | 2010 | 2010 | CA | $615 | 61.7 | $37,945.50 |
| Associate | Shannon L. Sorrells | Cooley LLP | 2011 | 2011 | CA | $595 | 2.8 | $1,666.00 |
| Associate | Anna Terteryan | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 241.8 | $134,199.00 |
| Associate | James Bardo | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 108.5 | $60,273.00 |
| Associate | Kevin Chang | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 170.8 | $94,794.00 |
| Associate | Daniel C. Tola | Paul Hastings LLP | 2013 | 2013 | CA | $550 | 20.5 | $11,275.00 |
| Partner | Eric S. Pezold | Snell & Wilmer | 2004 | 2004 | CA | $520 | 0.1 | $52.00 |
| Associate | Alex D. Terzpka | Munger Tolles & Olson LLC | 2012 | 2012 | CA | $510 | 89.4 | $45,594.00 |
| Associate | Andrea M. Wehtraub | Munger Tolles & Olson LLC | 2013 | 2013 | CA | $510 | 68.3 | $34,833.00 |
| Associate | Sara N. Taylor | Munger Tolles & Olson LLC | 2012 | 2012 | CA | $510 | 70.4 | $35,904.00 |
| Associate | Chitsa Arabawa | Morrison & Foerster LLP | 2013 | 2013 | CA | $495 | 8.3 | $4,108.50 |
| Associate | Kevin Kraft | Paul Hastings LLP | 2014 | 2014 | CA | $495 | 4.8 | $2,376.00 |
| Associate | Jonathan M. Weiss | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $475 | 559.7 | $265,857.50 |
| Associate | Amanda B. Pacheco | Cooley LLP | 2013 | 2013 | CA | $470 | 3.3 | $1,551.00 |
| Associate | Cynthia C. Hernandez | Robins Kaplan LLP | 2009 | 2009 | CA | $470 | 397.9 | $187,013.00 |

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Associate | Joannah Caneda | O'Melveny & Myers LLP | 2015 | 2015 | CA | $450 | 4.9 | $2,254.00 |
| Associate | Linfe A. Ball | Robins Kaplan LLP | 2014 | 2014 | CA | $450 | 568.1 | $255,645.00 |
| Associate | Kathryn T. Zwicker | Kleo, Tuchin, Bogdanoff & Stern, LLP | 1986 | 1986 | CA | $440 | 21.9 | $9,636.00 |
| Partner | Amy Churan | Robins Kaplan LLP | 2002 | 2001 | CA | $420 | 18.1 | $7,602.00 |
| Associate | Christopher Martin | O'Melveny & Myers LLP | 2014 | 2014 | CA | $415 | 1.2 | $498.00 |
| Associate | Peter E. Boos | Munger Tolles & Olson LLC | 2014 | 2014 | CA | $395 | 11.4 | $4,503.00 |
| Associate | Sasha M. Gurvitz | Kleo, Tuchin, Bogdanoff & Stern, LLP | 2014 | 2014 | CA | $395 | 40.8 | $16,116.00 |
| Counsel | Joseph Zujkowski | O'Melveny & Myers LLP | 2008 | 2008 | CA | $390 | 183.6 | $71,604.00 |

## West Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Robert Blashek | O'Melveny & Myers LLP | 1977 | 1977 | CO | $1,075 | 1.5 | $1,612.50 |
| Partner | Peter Friedman | O'Melveny & Myers LLP | 1998 | 1958 | CO | $935 | 107 | $100,045.00 |
| Associate | Matthew L. Hinker | Greenberg Traurig LLP | 2010 | 2010 | CO | $635 | 2.3 | $1,460.50 |
| Partner | Michael K. Bolton | Faegre Baker Daniels LLP | 2001 | 2001 | CO | $540 | 0.5 | $270.00 |
| Associate | Brenden K. Oliver | Faegre Baker Daniels LLP | 2010 | 2010 | CO | $295 | 3.5 | $1,032.50 |
| Partner | Nancy Jo Nelson | Bracewell & Giuliani LLP | 1984 | 1984 | WA | $975 | 28.6 | $27,885.00 |
| Of Counsel | Kent L. Killelea | Jones Day | 1984 | 1984 | WA | $750 | 5.3 | $3,975.00 |
| Counsel | Jacqueline Java | Bracewell & Giuliani LLP | 2000 | 2000 | WA | $670 | 0.9 | $603.00 |
| Counsel | Jacqueline Java | Bracewell & Giuliani LLP | 2000 | 2000 | WA | $650 | 54.5 | $35,432.63 |
| Associate | Sandra Snyder | Bracewell & Giuliani LLP | 2006 | 2006 | WA | $529 | 106.8 | $56,583.71 |
| Associate | Sandra Snyder | Bracewell & Giuliani LLP | 2006 | 2006 | WA | $520 | 2.3 | $1,196.00 |
| Associate | Blake Urban | Bracewell & Giuliani LLP | 2009 | 2009 | WA | $481 | 5.1 | $2,455.50 |
| Associate | Jarrell A. Cook | Jenner & Block LLP | 2014 | 2014 | WA | $460 | 10 | $4,600.00 |
| Associate | Matthew W. Kinskey | Akin Gump Strauss Hauser & Feld LLP | 2014 | 2014 | WA | $430 | 115.1 | $49,493.00 |
| Associate | Serena Rwejuna | Bracewell & Giuliani LLP | 2013 | 2013 | WA | $363 | 37 | $13,449.87 |
| Associate | Jack G. Haake | Foley & Lardner LLP | 2011 | 2011 | WA | $315 | 12.4 | $3,906.00 |

EXHIBIT D

NOT FOR REPRINT

NATIONAL LAW JOURNAL

Click to Print or Select 'Print' in your browser menu to print this document.

Page printed from: National Law Journal

# Billing Rates Rise, Discounts Abound

A 10 percent increase is offset by price cuts.

Katelyn Polantz, The National Law Journal

January 5, 2015

The price of a billable hour has risen by more than 10 percent in four years, as large corporate law firms focused on their most expensive work and saved clients' money elsewhere.

"The question is: Is anybody paying that?" Maurice Watson, chairman at Husch Blackwell, said, looking back at hourly rates charged last year for lawyers. Husch's average rate for partners is about $449 per hour, the firm told The National Law Journal in response to our 2014 billing survey. But $407 is closer to what the firm collects for its work.

The former number represents the "rack rate," Watson said, while the lower price factors in discounts given to clients on the billable hour and in alternative billing arrangements.

Husch's fees are indicative of the pricier billable hour and complementary cost cuts that law firms find for clients. The Kansas City, Mo.-founded firm was among the firms that have reported their rates to The National Law Journal since 2010. Almost all of the highest- and lowest-charging partners among the firms increased rates since 2010.

Partners' hourly prices at the 40 firms that reported their numbers in 2014 now hover around $500 an hour on average. The highest-billing partner among the survey came from Kaye Scholer, with a $1,250 rate. The lowest-billing partner, from Frost Brown Todd, made $220, the firms told the NLJ.

See chart: Billing Rates at the Nation's Priciest Law Firms

The NLJ billing data also includes rates collected from public records — mostly bankruptcy filings — for 128 additional firms during the past three years.

Although the rates charged have gone up in recent years, the amounts that clients pay have not kept pace with inflation, legal industry leaders say.

"I think the story of billing rates is no longer as full or clear as it once was," Watson said.

Billing Rates Rise Discounts Abound | National Law Journal

Lawyers often give discounts on their stated rates, or firms arrange alternative fee plans with clients, including caps on fees, retainers or other flat rates for legal work. Still, firms lean on hourly pricing more than any other model. Generally, 15 percent to 20 percent of work comes from alternative fee structures, according to Steve Nelson of the McCormick Group Inc., a legal consulting firm in Northern Virginia.

Dinsmore & Shohl, a Cincinnati-based firm, has changed the way it sets rates instead of ditching the billable model.

"The billable hour is still very important. There's probably 100 reasons for that," firm chairman George Vincent said.

Dinsmore opened an office in Washington in 2011, so billing rates for lawyers in the nation's capital notched higher than at the rest of the firm. At the same time, associates faced a shift away from rates that rise in lockstep to individualized pricing, Vincent said. Dinsmore also has added nonpartner-track associates to cut some fees. The firm's lawyers charged between $590 and $175 in 2010, but they ranged between $850 and $160 in 2014.

The spread shows a rate expansion that mimics the decisions made by other firms — increases for top earners while squeezing value where they can.

Associates, on average, charged $306 an hour at 28 firms in the NLJ study in 2014, an increase of 12 percent from those firms' average rate four years previously. The most expensive associates' rates pushed up at about the same pace, while a number of firms increased their lowest-paid associates' rates by only $15 or less an hour.

The deleveraging of lawyers in the industry may account for this. Many clients now refuse to pay for legal work performed by first-year associates, Nelson said. Associates instead train during their first year, or work on pro bono or the equivalent of clerk and paralegal tasks. Outsourcing some work to cheaper consultants and firms plays into the pricing models more every year.

Many large firms are shedding lower-end practices, which fueled partners' lateral moves in 2014, Nelson added. Large firms now often mandate that partners meet or exceed certain rates. Some practices become priced out, so the lawyers move to less strict or lower-tiered firms to keep their clients. Practices that work on large corporate mergers or high-stakes litigation saw less lateral movement because of rate pressure. Gibson, Dunn & Crutcher, with an $1,800 hourly rate for Theodore Olson, an outlier, had the highest rate the NLJ could find in public records.

The billing rate story was different in bankruptcy matters. Those numbers showed that the practice area, which runs countercyclical to the U.S. economy, suffered as companies recovered from the economic recession. Partners and associates working with clients in bankruptcy often must report their hourly rates in court.

Those partners averaged $452 per hour in 2014, compared with an average rate of $480 in 2012. The NLJ found fewer partners mentioned in new bankruptcy filings in 2014 compared with the previous years. On average over three years, bankruptcy partners charged about $475 an hour, according to records from more than 2,300 firm shareholders.

In 2012, when rates were higher, elite New York firms told courts their partners earned $1,000 an hour or more on the work. This $1,000-an-hour club included three partners from Paul, Weiss, Rifkind, Wharton & Garrison and two partners from Weil, Gotshal & Manges.

It also included a team of nine Sullivan & Cromwell partners who charged $1,150 an hour each to represent Eastman Kodak Co. in its bankruptcy.

In 2014, the rates for bankruptcy work topped out at about $900 an hour, according to the data. Two partners from Pachulski Stang Ziehl & Jones, a Los Angeles corporate restructuring boutique, charged $875 and $895 each for their work on the bankruptcy of staffing company Ablest Inc.

Copyright 2015. ALM Media Properties, LLC. All rights reserved.

| Firm | City | Attorneys | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Adams and Reese | New Orleans, LA | 318 | $700.00 | $305.00 | $420.00 | $315.00 | $220.00 | $270.00 | $975.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Akerman | Miami, FL | 523 | $880.00 | $380.00 | $595.00 | $465.00 | $265.00 | $305.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Akin Gump Strauss Hauer & Feld | Washington, DC | 609 | $1220.00 | $615.00 | $785.00 | $660.00 | $365.00 | $525.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | 181 | $680.00 | $525.00 | $615.00 | $615.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Alston & Bird | Atlanta, GA | 789 | $975.00 | $495.00 | $675.00 | $575.00 | $260.00 | $425.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Andrews Kurth | Houston, TX | 337 | $1090.00 | $745.00 | $890.00 | $1000.00 | $285.00 | $670.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Archer & Greiner | Haddonfield, NJ | 194 | $460.00 | $330.00 | $400.00 | $295.00 | $205.00 | $245.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Arent Fox | Washington, DC | 330 | $360.00 | $500.00 | $650.00 | $595.00 | $275.00 | $395.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Arnall Golden Gregory | Atlanta, GA | 140 | $520.00 | $430.00 | $485.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

ISBN-770.5547
www.alm.com
US_KCMIN1762B383.v1

| Year Firm | Location | FTE | Rate 1 | Rate 2 | Rate 3 | Rate 4 | Extra 1 | Extra 2 | Extra 3 | Rate 5 | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Arnold & Porter | Washington, DC | 720 | $950.00 | $670.00 | $815.00 | $610.00 $345.00 | | | | $500.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Armstrong & Lehr | Chicago, IL | 144 | $695.00 | $550.00 | $465.00 | $350.00 $175.00 | | | | $250.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Baker & Hostetler | Cleveland, OH | 788 | $970.00 | $275.00 | $649.00 | $350.00 $210.00 | | | | $272.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Baker & McKenzie | Chicago, IL | 4057 | $1130.00 | $250.00 | $755.00 | $925.00 $100.00 | | | | $395.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | 588 | $695.00 | $340.00 | $490.00 | $455.00 $245.00 | | | | $295.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Ballard Spahr | Philadelphia, PA | 483 | $550.00 | $385.00 | $475.00 | $495.00 $235.00 | | | | $315.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Barnes & Thornburg | Indianapolis, IN | 522 | $550.00 | $330.00 | $480.00 | $370.00 $280.00 | | | | $323.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | 150 | $635.00 | $390.00 | $455.00 | $475.00 $155.00 | | | | $280.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Best Best & Krieger | Riverside, CA | 176 | $655.00 | $340.00 | $455.00 | $385.00 $235.00 | $439.83 | $340.00 | $596.00 | $280.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bingham McCutchen | Boston, MA | 795 | $1080.00 | $220.00 | $795.00 | $655.00 $185.00 | | | | $450.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

888-770-5647
US_ADGRA-782568X-v1

| Firm | City | FTE | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Blank Rome | Philadelphia, PA | 447 | $940.00 | $445.00 | $540.00 | $595.00 $175.00 | $350.00 | | | $350.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bond, Schoeneck & King | Syracuse, NY | 199 | $500.00 | $240.00 | $355.00 | $310.00 $160.00 | $225.00 | | $350.00 | | $485.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bowles Rice | Charleston, WV | 140 | $285.00 | $165.00 | $230.00 | $180.00 $115.00 | $135.00 | | | $275.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bracewell & Giuliani | Houston, TX | 441 | $1125.00 | $575.00 | $760.00 | $700.00 $275.00 | $440.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bradley Arant Boult Cummings | Birmingham, AL | 413 | $605.00 | $325.00 | $430.00 | $340.00 $200.00 | $260.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Broad and Cassel | Orlando, FL | 150 | $485.00 | $295.00 | $300.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Brown Rudnick | Boston, MA | 187 | $1045.00 | $650.00 | $655.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Brownstein Hyatt Farber Schreck | Denver, CO | 214 | $700.00 | $310.00 | $520.00 | $345.00 $265.00 | $305.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bryan Cave | St. Louis, MO | 985 | $900.00 | $410.00 | $520.00 | $595.00 $230.00 | $405.00 | $635.00 | $355.00 | | $865.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Buchalter Nemer | Los Angeles, CA | 108 | $695.00 | $475.00 | $905.00 | $375.00 $300.00 | $365.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

866-770-6547
www.alm.com
US_ALM447920099.v1

| Firm | Location | # | | | | | | Description | Source |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Burr & Forman | Birmingham, AL | 261 | $525.00 | $300.00 | $371.00 | $275.00, $200.00 | $241.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Butler Snow | Ridgeland, MS | 280 | $335.00 | $235.00 | $302.00 | | | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Cadwalader, Wickersham & Taft | New York, NY | 437 | $1050.00 | $500.00 | $590.00 | $750.00, $385.00 | $805.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Carlton Fields | Tampa, FL | 272 | $660.00 | $455.00 | $600.00 | | | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Cole, Schotz, Meisel, Forman & Leonard | Hackensack, NJ | 116 | $730.00 | $590.00 | $555.00 | $340.00, $275.00 | $302.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Connell Foley | Roseland, NJ | 129 | $575.00 | $275.00 | $425.00 | $325.00, $200.00 | $265.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Cooley | Palo Alto, CA | 673 | $990.00 | $550.00 | $820.00 | $540.00, $335.00 | $515.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Covington & Burling | Washington, DC | 760 | $890.00 | $605.00 | $780.00 | $595.00, $320.00 | $415.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Cozen O'Connor | Philadelphia, PA | 495 | $1135.00 | $275.00 | $570.00 | $840.00, $180.00 | $535.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Curtis, Mallet-Prevost, Colt & Mosle | New York, NY | 323 | $950.00 | $730.00 | $620.00 | $785.00, $345.00 | $460.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Firm | Location | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Davis Graham & Stubbs | Denver, CO | 145 | $535.00 | $315.00 | $435.00 | $350.00 $200.00 | $255.00 | | | $255.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Davis Polk & Wardwell | New York, NY | 813 | $985.00 | $850.00 | $975.00 | $975.00 $190.00 | $615.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Debevoise & Plimpton | New York, NY | 596 | $1075.00 | $665.00 | $1055.00 | $750.00 $120.00 | $490.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Dechert | New York, NY | 845 | $1095.00 | $670.00 | $900.00 | $735.00 $355.00 | $530.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Dentons | New York, NY | 2503 | $1050.00 | $345.00 | $700.00 | $685.00 $210.00 | $425.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Dickstein Shapiro | Washington, DC | 254 | $1250.00 | $590.00 | $750.00 | $585.00 $310.00 | $475.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Dinsmore & Shohl | Cincinnati, OH | 415 | $850.00 | $250.00 | $411.00 | $365.00 $160.00 | $238.00 | $360.00 | | $150.00 | $615.00; | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 DLA Piper | New York, NY | 3962 | $1025.00 | $450.00 | $765.00 | $750.00 $250.00 | $510.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Dorsey & Whitney | Minneapolis, MN | 501 | $585.00 | $340.00 | $435.00 | $510.00 $215.00 | $315.50 | | | $150.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Duane Morris | Philadelphia, PA | 613 | $950.00 | $415.00 | $599.00 | $585.00 $290.00 | $373.00 | $538.00 | $460.00 | | $1315.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

| Firm | City | Attorneys | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Edwards Wildman Palmer | Boston, MA | 540 | $765.00 | $210.00 | $535.00 | $415.00 $245.00 | $325.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Faegre Baker Daniels | Minneapolis, MN | 673 | $590.00 | $355.00 | $455.00 | $315.00 $110.00 | $250.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Foley & Lardner | Milwaukee, WI | 844 | $860.00 | $405.00 | $600.00 | $470.00 $210.00 | $335.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Foley Hoag | Boston, MA | 221 | $775.00 | $590.00 | $670.00 | $385.00 $290.00 | $325.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Fox Rothschild | Philadelphia, PA | 531 | $750.00 | $335.00 | $533.00 | $500.00 $245.00 | $310.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Fried, Frank, Harris, Shriver & Jacobson | New York, NY | 450 | $1100.00 | $930.00 | $1000.00 | $750.00 $375.00 | $595.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Frost Brown Todd | Cincinnati, OH | 414 | $500.00 | $220.00 | $347.00 | $315.00 $150.00 | $234.00 | $417.00 | $350.00 | $540.00 National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Gardere Wynne Sewell | Dallas, TX | 218 | $775.00 | $430.00 | $635.00 | $330.00 $290.00 | $305.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Gibbons | Newark, NJ | 201 | $865.00 | $440.00 | $560.00 | $475.00 $235.00 | $360.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Gibson, Dunn & Crutcher | New York, NY | 1154 | $1820.00 | $765.00 | $980.00 | $930.00 $175.00 | $590.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com
US_ADMIN/7920553v1

| Firm | City | Attorneys | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Gordon Rees Scully Mansukhani | San Diego, CA | 478 | $475.00 | $375.00 | $420.00 | $335.00 $265.00 | | | $300.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Greenberg Traurig | New York, NY | 1690 | $955.00 | $555.00 | $753.00 | $570.00 $325.00 | | | $470.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Harris Beach | Rochester, NY | 199 | $430.00 | $296.00 | $346.00 | $285.00 $175.00 | $287.50 $176.00 | $230.00 | $400.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Harter Secrest & Emery | Rochester, NY | 132 | $455.00 | $320.00 | $365.00 | $290.00 $195.00 | | $250.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Haynes and Boone | Dallas, TX | 483 | $1020.00 | $450.00 | $670.00 | $560.00 $310.00 | | $405.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Hogan Lovells | Washington, DC | 2313 | $1000.00 | $705.00 | $835.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Holland & Hart | Denver, CO | 423 | $725.00 | $395.00 | $442.00 | $425.00 $175.00 | $363.00 $225.00 | $277.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Holland & Knight | Washington, DC | 995 | $1095.00 | $355.00 | $625.00 | $590.00 $210.00 | $575.00 $420.00 | $340.00 | $535.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Honigman Miller Schwartz and Cohn | Detroit, MI | 231 | $590.00 | $280.00 | $390.00 | $225.00 $205.00 | | $220.00 | $910.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Hughes Hubbard & Reed | New York, NY | 351 | $995.00 | $725.00 | $890.00 | $675.00 $365.00 | | $555.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

838-770-8547
www.alm.com
US_ADMIN-7038453 v1

| Firm | City | Count | | | | | | | | | | Source | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Husch Blackwell | St Louis, MO | 939 | $785.00 | $250.00 | $449.00 | $440.00 | $190.00 | $275.00 | $418.00 | $260.00 | $825.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Ice Miller | Indianapolis, IN | 291 | $530.00 | $335.00 | $450.00 | $365.00 | $245.00 | $270.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Irell & Manella | Los Angeles, CA | 165 | $975.00 | $600.00 | $890.00 | $750.00 | $395.00 | $535.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jackson Kelly | Charleston, WV | 179 | $535.00 | $270.00 | $345.00 | $315.00 | $200.00 | $243.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jackson Lewis | Los Angeles, CA | 724 | $440.00 | $310.00 | $380.00 | $315.00 | $275.00 | $290.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jackson Walker | Dallas, TX | 333 | $975.00 | $575.00 | $622.00 | $385.00 | $255.00 | $335.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jeffer, Mangels, Butler & Mitchell | Los Angeles, CA | 125 | $975.00 | $560.00 | $690.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jenner & Block | Chicago, IL | 434 | $925.00 | $566.00 | $745.00 | $650.00 | $380.00 | $466.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jones Day | New York, NY | 2464 | $975.00 | $445.00 | $745.00 | $775.00 | $205.00 | $435.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Jones Walker | New Orleans, LA | 363 | $425.00 | $275.00 | $385.00 | $240.00 | $200.00 | $225.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Firm | Location | No. | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Kasowitz, Benson, Torres & Friedman | New York, NY | 372 | $1135.00 | $600.00 | $835.00 | $625.00 | $200.00 | $340.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Katten Muchin Rosenman | Chicago, IL | 612 | $745.00 | $500.00 | $515.00 | $595.00 | $340.00 | $465.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Kaye Scholer | New York, NY | 392 | $1250.00 | $725.00 | $860.00 | $795.00 | $370.00 | $597.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Kelley Drye & Warren | New York, NY | 283 | $915.00 | $435.00 | $540.00 | $600.00 | $305.00 | $430.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Kilpatrick Townsend & Stockton | Atlanta, GA | 581 | $776.05 | $400.00 | $550.00 | $475.00 | $315.00 | $385.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 King & Spalding | Atlanta, GA | 874 | $995.00 | $545.00 | $775.00 | $735.00 | $135.00 | $490.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Kirkland & Ellis | Chicago, IL | 1554 | $995.00 | $590.00 | $825.00 | $715.00 | $235.00 | $540.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Knobbe Martens Olson & Bear | Irvine, CA | 290 | $910.00 | $460.00 | $575.00 | $465.00 | $305.00 | $360.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Kramer Levin Naftalis & Frankel | New York, NY | 313 | $1100.00 | $745.00 | $921.00 | $815.00 | $515.00 | $575.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lane Powell | Seattle, WA | 170 | $675.00 | $375.00 | $516.00 | $425.00 | $260.00 | $331.00 | $650.00 National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| | | | | | | | $477.00 | $300.00 | | |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

858-770-5967
www.alm.com
US_ADMIN-579358601 v1

9

| Firm | City | FTE | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Latham & Watkins | New York, NY | 2060 | $1,110.00 | $695.00 | $990.00 | $725.00 $465.00 | $605.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lathrop & Gage | Kansas City, MO | 283 | $700.00 | $285.00 | $420.00 | $375.00 $195.00 | $250.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lewis Roca Rothgerber | Phoenix, AZ | 228 | $595.00 | $360.00 | $505.00 | $525.00 $205.00 | $400.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lindquist & Vennum | Minneapolis, MN | 179 | $900.00 | $460.00 | $525.00 | $470.00 $275.00 | $385.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Littler Mendelson | San Francisco, CA | 1002 | $915.00 | $395.00 | $550.00 | $420.00 $245.00 | $290.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lowenstein Sandler | Roseland, NJ | 261 | $990.00 | $600.00 | $795.00 | $550.00 $300.00 | $450.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Manatt, Phelps & Phillips | Los Angeles, CA | 329 | $795.00 | $540.00 | $742.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McCarter & English | Newark, NJ | 371 | $925.00 | $430.00 | $550.00 | $370.00 $220.00 | $300.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McDermott Will & Emery | Chicago, IL | 1021 | $835.00 | $525.00 | $716.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 274 | $560.00 | $235.00 | $445.00 | $335.00 $200.00 | $285.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

B88v-770-0647
US_ADMIN-7026983.v1

| Firm | Location | No. | | | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 McGuireWoods | Richmond, VA | 591 | $725.00 | $450.00 | $595.00 | $525.00 $285.00 | $360.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McKenna Long & Aldridge | Atlanta, GA | 518 | $650.00 | $460.00 | $530.00 | $425.00 $375.00 | $395.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Michael, Best & Friedrich | Milwaukee, WI | 169 | $650.00 | $285.00 | $445.00 | $425.00 $320.00 | $283.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Miles & Stockbridge | Baltimore, MD | 226 | $740.00 | $340.00 | $478.00 | $425.00 $230.00 | $290.00 | $419.00 | $225.00 | $685.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Moore & Van Allen | Charlotte, NC | 274 | $670.00 | $315.00 | $450.00 | $430.00 $190.00 | $260.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Morgan, Lewis & Bockius | Philadelphia, PA | 1363 | $795.00 | $430.00 | $520.00 | $595.00 $270.00 | $390.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Morris, Manning & Martin | Atlanta, GA | 148 | $575.00 | $400.00 | $460.00 | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Morrison & Foerster | San Francisco, CA | 1020 | $1195.00 | $595.00 | $855.00 | $725.00 $230.00 | $525.00 | $375.00 | $195.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Nelson Mullins | Columbia, SC | 496 | $800.00 | $250.00 | $444.00 | $395.00 $215.00 | $271.00 | | | $600.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Nixon Peabody | Boston, MA | 594 | $650.00 | $295.00 | $520.00 | $550.00 $180.00 | $320.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

385.770.5547
www.alm.com
US_ADMIN-72516503 v4

| Firm | Location | FTE | | | | | | | | | | Description | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Norris McLaughlin & Marcus | Bridgewater, NJ | 128 | $505.00 | $455.00 | $495.00 | $365.00 | $185.00 | | | | $275.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Norton Rose Fulbright | Houston, TX | 3537 | $900.00 | $625.00 | $775.00 | $515.00 | $300.00 | | | | $400.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Nossaman | Los Angeles, CA | 146 | $600.00 | $370.00 | $579.00 | $490.00 | $265.00 | $495.00 | $440.00 | $550.00 | $340.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Nutter McClennen & Fish | Boston, MA | 146 | $715.00 | $470.00 | $575.00 | $490.00 | $295.00 | | | | $375.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Ogletree Deakins | Atlanta, GA | 668 | $530.00 | $250.00 | $365.00 | $305.00 | $200.00 | $315.00 | $280.00 | $555.00 | $280.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 O'Melveny & Myers | Los Angeles, CA | 72 | $920.00 | $615.00 | $715.00 | | | | | | $315.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Orrick Herrington & Sutcliffe | New York, NY | 954 | $1095.00 | $715.00 | $845.00 | $375.00 | $710.00 | $735.00 | $695.00 | $850.00 | $500.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Parker Poe Adams & Bernstein | Charlotte, NC | 185 | $500.00 | $425.00 | $450.00 | | | | | | | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Paul Hastings | New York, NY | 889 | $900.00 | $730.00 | $815.00 | $755.00 | $335.00 | | | | $540.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |
| 2014 Paul, Weiss, Rifkind, Wharton & Garrison | New York, NY | 854 | $1120.00 | $760.00 | $1040.00 | $735.00 | $595.00 | | | | $678.00 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report | National Law Journal, December 2014 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

800-770-2527
www.almreprints.com
US_ADMIN-70205653.v1

| Firm | City | # | | | | | | | | | Source | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Pepper Hamilton | Philadelphia, PA | 510 | $950.00 | $465.00 | $645.00 | $325.00 $280.00 | | | $390.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Perkins Coie | Seattle, WA | 861 | $1000.00 | $330.00 | $615.00 | $610.00 $215.00 | $635.00 | $280.00 | $425.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Pillsbury Winthrop Shaw Pittman | Washington, DC | 591 | $1070.00 | $615.00 | $865.00 | $850.00 $375.00 | | | $520.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Polsinelli | Kansas City, MO | 616 | $775.00 | $325.00 | $436.00 | $330.00 $235.00 | $375.00 | $300.00 | $279.00 | $450.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Proskauer Rose | New York, NY | 742 | $950.00 | $725.00 | $890.00 | $675.00 $295.00 | | | $465.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Quarles & Brady | Milwaukee, WI | 422 | $525.00 | $425.00 | $519.00 | $500.00 $210.00 | | | $335.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Quinn Emanuel Urquhart & Sullivan | New York, NY | 673 | $1075.00 | $910.00 | $915.00 | $875.00 $320.00 | | | $410.00* | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Reed Smith | Pittsburgh, PA | 1565 | $960.00 | $605.00 | $737.00 | $550.00 $295.00 | | | $420.00* | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Richards, Layton & Finger | Wilmington, DE | 124 | $800.00 | $600.00 | $676.00 | $465.00 $350.00 | | | $414.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Riker Danzig Scherer Hyland & Perretti | Morristown, NJ | 146 | $495.00 | $430.00 | $456.00 | $285.00 $210.00 | | | $250.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

866-770-6047
www.alm.com
US_ADMIN-76285531 v1

| Firm | Location | FTE | | | | | | Source |
|------|----------|-----|---|---|---|---|---|--------|
| 2014 Robinson & Cole | Hartford, CT | 201 | $700.00 | $295.00 | $520.00 | $445.00 $215.00 | $300.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Rutan & Tucker | Costa Mesa, CA | 147 | $875.00 | $345.00 | $490.00 | $500.00 $230.00 | $320.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Saul Ewing | Philadelphia, PA | 240 | $875.00 | $375.00 | $546.00 | $590.00 $225.00 | $344.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Schiff Hardin | Chicago, IL | 317 | | | | $415.00 $250.00 | $533.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Sedgwick | San Francisco, CA | 342 | $615.00 | $305.00 | $426.00 | $475.00 $250.00 | $325.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Seward & Kissel | New York, NY | 143 | $850.00 | $625.00 | $735.00 | $600.00 $290.00 | $400.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Seyfarth Shaw | Chicago, IL | 778 | $850.00 | $375.00 | $610.00 | $505.00 $225.00 | $365.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Sheppard Mullin Richter & Hampton | Los Angeles, CA | 549 | $875.00 | $400.00 | $595.00 | $535.00 $275.00 | $415.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Shumaker Loop & Kendrick | Toledo, OH | 224 | $595.00 | $325.00 | $413.00 | $330.00 $160.00 | $285.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Shutts & Bowen | Miami, FL | 230 | $660.00 | $250.00 | $430.00 | $345.00 $195.00 | $290.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-0547
www.alm.com
US_ADMIN-762XXX5t v1

| Firm | City | FTE | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Skadden, Arps, Slate, Meagher & Flom | New York, NY | 1664 | $1150.00 | $945.00 | $1036.00 | $845.00 | $340.00 | $620.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Snell & Wilmer | Phoenix, AZ | 411 | $645.00 | $325.00 | $525.00 | $470.00 | $180.00 | $280.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Spilman Thomas & Battle | Charleston, WV | 131 | | | | | | $280.00 | $219.03 | | $359.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Squire Patton Boggs | | | $950.00 | $350.00 | $655.00 | $530.00 | $290.00 | $355.01 | | | | National Law Journal, December 2014 | Location data not available due to merger in 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Sterne, Kessler, Goldstein & Fox | Washington, DC | 122 | $795.00 | $450.00 | $577.00 | $470.00 | $285.00 | $346.00 | $433.57 | $450.06 | $520.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Stevens & Lee | Reading, PA | 154 | $800.00 | $525.00 | $625.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Stoel Rives | Portland, OR | 385 | $670.00 | $300.00 | $492.00 | $495.00 | $225.00 | $287.00 | $312.00 | $280.00 | $510.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Strasburger & Price | Dallas, TX | 217 | $690.00 | $250.00 | $435.00 | $385.00 | $210.00 | $270.00 | $475.00 | $300.00 | $660.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Stroock & Stroock & Lavan | New York, NY | 285 | $1125.00 | $675.00 | $960.00 | $940.00 | $350.00 | $549.00 | $978.00 | $745.00 | $1065.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

888-770-5647
www.alm.com
US_ADMIN-78288553 v1

| Firm | Location | FTE | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Taft Stettinius & Hollister | Cincinnati, OH | 257 | $535.00 | $285.00 | $415.00 | $475.00 | $200.00 | $285.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Thompson & Knight | Dallas, TX | 290 | $740.00 | $425.00 | $535.00 | $510.00 | $240.00 | $370.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Thompson Coburn | St. Louis, MO | 317 | $510.00 | $330.00 | $440.00 | $350.00 | $220.00 | $270.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Troutman Sanders | Atlanta, GA | 567 | $975.00 | $400.00 | $620.00 | $570.00 | $245.00 | $340.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Ulmer & Berne | Cleveland, OH | 178 | $415.00 | $315.00 | $360.00 | | | | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Varnum | Grand Rapids, MI | 133 | $465.00 | $290.00 | $390.00 | | | $430.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Venable | Washington, DC | 533 | $1075.00 | $470.00 | $660.00 | $575.00 | $235.00 | $430.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Vinson & Elkins | Houston, TX | 650 | $770.00 | $475.00 | $600.00 | $565.00 | $275.00 | $390.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Walter Lansden Dortch & Davis | Nashville, TN | 178 | $500.00 | $350.00 | $450.00 | $335.00 | $190.00 | $245.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Weil, Gotshal & Manges | New York, NY | 1157 | $1075.00 | $525.00 | $920.00 | $750.00 | $300.00 | $900.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

888-770-5647
www.alm.com
US_ADMIN-72298653 v1

| Firm | City | FTE | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|
| 2014 White & Case | New York, NY | 1895 | $1050.00 | $700.00 | $975.00 | $1050.00 $2200.00 | $525.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wiley Rein | Washington, DC | 277 | $850.00 | $590.00 | $685.00 | $535.00 $320.00 | $445.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Williams Mullen | Richmond, VA | 233 | $410.00 | $360.00 | $385.00 | $350.00 $250.00 | $295.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Willkie Farr & Gallagher | New York, NY | 526 | $1030.00 | $760.00 | $950.00 | $790.00 $300.00 | $590.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wilmer Cutler Pickering Hale and Dorr | Washington, DC | 988 | $1250.00 | $735.00 | $935.00 | $695.00 $75.00 | $290.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Winston & Strawn | Chicago, IL | 822 | $995.00 | $630.00 | $800.00 | $590.00 $425.00 | $520.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wolff & Samson | West Orange, NJ | 125 | $450.00 | $325.00 | $400.00 | $450.00 $225.00 | $340.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Womble Carlyle Sandridge & Rice | Winston-Salem, NC | 492 | $640.00 | $470.00 | $554.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wyatt Tarrant & Combs | Louisville, KY | 202 | $500.00 | $260.00 | $419.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5567
www.alm.com
US_Active-22266551-v1

EXHIBIT E



# Real Rate Report Snapshot

## The Industry's Leading Analysis of Law Firm Rates, Trends and Practices



WHAT THE BEST COMPANIES DO



Wolters Kluwer
FLM Solutions



WHAT THE BEST COMPANIES DO

**Wolters K**
ELM Solutions

## CONTRIBUTING EDITORS AND ANALYSTS

Bradley Tingquist
Quantitative Leader, CEB

David Moran
Director of Data Management and Analytics
Legal Analytics, ELM Solutions

Margie Sieboda
Product Manager
Legal Analytics, ELM Solutions

Carol Au
Quantitative Analyst
Legal Analytics, ELM Solutions

## LEAD DATA ANALYSTS

Jayant Chawla
Analyst, CEB

Patricia Simione
Senior Quantitative Analyst, CEB

Steve Vumback
Data Analyst, ELM Solutions

Beth Seefelt
Data Architect, ELM Solutions

## CONTENT PUBLISHING SOLUTIONS

Valorie Brown
Eshita Faujdar
Brittany Fritz
Christie Parrish
Priyanka Sinha
Contributing Designers, CEB

Rod Diaz
Graphic & Web Designer, ELM Solutions

A. Kate MacDougall
Editor, CEB

Lori-Anne Dowling
Graphic Designer, CEB

## EXECUTIVE SPONSORS

Christina Hertzler
Practice Leader, CEB

Aaron Kotok
Practice Leader, CEB

Glenn Paredes
EVP & General Manager, ELM Solutions

© 2015 CEB and ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business     Or     CEB
20 Church Street                                              1919 North Lynn Street
Hartford, CT 06103                                          Arlington, VA 22209
United States                                                   United States
ATTN: Marketing                                              ATTN: Marketing
+1-860-549-8795                                              +1-571-303-3000

LEGAL CAVEAT

CEB and ELM Solutions have worked to ensure the accuracy of the information in this report; however, CEB and ELM Solutions cannot guarantee t of the information or analyses in all cases. CEB and ELM Solutions are not engaged in rendering legal, accounting, or other professional services should not be construed as professional advice on any particular set of facts or circumstances. Neither CEB nor ELM Solutions is responsible for a losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

2015 REAL RATE REPORT SNAPSHOT

FEB A••   GCR429I5J55YN                                                                wkelmsol

                                                                                                                  ceb:

# Table of Contents

A Letter to Our Readers                                                4

How to Use This Snapshot                                               5

A Note on Comparability of Data                                        6

Real Rate Report Snapshot                                             9

   Section I: High-Level Data Cuts                                   12

   Section II: Industry Analysis                                     46

   Section I: Practice Area Analysis                                 69

   Section IV: In-Depth Analysis for Selected US Cities              118

   Section V: International Analysis                                 14

Appendix: Data Methodology                                          17

   Invoice Information                                               17

   Non-Invoice Information                                           17

   A Note on US Cities                                               17

   Data Methodology                                                 17

GCR42939)5SYN                                                          c

# A Letter to Our Readers

Welcome to the 2015 Real Rate Report® Snapshot, our latest update to The Real Rate Report®, the industry's l driven benchmark report for lawyer rates and matter costs.

The past year was characterized by challenging economic growth, corporate legal departments with diminis to allocate precious company dollars to costly, long-term litigation and avoidable legal matters, and an i competitive legal services marketplace where corporate clients rewarded law firm productivity. In this er where there are more choices available—to corporate counsel and law firms alike—to perform high-quality differently than ever before, both buyers and sellers of legal services must ground their decisions in relevant, information.

In an ongoing effort to provide this transparency, CEB and ELM Solutions once again analyzed more than $9 legal spending data from corporations' and law firms' e-billing and time management solutions, as well as oth sources. The result is this year's Real Rate Report Snapshot: a refresh of the robust data appendices published Real Rate Report that includes an additional year of rate data.

As in the 2014 Real Rate Report, we have included lawyer and paralegal rate data filtered by specific practi practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability areas of opportunity. Our hope remains that the information and analysis provided in this Snapshot will not c legal departments about hourly rates and total costs but also empower them to make better and more confiden that create substantial cost savings and greater satisfaction with the law firms they use.

We strive to make The Real Rate Report and Real Rate Report Snapshot valuable and actionable reference too departments and law firms. As always, we welcome your comments and suggestions on what information woulc publication more valuable to you. We thank you and look forward to continuing the conversation on how legal de and law firms can collaborate with better clarity and trust.

Warm regards,

Aaron Kotok
Practice Leader
CEB

Glenn Paredes
EVP and General Manager
ELM Solutions

# How to Use This Snapshot

The Real Rate Report and this 2015 Real Rate Report Snapshot examine law firm rates over time and identify rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal). All analyses included in the study are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information—along with the ranges of those rates and their changes over time—highlights the roles these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals. Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether they could generate additional income if they modified their approach.

Affirmatively or intuitively, company purchasers of law firm services usually evaluate law firm rates based on five classic value propositions:[1]

- Quality (whether good, poor, or acceptable results are routinely achieved)
- Cost (the price, or rate, paid to achieve results)
- Service (the level of responsiveness and compliance with required processes)
- Speed (how quickly matters or tasks are resolved)
- Innovation (the application of novel solutions to issues or matters)

These value propositions are more or less impor varying practice areas, and this study clearly de their relative values. Delivering fast and excellen complicated financial matters is appropriately value more highly (with resulting higher rates) than is excellent results in routine workers' compensation o matters. The information in this 2015 update—as analyses included in the full-length 2014 Real Ra can help law firms consider whether they are prop their services and further inform the profitability of business models. This 2015 Real Rate Report Snaps 2014 Real Rate Report can help companies align the future paid rates with the value propositions that greatest value by practice area.

---

Dave Ulrich, Jack Zenger, and Norm Smallwood, *Results-Based Leadership*, Boston: Harvard Business Press, 1999.

# A Note on Comparability of Data

The data used for this 2015 Real Rate Report Snapshot include more than $9.8 billion in fees billed for legal services in the United States during the three-year period from 2012 to 2014. The data comprise fees paid by 96 companies to more than 4,500 law firms and more than 151,000 timekeepers. Table 1 provides a summary description of the US dataset.

In addition, we used a smaller subset of data to provide several analyses on non–United States legal fees. These data include approximately $812 million in fees, more than 26,000 timekeepers, and 25 countries being represented in the final report.

The information is not based on surveys, sampling, or reviews of other published information, but on anonymized data showing the actual hours and fees law firm personnel billed. Companies participating in this 2015 Real Rate Report Snapshot analysis provided written consent for the use of their data. The data used to create this snapshot exclude identifying information of

participant companies and of the matters, timekee
firms billing on those companies' invoices. (For more
on the data methodology, see the Appendix.)

This dataset is large enough to provide valuable g
represents a statistically useful portion of the $
annual US legal services business.[2] Am Law 100
had 2014 revenues of roughly $92.7 billion.[3] This d
106,882 partners and associates—spread across m
US metropolitan areas.

Again, this sample is large enough to have usefu
power, but it certainly does not come close to cov
lawyers in the United States who work for corporate
United States Bureau of Labor Statistics estimates th
than 603,000 lawyers practicing in the United St
lawyers in the New York City area alone and anoth
the Washington, DC, area.[4]

[2] Bureau of Economic Analysis, "Gross Output by Industry," 2013.
[3] Aric Press, "2015 Global 100: Top-Grossing Law Firms in the World," The American Lawyer, 28 September 2015, http://www.americanlawyer.com/id=1202471180960 100-TopGrossing-Law-Firms-in-the-World-.
[4] Bureau of Labor Statistics, "Occupational Employment and Wages, May 2014," May 2014, http://www.bls.gov/oes/current/oes231011.htm.

# Section I: High-Level Data Cuts

## Partners and Associates
*By City (Continued)*

| City | Role | n | First Quartile | Median | Third Quartile | 2014 Mean | 2013 Mean | 2012 Mean |
|---|---|---|---|---|---|---|---|---|
| Kansas City, MO | Partner | 234 | $300.56 | $375.16 | $454.00 | $386.16 | $377.81 | $357.10 |
| | Associate | 194 | $221.00 | $250.00 | $288.73 | $264.30 | $247.12 | $242.05 |
| Knoxville, TN | Partner | 32 | $195.00 | $230.00 | $280.00 | $250.40 | $231.47 | $250.25 |
| | Associate | 24 | $175.00 | $195.00 | $200.00 | $185.57 | $183.80 | $181.62 |
| Lansing, MI | Partner | 20 | $297.25 | $395.00 | $455.14 | $385.20 | $353.68 | $317.56 |
| | Associate | n/a | n/a | n/a | n/a | n/a | $198.48 | $191.18 |
| Las Vegas, NV | Partner | 112 | $231.67 | $348.50 | $464.62 | $359.19 | $354.18 | $316.87 |
| | Associate | 93 | $200.00 | $230.00 | $275.00 | $239.91 | $231.96 | $225.03 |
| Lexington, KY | Partner | 49 | $285.21 | $320.00 | $365.00 | $312.80 | $309.86 | $299.64 |
| | Associate | 25 | $180.00 | $210.00 | $230.00 | $206.51 | $177.14 | $192.66 |
| Little Rock, AR | Partner | 48 | $225.00 | $292.50 | $312.50 | $276.49 | $251.24 | $249.90 |
| | Associate | 24 | $170.00 | $180.00 | $190.00 | $185.40 | $169.67 | $167.65 |
| Los Angeles, CA | Partner | 1,392 | $375.00 | $585.00 | $823.63 | $608.01 | $589.28 | $594.18 |
| | Associate | 1,947 | $286.70 | $425.00 | $574.84 | $438.13 | $417.20 | $414.38 |
| Louisville, KY | Partner | 92 | $247.50 | $307.07 | $376.95 | $310.29 | $314.97 | $310.93 |
| | Associate | 64 | $172.94 | $180.00 | $199.12 | $187.86 | $189.42 | $189.74 |
| Madison, WI | Partner | 40 | $222.50 | $336.50 | $355.00 | $316.00 | $289.51 | $320.62 |
| | Associate | 28 | $169.16 | $205.00 | $280.00 | $244.14 | $234.12 | $201.60 |
| Memphis, TN | Partner | 82 | $260.00 | $300.75 | $385.77 | $311.01 | $296.67 | $287.91 |
| | Associate | 49 | $188.92 | $195.00 | $225.00 | $207.60 | $199.77 | $205.13 |
| Miami, FL | Partner | 459 | $293.79 | $395.00 | $505.07 | $409.83 | $399.85 | $400.31 |
| | Associate | 367 | $185.00 | $240.00 | $305.00 | $264.31 | $270.83 | $260.21 |
| Milwaukee, WI | Partner | 198 | $275.00 | $350.10 | $430.03 | $369.21 | $367.23 | $354.02 |
| | Associate | 140 | $200.00 | $250.00 | $280.00 | $246.57 | $236.17 | $238.51 |
| Minneapolis, MN | Partner | 422 | $255.00 | $385.00 | $490.00 | $395.16 | $387.60 | $382.57 |
| | Associate | 415 | $215.00 | $251.69 | $305.00 | $264.41 | $266.93 | $256.24 |
| Montgomery, AL | Partner | 20 | $253.18 | $290.00 | $325.00 | $289.84 | $284.84 | $264.73 |
| | Associate | n/a | n/a | n/a | n/a | n/a | $162.60 | $159.65 |
| Nashville, TN | Partner | 127 | $275.20 | $350.00 | $410.00 | $347.03 | $338.21 | $319.60 |
| | Associate | 133 | $175.00 | $200.00 | $234.00 | $206.42 | $205.61 | $204.75 |
| New Haven, CT | Partner | 34 | $316.39 | $358.67 | $420.00 | $369.27 | $338.71 | $357.67 |
| | Associate | 30 | $231.75 | $250.00 | $274.90 | $288.79 | $290.56 | $253.37 |
| New Orleans, LA | Partner | 150 | $204.59 | $275.00 | $325.00 | $280.76 | $280.26 | $274.77 |
| | Associate | 128 | $160.00 | $205.46 | $229.82 | $210.98 | $202.07 | $196.34 |
| New York, NY | Partner | 3,597 | $511.65 | $764.00 | $977.00 | $745.45 | $725.95 | $723.59 |
| | Associate | 5,282 | $335.00 | $470.00 | $630.00 | $486.74 | $473.00 | $465.91 |
| Oklahoma City, OK | Partner | 71 | $200.00 | $265.00 | $320.00 | $264.87 | $271.70 | $255.10 |
| | Associate | 45 | $150.00 | $175.00 | $190.00 | $176.49 | $186.82 | $174.34 |

# Section I: High-Level Data Cuts

## Partners and Associates
*By City (Continued)*

| City | Role | n | First Quartile | Median | Third Quartile | 2014 Mean | 2013 Mean | 2012 Mean |
|------|------|---|----------------|--------|----------------|-----------|-----------|-----------|
| Omaha, NE | Partner | 79 | $190.00 | $270.00 | $325.00 | $272.26 | $265.36 | $253.20 |
| | Associate | 39 | $165.00 | $185.00 | $225.00 | $196.52 | $180.96 | $169.56 |
| Orlando, FL | Partner | 134 | $275.00 | $341.63 | $455.00 | $368.66 | $344.19 | $328.62 |
| | Associate | 139 | $193.50 | $240.00 | $280.12 | $250.28 | $243.04 | $227.93 |
| Philadelphia, PA | Partner | 1,137 | $370.00 | $515.00 | $657.00 | $515.71 | $495.45 | $485.09 |
| | Associate | 1,406 | $236.00 | $300.00 | $385.00 | $315.63 | $313.97 | $301.54 |
| Phoenix, AZ | Partner | 222 | $275.00 | $350.00 | $427.50 | $356.83 | $357.96 | $346.18 |
| | Associate | 183 | $200.00 | $235.00 | $280.00 | $238.51 | $189.76 | $241.02 |
| Pittsburgh, PA | Partner | 238 | $320.00 | $465.00 | $560.00 | $456.26 | $416.13 | $406.71 |
| | Associate | 249 | $200.00 | $260.00 | $334.79 | $278.31 | $267.54 | $256.46 |
| Portland, ME | Partner | 60 | $190.00 | $295.00 | $358.00 | $287.81 | $294.07 | $263.16 |
| | Associate | 25 | $170.00 | $198.00 | $237.08 | $211.41 | $212.51 | $193.94 |
| Portland, OR | Partner | 175 | $323.48 | $375.00 | $432.00 | $379.66 | $357.02 | $352.99 |
| | Associate | 178 | $214.21 | $250.00 | $298.84 | $255.20 | $246.97 | $239.61 |
| Providence, RI | Partner | 35 | $185.00 | $290.00 | $350.00 | $308.04 | $315.78 | $294.58 |
| | Associate | 29 | $160.00 | $175.00 | $210.00 | $185.33 | $192.66 | $196.15 |
| Raleigh, NC | Partner | 83 | $257.23 | $335.00 | $410.00 | $343.08 | $348.19 | $356.36 |
| | Associate | 52 | $170.00 | $225.00 | $294.92 | $245.23 | $229.87 | $229.12 |
| Reno, NV | Partner | 22 | $300.00 | $355.00 | $425.00 | $349.99 | $346.98 | $328.48 |
| | Associate | 14 | $200.00 | $275.00 | $325.00 | $260.56 | $251.25 | $232.82 |
| Richmond, VA | Partner | 191 | $290.00 | $450.00 | $593.76 | $454.38 | $425.38 | $432.76 |
| | Associate | 170 | $225.00 | $300.00 | $356.00 | $303.45 | $290.45 | $281.11 |
| Roanoke, VA | Partner | 10 | $145.00 | $185.00 | $264.99 | $202.92 | $215.41 | $233.93 |
| | Associate | 11 | $100.00 | $135.00 | $166.25 | $137.84 | $127.50 | $164.17 |
| Rochester, NY | Partner | 41 | $250.00 | $338.00 | $390.00 | $335.44 | $310.89 | $312.48 |
| | Associate | 34 | $190.00 | $221.26 | $250.00 | $222.55 | $215.93 | $205.30 |
| Sacramento, CA | Partner | 54 | $265.00 | $332.15 | $445.00 | $377.50 | $397.46 | $403.25 |
| | Associate | 63 | $220.00 | $250.00 | $300.00 | $278.80 | $276.33 | $298.49 |
| Salt Lake City, UT | Partner | 104 | $230.00 | $305.88 | $372.00 | $312.48 | $319.89 | $306.46 |
| | Associate | 66 | $178.50 | $207.50 | $275.00 | $320.48 | $280.36 | $262.30 |
| San Antonio, TX | Partner | 34 | $256.50 | $325.00 | $425.00 | $354.52 | $362.52 | $345.09 |
| | Associate | 16 | $195.00 | $225.00 | $272.50 | $238.47 | $242.62 | $252.12 |
| San Diego, CA | Partner | 190 | $295.00 | $432.60 | $679.00 | $481.80 | $476.52 | $473.68 |
| | Associate | 194 | $185.00 | $260.50 | $400.00 | $510.51 | $319.68 | $299.64 |
| San Francisco, CA | Partner | 823 | $388.08 | $592.26 | $760.00 | $590.50 | $596.06 | $603.43 |
| | Associate | 742 | $259.25 | $367.00 | $495.00 | $387.40 | $395.03 | $394.18 |
| San Jose, CA | Partner | 265 | $440.04 | $675.75 | $816.13 | $655.65 | $667.61 | $641.89 |
| | Associate | 221 | $285.00 | $375.00 | $514.14 | $411.73 | $429.44 | $415.99 |

EXHIBIT F

*$1,000 Per Hour Isn't Rare Anymore; Nominal billing levels rise, but discounts ease blow. The National Law Journal January 13, 2014 Monday*

Copyright 2014 ALM Media Properties, LLC
All Rights Reserved
Further duplication without permission is prohibited

## THE NATIONAL LAW JOURNAL

The National Law Journal

January 13, 2014 Monday

**SECTION:** NLJ'S BILLING SURVEY; Pg. 1 Vol. 36 No. 20

**LENGTH:** 1860 words

**HEADLINE:** $1,000 Per Hour **Isn't Rare Anymore**;
Nominal billing levels rise, but discounts ease blow.

**BYLINE:** KAREN SLOAN

**BODY:**

As recently as five years ago, law partners charging $1,000 an hour were outliers. Today, four-figure hourly rates for indemand partners at the most prestigious firms don't raise eyebrows-and a few top earners are closing in on $2,000 an hour.

These rate increases come despite hand-wringing over price pressures from clients amid a tough economy. But everrising standard billing rates also obscure the growing practice of discounts, falling collection rates, and slow march toward alternative fee arrangements.

Nearly 20 percent of the firms included in The National Law Journal's annual survey of large law firm billing rates this year had at least one partner charging more than $1,000 an hour. Gibson, Dunn & Crutcher partner Theodore Olson had the highest rate recorded in our survey, billing $1,800 per hour while representing mobile satellite service provider LightSquared Inc. in Chapter 11 proceedings.

Of course, few law firm partners claim Olson's star power. His rate in that case is nearly the twice the $980 per hour average charged by Gibson Dunn partners and three times the average $604 hourly rate among partners at NLJ 350 firms. Gibson Dunn chairman and managing partner Ken Doran said Olson's rate is "substantially" above that of other partners at the firm, and that the firm's standard rates are in line with its peers.

"While the majority of Ted Olson's work is done under alternative billing arrangements, his hourly rate reflects his stature in the legal community, the high demand for his services and the unique value that he offers to clients given his extraordinary experience as a former solicitor general of the United States who has argued more than 60 cases before the U.S. Supreme Court and has counseled several presidents," Doran said.

In reviewing billing data this year, we took a new approach, asking each firm on the NLJ 350-our survey of the nation's 350 largest firms by attorney headcount-to provide their highest, lowest and average billing rates for associates and partners. We supplemented those data through public records. All together, this year's survey includes information for 159 of the country's largest law firms and reflects billing rates as of October.

The figures show that, even in a down economy, hiring a large law firm remains a pricey prospect. The median among the highest partner billing rates reported at each firm is $775 an hour, while the median low partner rate is $405. For associates, the median high stands at $510 and the low at $235. The average associate rate is $370.

Multiple industry studies show that law firm billing rates continued to climb during 2013 despite efforts by corporate counsel to rein them in. TyMetrix's 2013 Real Rate Report Snapshot found that the average law firm billing rate increased by 4.8 percent compared with 2012. Similarly, the Center for the Study of the Legal Profession at the Georgetown University Law Center and Thomson Reuters Peer Monitor found that law firms increased their rates by an average 3.5 percent during 2013.

Of course, rates charged by firms on paper don't necessarily reflect what clients actually pay. Billing realization rates-which reflect the percentage of work billed at firms' standard rates- have fallen from 89 percent in 2010 to nearly 87 percent in 2013 on average, according to the Georgetown study. When accounting for billed hours actually collected by firms, the realization rate falls to 83.5 percent.

"What this means, of course, is that- on average-law firms are collecting only 83.5 cents for every $1.00 of standard time they record," the Georgetown report reads. "To understand the full impact, one need only consider that at the end of 2007, the collected realization rate was at the 92 percent level."

In other words, law firms set rates with the understanding that they aren't likely to collect the full amount, said Mark Medice, who oversees the Peer Monitor Index. That index gauges the strength of the legal market according to economic indicators including demand for legal services, productivity, rates and expenses. "Firms start out with the idea of, 'I want to achieve a certain rate, but it's likely that my client will ask for discounts whether or not I increase my rate,'" Medice said.

Indeed, firms bill nearly all hourly work at discounts ranging from 5 percent to 20 percent off standard rates, said Peter Zeughauser, a consultant with the Zeughauser Group. Discounts can run as high as 50 percent for matters billed under a hybrid system, wherein a law firm can earn a premium for keeping costs under a set level or for obtaining a certain outcome, he added. "Most firms have gone to a two-tier system, with what is essentially an aspirational rate that they occasionally get and a lower rate that they actually budget for," he said.

Most of the discounting happens at the front end, when firms and clients negotiate rates, Medice said. But additional discounting happens at the billing and collections stages. Handling alternative fee arrangements and discounts has become so complex that more than half of the law firms on the Am Law 100-NLJ affiliate The American Lawyer's ranking of firms by gross revenue-have created new positions for pricing directors, Zeughauser said.

THE ROLE OF GEOGRAPHY

Unsurprisingly, rates vary by location. Firms with their largest office in New York had the highest average partner and associate billing rates, at $882 and $520, respectively. Similarly, TyMetrix has reported that more than 25 percent of partners at large New York firms charge $1,000 per

hour or more for contracts and commercial work.

Washington was the next priciest city on our survey, with partners charging an average $748 and associates $429. Partners charge an average $691 in Chicago and associates $427. In Los Angeles, partners charge an average $665 while the average associate rate is $401.

Pricing also depends heavily on practice area, Zeughauser and Medice said. Bet-the-company patent litigation and white-collar litigation largely remain at premium prices, while practices including labor and employment have come under huge pressure to reduce prices.

"If there was a way for law firms to hold rates, they would do it. They recognize how sensitive clients are to price increases," Zeughauser said. But declining profit margins-due in part to higher technology costs and the expensive lateral hiring market-mean that firms simply lack the option to keep rates flat, he said.

BILLING SURVEY METHODOLOGY

The National Law Journal's survey of billing rates of the largest U.S. law firms provides the high, low and average rates for partners and associates.

The NLJ asked respondents to its annual survey of the nation's largest law firms (the NLJ 350) to provide a range of hourly billing rates for partners and associates as of October 2013.

For firms that did not supply data to us, in many cases we were able to supplement billing-rate data derived from public records.

In total, we have rates for 159 of the nation's 350 largest firms.

Rates data include averages, highs and low rates for partners and associates. Information also includes the average full-time equivalent (FTE) attorneys at the firm and the city of the firm's principal or largest office.

We used these data to calculate averages for the nation as a whole and for selected cities.

Billing Rates at the Country's Priciest Law Firms

Here are the 50 firms that charge the highest average hourly rates for partners.

**Billing Rates at the Country's Priciest Law Firms**

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER HOURLY RATES | | ASSOCIATE HOURLY RATES | | | |
|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | HIGH | LOW | AVERAGE | HIGH | LOW |

\* Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. For complete numbers, please see NLJ.com.

\*\* Firm did not exist in this form for the entire year.

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER AVERAGE | PARTNER HIGH | LOW | ASSOCIATE AVERAGE | HIGH | LOW |
|---|---|---|---|---|---|---|---|---|
| Debevoise & Plimpton | New York | 615 | $1,055 | $1,075 | $955 | $490 | $760 | $120 |
| Paul, Weiss, | New York | 803 | $1,040 | $1,120 | $760 | $600 | $760 | $250 |

| Firm | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rifkind, Wharton & Garrison | | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom | New York | 1,735 | $1,035 | $1,150 | $845 | $620 | $845 | $340 |
| Fried, Frank, Harris, Shriver & Jacobson | New York | 476 | $1,000 | $1,100 | $930 | $595 | $760 | $375 |
| Latham & Watkins | New York | 2,033 | $990 | $1,110 | $895 | $605 | $725 | $465 |
| Gibson, Dunn & Crutcher | New York | 1,086 | $980 | $1,800 | $765 | $590 | $930 | $175 |
| Davis Polk & Wardwell | New York | 787 | $975 | $985 | $850 | $615 | $975 | $130 |
| Willkie Farr & Gallagher | New York | 540 | $950 | $1,090 | $790 | $580 | $790 | $350 |
| Cadwalader, Wickersham & Taft | New York | 435 | $930 | $1,050 | $800 | $605 | $750 | $395 |
| Weil, Gotshal & Manges | New York | 1,201 | $930 | $1,075 | $625 | $600 | $790 | $300 |
| Quinn Emanuel Urquhart & Sullivan | New York | 697 | $915 | $1,075 | $810 | $410 | $675 | $320 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 961 | $905 | $1,250 | $735 | $290 | $695 | $75 |
| Dechert | New York | 803 | $900 | $1,095 | $670 | $530 | $735 | $395 |
| Andrews Kurth | Houston | 348 | $890 | $1,090 | $745 | $528 | $785 | $265 |
| Hughes Hubbard & Reed | New York | 344 | $890 | $995 | $725 | $555 | $675 | $365 |
| Irell & Manella | Los Angeles | 164 | $890 | $975 | $800 | $535 | $750 | $395 |
| Proskauer Rose | New York | 746 | $880 | $950 | $725 | $465 | $675 | $295 |
| White & Case | New York | 1,900 | $875 | $1,050 | $700 | $525 | $1,050 | $220 |
| Morrison & Foerster | San Francisco | 1,010 | $865 | $1,195 | $595 | $525 | $725 | $230 |
| Pillsbury Winthrop Shaw Pittman | Washington | 609 | $865 | $1,070 | $615 | $520 | $860 | $375 |
| Kaye Scholer | New York | 414 | $860 | $1,080 | $715 | $510 | $680 | $320 |
| Kramer Levin Naftalis & Frankel | New York | 320 | $845 | $1,025 | $740 | $590 | $750 | $400 |
| Hogan Lovells | Washington | 2,280 | $835 | $1,000 | $705 | - | - | - |

| Firm | City | Attorneys | | | | | | |
|------|------|-----------|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman | New York | 365 | $835 | $1,195 | $600 | $340 | $625 | $200 |
| Kirkland & Ellis | Chicago | 1,517 | $825 | $995 | $590 | $540 | $715 | $235 |
| Cooley | Palo Alto | 632 | $820 | $990 | $660 | $525 | $630 | $160 |
| Arnold & Porter | Washington | 748 | $815 | $950 | $670 | $500 | $610 | $345 |
| Paul Hastings | New York | 899 | $815 | $900 | $750 | $540 | $755 | $335 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 322 | $800 | $860 | $730 | $480 | $785 | $345 |
| Winston & Strawn | Chicago | 842 | $800 | $995 | $650 | $520 | $590 | $425 |
| Bingham McCutchen | Boston | 900 | $795 | $1,080 | $220 | $450 | $605 | $185 |
| Akin Gump Strauss Hauer & Feld | Washington | 806 | $785 | $1,220 | $615 | $525 | $660 | $365 |
| Covington & Burling | Washington | 738 | $780 | $890 | $605 | $415 | $565 | $320 |
| King & Spalding | Atlanta | 838 | $775 | $995 | $545 | $460 | $735 | $125 |
| Norton Rose Fulbright | N/A** | N/A** | $775 | $900 | $525 | $400 | $515 | $300 |
| DLA Piper | New York | 4,036 | $765 | $1,025 | $450 | $510 | $750 | $250 |
| Bracewell & Giuliani | Houston | 432 | $760 | $1,125 | $575 | $440 | $700 | $275 |
| Baker & McKenzie | Chicago | 4,004 | $755 | $1,130 | $260 | $395 | $925 | $100 |
| Dickstein Shapiro | Washington | 308 | $750 | $1,250 | $590 | $475 | $585 | $310 |
| Jenner & Block | Chicago | 432 | $745 | $925 | $565 | $465 | $550 | $380 |
| Jones Day | New York | 2,363 | $745 | $975 | $445 | $435 | $775 | $205 |
| Manatt, Phelps & Phillips | Los Angeles | 325 | $740 | $795 | $640 | - | - | - |
| Seward & Kissel | New York | 152 | $735 | $850 | $625 | $400 | $600 | $290 |
| O'Melveny & Myers | Los Angeles | 738 | $715 | $950 | $615 | - | - | - |
| McDermott Will & Emery | Chicago | 1,024 | $710 | $835 | $525 | - | - | - |
| Reed Smith | Pittsburgh | 1,468 | $710 | $945 | $545 | $420 | $530 | $295 |
| Dentons | N/A** | N/A** | $700 | $1,050 | $345 | $425 | $685 | $210 |
| Jeffer Mangels Butler & Mitchell | Los Angeles | 126 | $690 | $875 | $560 | - | - | - |
| Sheppard, | Los | 521 | $685 | $875 | $490 | $415 | $535 | $275 |

| Mullin, Richter & Hampton | Angeles | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Alston & Bird | Atlanta | 805 | $675 | $875 | $495 | $425 | $575 | $280 |

THE FOUR-FIGURE CLUB

These 10 firms posted the highest partner billing rates.

**THE FOUR-FIGURE CLUB**

| Gibson, Dunn & Crutcher | $1,800 |
|---|---|
| Dickstein Shapiro | $1,250 |
| Wilmer Cutler Pickering Hale and Dorr | $1,250 |
| Akin Gump Strauss Hauer & Feld | $1,220 |
| Kasowitz, Benson, Torres & Friedman | $1,195 |
| Morrison & Foerster | $1,195 |
| Skadden, Arps, Slate, Meagher & Flom | $1,150 |
| Baker & McKenzie | $1,130 |
| Bracewell & Giuliani | $1,125 |
| Paul, Weiss, Rifkind, Wharton & Garrison | $1,120 |

Contact Karen Sloan at ksloan@alm.com

**LOAD-DATE:** January 13, 2014

Source:   **Legal** > / · · · / > **The National Law Journal** 
Terms:   **"isn't rare anymore"**  (Suggest Terms for My Search)
View:   Full
Date/Time:   Friday, August 15, 2014 - 6:12 PM EDT

LexisNexis®   About LexisNexis   | Privacy Policy   | Terms & Conditions   | Contact Us
Copyright ©  2014 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

EXHIBIT G



# The 2013 Real Rate Report® Snapshot

## An Analysis of Law Firm Rates, Staffing, and Trends



CEB
WHAT THE BEST COMPANIES DO



TyMetrix | Legal Analytics



WHAT THE BEST COMPANIES DO



www.executiveboard.com

www.tymetrix.com

**REPORT EDITORS**

Owen Bevan
Director, CEB

David Moran
Director of Data Management, TyMetrix Legal Analytics

Bill Sowinski
Director, Decision Support Services, TyMetrix

Bradley Tingquist
Senior Director, CEB

**LEAD DATA ANALYSTS**

Josh Feldman
Data Scientist, TyMetrix Legal Analytics

Pavan Jagalur
Senior Analyst, CEB

Devika Nair
Analyst, CEB

**CONTENT PUBLISHING SOLUTIONS**

Christie Parrish
Graphic Designer, CEB

Prashant Chauhan
Contributing Designer, CEB

Alison Heasley
Contributing Designer, CEB

A. Kate Harsh
Editor, CEB

**EXECUTIVE SPONSORS**

Brian Lee
Managing Director, CEB

Julie Peck
General Manager, TyMetrix

Craig Raeburn
Vice President, TyMetrix Legal Analytics

©2013 CEB and TyMetrix, Inc. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

|  |  |  |
| --- | --- | --- |
| TyMetrix, a Wolters Kluwer business | Or | CEB |
| 20 Church Street | | 1919 North Lynn Street |
| Hartford, CT 06103 | | Arlington, VA 22209 |
| United States | | United States |
| ATTN: Karen Olenski | | ATTN: Marketing |
| Director of Marketing | | +1-571-303-3000 |
| +1-860-240-9056 | | |

LEGAL CAVEAT

CEB and TyMetrix have worked to ensure the accuracy of the information in this report; however, CEB and TyMetrix cannot guarantee the accuracy of the information or analyses in all cases. CEB and TyMetrix are not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Neither CEB nor TyMetrix is responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# How to Use This Snapshot

This update to the *Real Rate Report* identifies law firm rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal) and examines law firm staffing of partners, associates, and paralegals for both short- and long-term matters. All the statistics included in the study are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information along with the ranges of those rates and their changes over time highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals. Clients might ask whether they are paying the "right" amount for different types of legal services, while law firm principals might ask whether they are charging the "right" amount for legal services and whether they could generate additional income if they modified their approach.

Affirmatively or intuitively, company purchasers of law firm services usually evaluate law firm rates based on five classic value propositions[1]:

- Quality (whether good, poor, or acceptable results are routinely achieved)
- Cost (the price, or rate, paid to achieve results)
- Service (the level of responsiveness and compliance with required processes)
- Speed (how quickly matters or tasks are resolved)
- Innovation (the application of novel solutions to issues or matters)

These value propositions are more or less important across varying practice areas, and their relative values are clearly demonstrated in this study. Clients more highly value the delivery of fast and excellent results in complicated financial matters (with resulting higher rates) than excellent results in routine workers' compensation or real estate matters. The information in this 2013 update—as well as in the analyses included in the full length *2012 Real Rate Report*—can help law firms consider whether they are properly pricing their services and if the alternative business models are profitable. This *2013 Snapshot* and the *2012 Real Rate Report* can also help companies align their past and future paid rates with the value propositions that return the greatest value by practice area.

---

[1] Ulrich, Dave, Jack Zenger, and Norm Smallwood, *Results-Based Leadership*, Boston: Harvard Business Press, 1999.

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

# Data Used in This Snapshot

### A Note on Comparability of Data

The data used for the *Real Rate Report Snapshot* includes over $9.5 billion in fees billed for legal services in the United States and Canada during the five-year period from 2008 to 2012. The data comprises fees paid by over 80 companies to more than 4,800 law firms and over 126,000 timekeepers. Table 1 provides a summary description of the dataset.

**The information is not based on surveys, sampling, or reviews of other published information but on anonymized data showing the actual hours and fees law firm personnel billed.**

Companies participating in this *Real Rate Report Snapshot* analysis provided written consent for the use of their data. The report and all datasets used for the analysis do not contain identifying information of those companies, timekeepers, matters, invoices, or law firms. (For more information on the data methodology, see the Appendix.)

This dataset is large enough to provide directionally valuable guidance and represents a statistically useful portion of the $270 billion annual US legal services business.[2] Am Law 100 firms alone had 2011 revenues of roughly $71 billion.[3] The dataset covers approximately 135,000 billers—including approximately 106,000 partners and associates—spread across more than 100 US metropolitan areas.

Again, this is a large enough sample to have useful analytical power, but it certainly does not come close to covering all the lawyers in the United States who work for corporate clients. The United States Bureau of Labor Statistics estimates there are more than 581,000[4] lawyers practicing in the United States—51,800 lawyers in the New York area alone and another 40,300 in the Washington, DC, area.[5]

---

[2] Bureau of Economic Analysis, "Gross-Domestic-Product-(GDP)-by-Industry Data," 2011, http://www.bea.gov/industry/gdpbyind_data.htm.

[3] "The Haves and the Haves Less," *The American Lawyer*, April 2012, http://www.americanlawyer.com/PubArticleTAL.jsp?id=1202489912232&The_Am_Law_100_2012.

[4] Bureau of Labor Statistics, "Chart book: Occupational Employment and Wages, May 2010," http://www.bls.gov/oes/2010/may/chartbook_2010.htm.

[5] Bureau of Labor Statistics, "Charts of the Areas with the Highest Employment Level for Each Occupation, May 2012," http://www.bls.gov/oes/current/occ_area_emp_chart/occ_area_emp_chart.htm.

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

**Table 1: Overview of the US Legal Fees Data Analyzed by CEB and TyMetrix**

| | |
|---|---|
| FEES BILLED | $9.5 Billion (2008–2012) |
| US LAW FIRMS | 4,800+ |
| LAW FIRM ASSOCIATES | 56,600+ |
| LAW FIRM PARTNERS | 43,100+ |
| TOTAL INDIVIDUAL BILLERS | 126,000+ |
| NUMBER OF INVOICE LINE ITEMS | 31.1 Million |
| TOTAL HOURS BILLED | 29.1 Million |
| NORTH AMERICAN METROPOLITAN AREAS | 142 |
| NUMBER OF COMPANIES | 83 |
| INDUSTRIES REPRESENTED | Materials and Utilities, Consumer Products and Services, Retail, Financial Services, Insurance, Real Estate, Health Care, Manufacturing, Heavy Industry, Technology, Telecommunications, Recreation and Leisure, Sports, Transportation |

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

# Real Rate Report Snapshot

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

# Section I: High-Level Data Cuts (Continued)

| City | Role | n | First Quartile | Median | Third Quartile | 2012 Mean | 2011 Mean | 2010 Mean |
|------|------|---|----------------|--------|----------------|-----------|-----------|-----------|
| Birmingham, AL | Partner | 105 | $235.00 | $285.00 | $342.42 | $289.61 | $287.65 | $276.57 |
| | Associate | 70 | $150.02 | $204.79 | $234.41 | $198.53 | $192.67 | $183.06 |
| Boise City, ID | Partner | 30 | $215.00 | $244.75 | $345.00 | $270.87 | $243.43 | $232.75 |
| | Associate | 9 | $140.00 | $187.50 | $230.00 | $189.75 | $172.66 | $184.69 |
| Boston, MA | Partner | 439 | $436.50 | $603.00 | $757.96 | $598.69 | $586.76 | $532.08 |
| | Associate | 492 | $288.47 | $373.51 | $475.00 | $388.21 | $369.18 | $340.86 |
| Boulder, CO | Partner | 14 | $305.00 | $326.71 | $380.00 | $339.46 | $323.86 | $309.38 |
| | Associate | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Bridgeport, CT | Partner | 33 | $350.00 | $430.00 | $520.00 | $427.84 | $457.99 | $425.05 |
| | Associate | 25 | $260.00 | $300.00 | $351.00 | $308.88 | $293.22 | $270.75 |
| Buffalo, NY | Partner | 83 | $250.91 | $285.00 | $329.56 | $289.04 | $287.65 | $300.18 |
| | Associate | 63 | $173.35 | $190.00 | $215.00 | $197.93 | $191.76 | $187.78 |
| Burlington, VT | Partner | 14 | $250.00 | $260.00 | $285.00 | $270.36 | $257.42 | $261.90 |
| | Associate | 10 | $180.00 | $185.00 | $190.42 | $186.04 | $209.29 | N/A |
| Calgary, AB | Partner | 32 | $480.47 | $596.25 | $672.52 | $578.13 | $518.83 | $519.55 |
| | Associate | 45 | $250.85 | $300.00 | $376.15 | $317.43 | $294.43 | $290.70 |
| Charleston, SC | Partner | 24 | $288.00 | $300.00 | $351.58 | $307.07 | $306.04 | $285.13 |
| | Associate | 15 | $175.00 | $225.00 | $230.00 | $208.33 | $192.41 | $182.46 |
| Charleston, WV | Partner | 24 | $200.00 | $250.00 | $300.00 | $245.18 | $237.75 | $244.96 |
| | Associate | 18 | $154.41 | $175.00 | $180.00 | $170.12 | $169.44 | $178.32 |
| Charlotte, NC | Partner | 117 | $375.00 | $450.00 | $520.00 | $456.36 | $460.06 | $450.46 |
| | Associate | 84 | $247.43 | $300.44 | $374.25 | $313.92 | $287.81 | $281.94 |
| Chattanooga, TN | Partner | 13 | $194.85 | $200.00 | $265.00 | $218.52 | $225.55 | $251.13 |
| | Associate | 8 | $155.12 | $196.70 | $227.75 | $190.51 | $174.58 | $165.81 |
| Chicago, IL | Partner | 1,419 | $440.00 | $585.00 | $724.62 | $585.47 | $569.37 | $548.90 |
| | Associate | 1,354 | $274.50 | $349.14 | $450.00 | $366.64 | $345.30 | $337.13 |
| Cincinnati, OH | Partner | 84 | $317.50 | $362.50 | $405.00 | $362.90 | $357.15 | $343.71 |
| | Associate | 59 | $190.00 | $210.00 | $249.76 | $219.85 | $216.74 | $210.58 |
| Cleveland, OH | Partner | 318 | $315.00 | $385.00 | $488.48 | $410.52 | $389.64 | $373.33 |
| | Associate | 300 | $206.76 | $242.03 | $285.00 | $256.52 | $234.75 | $227.59 |
| Columbia, SC | Partner | 36 | $263.15 | $300.05 | $358.63 | $300.30 | $298.11 | $289.19 |
| | Associate | 31 | $200.00 | $216.16 | $244.55 | $215.40 | $199.12 | $209.42 |
| Columbus, OH | Partner | 100 | $310.98 | $380.98 | $445.00 | $388.85 | $369.82 | $357.63 |
| | Associate | 72 | $200.57 | $220.97 | $270.00 | $240.31 | $223.58 | $221.77 |
| Dallas, TX | Partner | 304 | $373.48 | $510.00 | $625.00 | $510.32 | $502.29 | $484.91 |
| | Associate | 319 | $250.00 | $339.60 | $428.79 | $342.77 | $326.23 | $310.51 |
| Dayton, OH | Partner | 13 | $321.75 | $364.86 | $398.48 | $353.20 | $325.00 | $369.40 |
| | Associate | 22 | $170.00 | $192.50 | $239.30 | $207.32 | $221.59 | $208.05 |
| Denver, CO | Partner | 152 | $324.96 | $378.08 | $445.00 | $390.64 | $381.71 | $384.92 |
| | Associate | 147 | $210.00 | $250.00 | $300.00 | $264.59 | $253.71 | $242.44 |

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

# Section I: High-Level Data Cuts (Continued)

| 2012—Real Rates for Partners and Associates by City (Continued) | | | | | | Trend Analysis | | |
|---|---|---|---|---|---|---|---|---|
| City | Role | n | First Quartile | Median | Third Quartile | 2012 Mean | 2011 Mean | 2010 Mean |
| Des Moines, IA | Partner | 12 | $215.06 | $270.00 | $354.52 | $295.76 | $293.16 | $286.74 |
| | Associate | 7 | $170.00 | $195.00 | $217.11 | $201.73 | $258.04 | $217.04 |
| Detroit, MI | Partner | 176 | $275.00 | $331.46 | $400.00 | $346.98 | $337.91 | $325.92 |
| | Associate | 113 | $190.00 | $240.00 | $290.00 | $274.03 | $262.95 | $237.66 |
| Edmonton, AB | Partner | 9 | $275.00 | $310.86 | $350.00 | $298.98 | $307.16 | $291.68 |
| | Associate | 8 | $155.00 | $177.00 | $192.80 | $175.58 | $177.41 | $173.94 |
| Grand Rapids, MI | Partner | 12 | $352.50 | $407.50 | $447.50 | $401.15 | $389.00 | $379.79 |
| | Associate | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Greenville, SC | Partner | 35 | $295.00 | $335.83 | $395.00 | $343.77 | $336.46 | $337.35 |
| | Associate | 20 | $200.11 | $234.50 | $254.81 | $233.38 | $227.55 | $220.50 |
| Halifax, NS | Partner | 9 | $315.00 | $327.58 | $365.30 | $336.62 | $300.80 | $286.52 |
| | Associate | 20 | $173.50 | $180.00 | $190.39 | $183.74 | $181.85 | $177.21 |
| Harrisburg, PA | Partner | 24 | $270.00 | $300.00 | $349.28 | $311.06 | $275.89 | $288.81 |
| | Associate | 21 | $175.00 | $198.78 | $223.56 | $207.05 | $202.65 | $172.73 |
| Hartford, CT | Partner | 52 | $299.00 | $379.00 | $462.50 | $397.27 | $421.45 | $383.45 |
| | Associate | 52 | $199.18 | $251.37 | $322.50 | $278.06 | $269.90 | $225.79 |
| Honolulu, HI | Partner | 23 | $250.00 | $295.00 | $350.00 | $308.65 | $301.94 | $315.47 |
| | Associate | 18 | $185.00 | $215.00 | $265.20 | $225.76 | $209.88 | $204.25 |
| Houston, TX | Partner | 255 | $388.29 | $560.00 | $690.74 | $549.25 | $552.80 | $552.41 |
| | Associate | 293 | $245.00 | $320.00 | $410.00 | $342.41 | $334.23 | $320.17 |
| Indianapolis, IN | Partner | 146 | $300.00 | $360.42 | $420.00 | $360.41 | $352.25 | $336.48 |
| | Associate | 90 | $185.00 | $225.00 | $260.00 | $220.59 | $220.22 | $216.74 |
| Jackson, MS | Partner | 55 | $240.49 | $285.00 | $335.00 | $296.67 | $301.74 | $307.88 |
| | Associate | 36 | $173.88 | $175.00 | $193.57 | $189.70 | $200.96 | $195.21 |
| Jacksonville, FL | Partner | 32 | $275.00 | $325.00 | $437.50 | $330.10 | $281.46 | $303.97 |
| | Associate | 14 | $140.00 | $202.50 | $265.00 | $227.86 | $220.02 | $210.82 |
| Kansas City, MO | Partner | 195 | $320.00 | $375.00 | $423.00 | $377.02 | $374.25 | $364.27 |
| | Associate | 146 | $216.00 | $235.00 | $264.54 | $243.08 | $239.93 | $231.94 |
| Knoxville, TN | Partner | 12 | $190.00 | $197.50 | $256.48 | $227.33 | $233.96 | $225.15 |
| | Associate | 12 | $137.50 | $175.00 | $207.50 | $177.19 | $182.77 | $154.47 |
| Lansing, MI | Partner | 11 | $275.00 | $390.00 | $422.36 | $372.34 | $395.63 | $386.53 |
| | Associate | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Las Vegas, NV | Partner | 58 | $230.00 | $327.50 | $402.37 | $334.01 | $331.33 | $325.24 |
| | Associate | 45 | $195.00 | $220.00 | $260.00 | $222.96 | $220.90 | $215.46 |

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

# Section I: High-Level Data Cuts (Continued)

| City | Role | n | First Quartile | Median | Third Quartile | 2012 Mean | 2011 Mean | 2010 Mean |
|---|---|---|---|---|---|---|---|---|
| Lexington, KY | Partner | 29 | $275.00 | $300.00 | $370.50 | $321.30 | $328.05 | $328.58 |
| | Associate | 18 | $180.00 | $210.00 | $240.00 | $207.41 | $207.58 | $204.30 |
| Little Rock, AR | Partner | 28 | $225.00 | $250.00 | $305.00 | $265.23 | $251.73 | $242.89 |
| | Associate | 15 | $125.00 | $165.00 | $200.00 | $168.83 | $164.36 | $182.16 |
| Los Angeles, CA | Partner | 972 | $425.00 | $606.50 | $816.89 | $620.34 | $617.16 | $594.43 |
| | Associate | 1,239 | $281.59 | $395.00 | $531.63 | $412.53 | $407.13 | $389.47 |
| Louisville, KY | Partner | 55 | $290.00 | $345.00 | $385.85 | $338.66 | $322.96 | $319.83 |
| | Associate | 31 | $185.00 | $200.00 | $220.00 | $206.35 | $202.53 | $185.08 |
| Madison, WI | Partner | 15 | $390.00 | $410.00 | $490.00 | $441.82 | $382.87 | $393.77 |
| | Associate | 11 | $235.00 | $244.00 | $314.02 | $272.33 | $233.45 | $221.25 |
| Manchester, NH | Partner | 15 | $225.00 | $321.67 | $370.00 | $321.20 | $314.26 | $311.79 |
| | Associate | 11 | $147.47 | $160.00 | $240.00 | $173.86 | $220.59 | $247.01 |
| Memphis, TN | Partner | 41 | $250.00 | $302.07 | $350.00 | $298.18 | $296.06 | $296.62 |
| | Associate | 30 | $177.59 | $205.91 | $240.00 | $203.52 | $197.63 | $198.44 |
| Miami, FL | Partner | 296 | $264.66 | $381.82 | $500.00 | $385.20 | $389.78 | $390.14 |
| | Associate | 238 | $150.00 | $230.00 | $295.00 | $239.20 | $240.79 | $244.25 |
| Milwaukee, WI | Partner | 125 | $295.00 | $370.00 | $475.00 | $388.74 | $393.48 | $405.15 |
| | Associate | 80 | $210.42 | $244.83 | $284.87 | $252.54 | $245.54 | $232.80 |
| Minneapolis, MN | Partner | 260 | $300.00 | $390.00 | $490.92 | $401.01 | $404.33 | $371.13 |
| | Associate | 236 | $215.00 | $250.00 | $285.00 | $257.25 | $252.14 | $236.59 |
| Montgomery, AL | Partner | 12 | $245.00 | $265.00 | $315.00 | $276.67 | $270.00 | $254.00 |
| | Associate | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Montréal, QC | Partner | 107 | $352.56 | $431.18 | $549.21 | $459.57 | $424.98 | $402.24 |
| | Associate | 136 | $205.85 | $264.00 | $312.29 | $263.80 | $246.61 | $238.22 |
| Nashville, TN | Partner | 109 | $305.00 | $370.00 | $414.00 | $356.03 | $332.87 | $338.18 |
| | Associate | 89 | $194.80 | $216.16 | $240.00 | $218.54 | $202.00 | $201.78 |
| New Haven, CT | Partner | 19 | $275.00 | $340.30 | $390.00 | $335.91 | $364.79 | $348.02 |
| | Associate | 12 | $250.74 | $273.55 | $380.00 | $302.97 | $285.75 | $266.86 |
| New Orleans, LA | Partner | 116 | $225.91 | $285.67 | $340.63 | $281.62 | $275.45 | $275.24 |
| | Associate | 76 | $160.00 | $209.55 | $225.75 | $211.86 | $194.17 | $185.80 |
| New York, NY | Partner | 2,709 | $556.88 | $795.00 | $965.63 | $755.68 | $737.17 | $715.08 |
| | Associate | 4,045 | $369.95 | $496.00 | $616.61 | $491.92 | $465.85 | $445.19 |
| Oklahoma City, OK | Partner | 29 | $235.00 | $275.00 | $310.00 | $282.49 | $272.80 | $251.22 |
| | Associate | 23 | $150.00 | $180.41 | $200.00 | $182.79 | $183.45 | $174.92 |
| Omaha, NE | Partner | 43 | $264.78 | $320.00 | $339.99 | $301.48 | $277.54 | $272.03 |
| | Associate | 28 | $177.50 | $188.21 | $225.00 | $192.75 | $186.67 | $167.83 |
| Orlando, FL | Partner | 78 | $261.21 | $386.10 | $465.00 | $371.86 | $387.08 | $375.25 |
| | Associate | 68 | $165.00 | $225.00 | $252.85 | $216.91 | $226.33 | $227.04 |

Table header spans: *2012—Real Rates for Partners and Associates by City (Continued)* | *Trend Analysis*

www.tymetrix.com
www.executiveboard.com
GCR5442513SYN

EXHIBIT H

Law Firms Raise Rates, but Ease Blow With Discounts - WSJ.com



News, Quotes, Companies, Videos    SEARCH

U.S. EDITION | Tuesday, April 9, 2013 As of 4:48 PM EDT    SUBSCRIBE NOW

Subscribe | Log In

Home   World   U.S.   Business   Tech   Markets   Market Data   Your Money   Opinion   Life & Culture   N.Y.   Real Estate   Management

Earnings   Economy   Health   Law   Autos   Management   Media & Marketing   Energy   Small Business   Startups   More Industries

Eiji Toyoda, Driver of Global Expansion, Dies at 100

EA Taps Insider Andrew Wilson as CEO

'The Circle' Takes Vengeance on Google, Facebook

New Touch for iPhone

LAW | April 9, 2013, 4:48 p.m. ET

# On Sale: The $1,150-Per-Hour Lawyer

*Lawyer Fees Keep Growing, But Don't Believe Them. Clients Are Demanding, and Getting, Discounts*

| Article | Video | Stock Quotes | Comments (30) |

MORE IN LAW »

Email   Print

By JENNIFER SMITH

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.

Top partners at leading U.S. law firms are charging more than ever — routinely $1,150 or more an hour — but after discounts and write-offs the rosebland rates aren't all they appear to be. Jennifer Smith reports. Photo: Getty Images.

Having blown past the once-shocking price tag of $1,000 an hour, some sought-after deal, tax and trial lawyers are commanding hourly fees of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are actually collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly fees "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation....Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."



Jenna Kaufman

Star lawyers still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an hour has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 lawyers in the firm's database billed at that level in the first quarter of 2013, up from 186 a year earlier

see how Knobbe Martens wins again and again.

**Knobbe Martens**
INTELLECTUAL PROPERTY LAW

THE NEW FORM FOR OIL ON WSJ.COM
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS

Don't Miss



Mossberg on Apple's New iPhones

Shark Eats Shark in Wild New Photo

Five False Assumptions About The Rich

More in Law

China's Baby-Milk Issues Flare Anew

Popular Now    What's Talk?

1  Where Job Growth Is Coming

Law Firms Raise Rates, but Ease Blow With Discounts - WSJ.com

That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal lawyers such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those lawyers and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key lawyer is charging $900 an hour or $1,150 an hour. But for legal matters where their future isn't on the line, companies are pushing for—and winning—significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. VZ +0.28% The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the hour exceeds a set cap, lawyers may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%. Firms that used to collect on average about 92 cents for every dollar of standard time their lawyers worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, things have certainly picked up some since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of 2013, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an hour, according to Valeo Partners. Rates for junior lawyers, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate lawyers during the downturn, refusing to pay hundreds of dollars an hour for inexperienced first- or second-year attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an hour, according to Valeo.

The increases continue the upward trend of 2012, when legal fees in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer, WKL.AE +0.05% and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.

2   Steps to Better
    Foot Health



3   Opinion: The
    Power of 218

4   Shooting Suspect
    Bad Record of
    Gun Use

5   Jetpacks Are
    Coming—From
    New Zealand

Show 8 More



ticketmaster

SAN FRANCISCO 49ers
NFL Ticket Exchange
Sold by Fans. Verified by Ticketmaster.

BUY TICKETS ►

Press Release Marketing
Effective Affordable Distribution. Attract New Clients Now. Learn How!
publically.24-7presserelease.com/

SUPER PC Multiple Monitor
The Original Multi-Monitor Store! Buy Multi-Screen Computers & Displays
www.Multi-Monitors.com

world news cnn online
Improve Network Infrastructure. Expert Advice & Industry Trends.
techtarget.com/Network-Structure

Content from our Sponsors   [?]






A Southern Spin on        Arroz con Pollo al        Kids with
Grilled Franks            Estilo                    Neurological
                         Puertorriqueño            Disorders No More
                                                   Likely to Get Flu
                                                   Vaccine

Law Firms Raise Rates, but Ease Blow With Discounts - WSJ.com

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior lawyers gain in seniority.

Joe Sims, an antitrust partner at Jones Day and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite lawyers have successfully staked out the high end—the deal teams at Wachtell, Lipton, Rosen & Katz, for example—legal experts say that client pressure to control legal spending means most law firms must be considerably more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones, the Georgetown fellow. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

Write to Jennifer Smith at jennifer.smith@wsj.com

JOIN THE DISCUSSION
38 Comments, add yours »

MORE IN
Law »



| Email | Print | Order Reprints |

OMVS Stock Pick Win
Opportunities Abound with This Company—Invest Today, Free Info!
www.OnTheMoveSystems.com

Mortgage Rates Hit 2.67%
White House Program Cuts Up to $1k off Monthly Payments! (3.12% APR)
www.SeeRefinanceRates.com

Warren Buffett Confesses
Warren Buffett's Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

The End Of Obama?
This looming scandal could ruin the 44th President and disrupt the...
StansberryResearch.com

Don't Miss



Model Behavior
Storms Social Media



Top Five Cars at the
Frankfurt Motor
Show



How Gang Rape Is
Changing India's
Laws



Billionaire Builds
High-End Resort
Town in Swiss Alps

You Might Like

Woman Tries to Sell Daughter's Virginity

Jeep's new Wrangler makes a statement. You might not want to hear it

Content from our Sponsors
What's this?

Immigrant Scientists Launch Braintrust -
Create 1000 American Jobs. (Entrepreneur.com)

Law Firms Raise Rates, but Ease Blow With Discounts - WSJ.com

Living Together Before Marriage Stalls

Companies are increasingly choosing to generate their own power, delivering a jolt to utilities

Redbox's DVD-rental business is weaker than expected

Three Things Every Leader Should Do in a Meeting (The Intuit Nation )

Made in the west doesn't always work in asia (Singapore Business)

How Retailers Beat Amazon At Its Own Game: INFOGRAPHIC (About The Future of Retail)

The Worst Business Lawyer Habit: "Punchbowling" (Legal Products Jn)

## Add a Comment

View All Comments (30)

JOURNAL COMMUNITY

Community rules

To add a comment please

**Log in**

**Create an Account**
You real . tior is required for commenting.

☐ Track replies to my comment



WSJ SUBSCRIBER'S CONTENT PROVIDES:

• WSJ Portfolio
• Mobile Apps
• WSJ Weekend Travel

**SUBSCRIBE NOW**

## Editors' Picks

    

Antibiotics Losing Battle Against Bugs: Report

For TV Shows, It's a Seller's Market

Are You Ready for a Jetpack?

The 400 Richest Americans: Who's New on the List?

Steps to Better Foot Health

Subscribe / Login     Back to Top

**Customer Service**
Customer Center
Need Live Help
Contact Us
WSJ Weekend
Content Directory
Corrections

**Policy**
Privacy Policy
Data Policy
Copyright Policy
Subscriber Agreement & Terms of Use
Your Ad Choices

**Advertise**
Advordon
Place a Classified Ad
Sell Your Home
Sell Your Business
Commercial Real Estate Ads
Recruitment & Career Ads
Franchising
Advertise Locally

**Tools & Features**
Apps
Newsletters and Alerts
Graphics & Photos
Columns
Topics
Guides
Portfolio
Old Portfolio

**More**
Register for Free
Reprints
Content Partnerships
Conferences
SafeHouse
Mobile Site
News Archive

Jobs at WSJ

Copyright 2013 Dow Jones & Company, Inc. All Rights Reserved

EXHIBIT I

# Ahdoot & Wolfson, PC

## Transaction Report
January 2, 2015 - November 1, 2019

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 02/21/15 | ABC Legal Services, Service of Process, Invoice no. 683401 | Attorney Service Fees | $59.50 |
| 04/18/15 | Western Attorney Services, Courtesy copy to Judge Tigar, First Amended Complaint, Invoice n | Attorney Service Fees | $20.84 |
| 05/20/15 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 68314 | Attorney Service Fees | $31.24 |
| 06/03/15 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 68390 | Attorney Service Fees | $11.83 |
| 06/12/15 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 68447 | Attorney Service Fees | $14.23 |
| 06/19/15 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 68503 | Attorney Service Fees | $26.83 |
| 10/28/15 | Now Messenger, Messenger from Ahdoot & Wolfson to Irell Manella, Invoice no. 7855 | Attorney Service Fees | $139.41 |
| 11/18/15 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 69475 | Attorney Service Fees | $15.26 |
| 01/08/16 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 69804 | Attorney Service Fees | $44.74 |
| 02/19/16 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 70068 | Attorney Service Fees | $79.50 |
| 03/22/16 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 70288 | Attorney Service Fees | $17.26 |
| 07/22/16 | Western Attorney Services, Courtesy copy to Judge Tigar, Invoice no. 71115 | Attorney Service Fees | $30.35 |
| 02/01/18 | Western Attorney Services Invoice No. 75008, Courtesy Copy to Judge Tigar | Attorney Service Fees | $63.46 |
| 02/07/18 | Western Attorney Services Invoice No. 75067, Courtesy Copy to Judge Tigar | Attorney Service Fees | $32.35 |
| 02/21/18 | Western Attorney Services Invoice No. 75169, Courtesy Copy to Judge Tigar | Attorney Service Fees | $28.27 |
| 06/07/19 | Western Attorney Services Invoice No. 78330, Courtesy copy to Judge Tigar of Docket 182 - Rush | Attorney Service Fees | $55.80 |
| 02/07/18 | Print preparation documents for fairness hearing (857pgs) | Attorney Service Fees | $85.60 |
|  |  | Subtotal: | $756.47 |

| | | | |
|---|---|---|---|
| 01/07/15 | Complaint Filing Fee for Andrea Pappey to US District Court Northern District | Filing Fees | $400.00 |
|  |  | Subtotal: | $400.00 |

| | | | |
|---|---|---|---|
| 08/12/15 | JAMS,Inc. Check no. 5534 Retainer Fees Invoice no. 3518638 | Mediation Fees | $2,441.66 |
| 09/29/15 | JAMS,Inc. Check no. 5583 Retainer Fees Invoice no. 3548644 | Mediation Fees | $2,441.67 |
| 10/30/15 | JAMS,Inc. Check no. 5600 Retainer Fees Invoice no. 3573668 | Mediation Fees | $1,608.33 |
| 01/28/16 | Jams, Inc. Reimbursement check | Mediation Fees | −$274.99 |
|  |  | Subtotal: | $6,216.67 |

| | | | |
|---|---|---|---|
| 06/30/15 | Pacer charges 4/1/15-6/30/15 | Electronic Research and Pacer Fees | $15.60 |
| 03/31/16 | Pacer 01/01/2016 to 03/31/2016 | Electronic Research and Pacer Fees | $14.90 |
| 09/30/16 | Pacer 07/01/2016 to 09/30/2016 | Electronic Research and Pacer Fees | $3.20 |
| 03/31/17 | Pacer, From 01/01/2017 to 03/31/2017 | Electronic Research and Pacer Fees | $0.20 |
| 05/19/17 | Pacer, From 04/01/2017 to 05/19/2017 | Electronic Research and Pacer Fees | $1.20 |

# Ahdoot & Wolfson, PC

**Transaction Report**

January 2, 2015 - November 1, 2019

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 07/18/17 | Pacer, From 05/20/2017 to 07/18/2017 | Electronic Research and Pacer Fees | $1.90 |
| 07/18/17 | Pacer, From 05/19/2017 to 07/18/2017 | Electronic Research and Pacer Fees | $3.10 |
| 11/20/17 | Pacer, From 11/10/2017 to 11/20/2017 | Electronic Research and Pacer Fees | $1.70 |
| 12/28/17 | Pacer, From 12/01/2017 to 12/28/2017 | Electronic Research and Pacer Fees | $13.10 |
| 12/28/17 | Pacer, From 12/01/2017 to 12/28/2017 | Electronic Research and Pacer Fees | $2.20 |
| 03/02/18 | Pacer, From 01/01/2018 to 03/02/2018 | Electronic Research and Pacer Fees | $94.20 |
| 03/02/18 | Pacer, From 01/01/2018 to 03/02/2018 | Electronic Research and Pacer Fees | $54.60 |
| 03/02/18 | Pacer, From 01/01/2018 to 03/02/2018 | Electronic Research and Pacer Fees | $2.60 |
| 05/28/18 | Pacer, From 03/02/2018 to 05/28/2018 | Electronic Research and Pacer Fees | $18.70 |
| 11/30/18 | Pacer, From 11/01/2018 to 11/30/2018 | Electronic Research and Pacer Fees | $1.00 |
| 03/26/19 | Pacer, From 01/01/2019 to 03/26/2019 | Electronic Research and Pacer Fees | $3.00 |
| 03/26/19 | Pacer, From 01/01/2019 to 03/26/2019 | Electronic Research and Pacer Fees | $11.70 |
| 06/30/19 | Pacer, From 03/30/2019 to 06/30/2019 | Electronic Research and Pacer Fees | $5.50 |
| 09/17/19 | Pacer, From 07/01/2019 to 09/17/2019 | Electronic Research and Pacer Fees | $5.50 |
| 09/17/19 | Pacer, From 07/01/2019 to 09/17/2019 | Electronic Research and Pacer Fees | $2.50 |
| 11/15/19 | Pacer, From 10/19/2019 to 11/15/2019 | Electronic Research and Pacer Fees | $3.40 |
| | | **Subtotal:** | **$259.80** |

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 01/07/15 | Mailing Courtesy copy to California Northern District | Mailing/Postage | $2.24 |
| 04/13/15 | Mailing CLRA Return Receipt Request to Andra Greene, Irell & Manella | Mailing/Postage | $6.00 |
| 04/13/15 | Mailing 93A Return Receipt Request to Andra Greene, Irell & Manella | Mailing/Postage | $6.00 |
| 04/14/15 | Mailing 93A Flat Rate Sent to Andra Greene, Irell & Manella | Mailing/Postage | $7.60 |
| 04/14/15 | Mailing CLRA Flat Rate Sent to Andra Greene, Irell & Manella | Mailing/Postage | $7.60 |
| 06/23/15 | Motion to Stay Pending Arb, Binder sent to Tina in New York | Mailing/Postage | $75.83 |
| 02/11/16 | Mailing of Discovery Request For Production | Mailing/Postage | $0.71 |
| 12/08/17 | Courtesy copy to Judge Tigar sent via USPS Priority Mail | Mailing/Postage | $6.65 |
| | | **Subtotal:** | **$112.63** |

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 07/02/15 | Motion to Stay Pending Arb United Airlines Flight Change Fee | Travel | $200.00 |
| 08/24/15 | Mediation before Hon. Carl J. West - Union 76 | Travel | $83.00 |
| 08/24/15 | Mediation before Hon. Carl J. West - ABM Parking Gas Tower | Travel | $46.35 |
| 10/30/15 | Mediation before Hon. Carl J. West - ABM Parking Gas Tower | Travel | $8.00 |
| 10/30/15 | Mediation before Hon. Carl J. West - Uber | Travel | $34.57 |

# Ahdoot & Wolfson, PC

**Transaction Report**

January 2, 2015 - November 1, 2019

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 11/04/15 | Confirmatory discovery at defendant HQ, Westin Saint Francis Hotel,  5 Nights (11-5-15 to 11-10-15) | Travel | $2,171.85 |
| 11/04/15 | Confirmatory discovery at defendant HQ, Round Trip Southwest Airlines Ticket | Travel | $507.96 |
| 11/06/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $8.49 |
| 11/06/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $34.83 |
| 11/09/15 | Confirmatory discovery at defendant HQ, Lyft Ride Fri 10am | Travel | $14.51 |
| 11/09/15 | Confirmatory discovery at defendant HQ, Lyft Ride Sat 6pm | Travel | $8.79 |
| 11/09/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $13.93 |
| 11/10/15 | Confirmatory discovery at defendant HQ, Lyft Ride Mon 9am | Travel | $8.64 |
| 11/10/15 | Confirmatory discovery at defendant HQ, Lyft Ride Tue 9am | Travel | $9.25 |
| 11/10/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $7.49 |
| 11/10/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $7.79 |
| 11/10/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $5.66 |
| 11/10/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $7.15 |
| 11/11/15 | Confirmatory discovery at defendant HQ, Westin Saint Francis Hotel | Travel | $58.07 |
| 11/11/15 | Confirmatory discovery at defendant HQ, Lyft Ride Tue 3pm | Travel | $11.90 |
| 11/11/15 | Confirmatory discovery at defendant HQ, Lyft Ride Wed 10am | Travel | $10.66 |
| 11/11/15 | Confirmatory discovery at defendant HQ, Lyft Ride Wed 9am | Travel | $10.02 |
| 11/11/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $5.00 |
| 11/12/15 | Confirmatory discovery at defendant HQ, Lyft Ride Thu 9am | Travel | $9.40 |
| 11/13/15 | Confirmatory discovery at defendant HQ, Lyft Ride Thu 6pm | Travel | $9.05 |
| 11/13/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $35.25 |
| 11/13/15 | Confirmatory discovery at defendant HQ, Uber | Travel | $41.13 |
| 01/24/16 | Hearing Combined CMC, Round Trip Virgin America Flight | Travel | $450.20 |
| 01/25/16 | Hearing Combined CMC, LAX Parking | Travel | $30.00 |
| 01/25/16 | Hearing Combined CMC, San Francisco Bart | Travel | $17.90 |
| 10/05/16 | Mediation at Judicate West, Parking at ABM Gas Tower | Travel | $21.00 |
| 10/05/16 | Mediation at Judicate West, Union 76 | Travel | $80.70 |
| 11/22/16 | Mediation at Judicate West, Shell Oil | Travel | $62.23 |
| 11/22/16 | Mediation at Judicate West, Shell Oil | Travel | $4.08 |
| 12/06/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Tue 2pm | Travel | $34.49 |
| 12/06/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Tue 11am | Travel | $22.84 |
| 12/06/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Tue 4pm | Travel | $6.75 |
| 12/06/16 | Meeting with Uber In-house and M. Ashley, Southwest Airlines Round Trip | Travel | $475.68 |
| 12/06/16 | Meeting with Uber In-house and M. Ashley, Uber | Travel | $56.16 |

# Ahdoot & Wolfson, PC

**Transaction Report**

January 2, 2015 - November 1, 2019

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 12/06/16 | Meeting with Uber In-house and M. Ashley, Uber | Travel | $19.13 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Uber | Travel | $93.00 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Uber | Travel | $56.16 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Felix Goldberg Taxicab & Limousine | Travel | $17.40 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Uber | Travel | $93.00 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Tue 10pm | Travel | $9.19 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Wed 9am | Travel | $8.75 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Wed 7pm | Travel | $34.77 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Virgin America Round Trip Flight | Travel | $440.20 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, The Marker Hotel | Travel | $6.53 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Wed 10pm | Travel | $21.61 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, The Marker Hotel | Travel | $315.74 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Exxon Mobil | Travel | $55.18 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, The Marker Hotel | Travel | $335.53 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Southwest Airlines Round Trip | Travel | $223.84 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Tue 10am | Travel | $29.69 |
| 12/07/16 | Meeting with Uber In-house and M. Ashley, Lyft Ride Wed 11am | Travel | $6.76 |
| 01/03/17 | Mediation at Judicate West with Robert Kaplan, Southwest Airlines Round Trip flight | Travel | $475.88 |
| 01/05/17 | Mediation at Judicate West with Robert Kaplan, Bob Hope Airport Parking | Travel | $32.00 |
| 01/05/17 | Mediation at Judicate West with Robert Kaplan, Lyft Ride Thu 2pm | Travel | $41.26 |
| 01/06/17 | Mediation at Judicate West with Robert Kaplan, Smart Taxi Enterprise | Travel | $90.95 |
| 02/21/17 | Case Management Conference, Virgin America Flight LAX-SFO | Travel | $218.20 |
| 02/21/17 | Case Management Conference, Virgin America Flight SFO-LAX | Travel | $218.20 |
| 02/22/17 | Case Management Conference, LAX Airport Parking | Travel | $30.00 |
| 02/23/17 | Case Management Conference, Lyft Ride 11am | Travel | $28.95 |
| 03/06/17 | Settlement Conference, Southwest Airlines Round Trip Flight | Travel | $497.88 |
| 03/06/17 | Settlement Conference, Shell Oil | Travel | $67.03 |
| 03/07/17 | Settlement Conference, Uber | Travel | $57.69 |
| 03/07/17 | Settlement Conference, LAX Airport Parking | Travel | $30.00 |
| 03/07/17 | Settlement Conference, Uber | Travel | $63.20 |
| 02/07/18 | Hearing re Final Settlement, Lyft Ride Thu 8pm | Travel | $35.69 |
| 02/08/18 | Hearing re Final Settlement, Delta Airlines from SFO-Atlanta | Travel | $798.30 |
| 02/08/18 | Hearing re Final Settlement, Shell Oil | Travel | $41.39 |

# Ahdoot & Wolfson, PC

**Transaction Report**

January 2, 2015 - November 1, 2019

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 02/08/18 | Hearing re Final Settlement, Lyft Ride Thu 10am | Travel | $40.89 |
| | | **Subtotal:** | **$9,164.76** |

| Expense Date | Memo/Description | Expense Type | Amount |
|---|---|---|---|
| 02/23/18 | Joan Marie Columbini Invoice no. 20180064, Transcript of FTR proceedings | Transcripts | $84.76 |
| | | **Subtotal:** | **$84.76** |

| | | | |
|---|---|---|---|
| | | **Total Expenses:** | **$16,995.09** |