UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON MCKNIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05615-JST<br><br>**ORDER** |

One of the proposals Plaintiffs make in their Supplemental Brief In Support of Renewed Motion for Attorney's Fees and Expenses is that the parties modify their settlement so that "the Court would enter judgment now, in accordance with the terms of the Settlement, allow distribution to proceed (assuming the Effective Date occurs, which would mean, among other things, that no party or objector files an appeal or that any such appeals have been resolved), award costs, and set aside funds for a later award of fees." ECF No. 218 at 5.

So that the Court can consider this proposal more fully, Plaintiffs are ordered to file a proposed order effecting this relief. *See id.* ("Should the Court be amenable to such a solution, the Parties have agreed to provide the Court with a stipulated, proposed order for such distribution."). The proposed order is due by August 3, 2020.

**IT IS SO ORDERED.**

Dated: July 30, 2020

                                                        JON S. TIGAR<br>
                                            United States District Judge