# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:14-cv-05615-JST

Date case was first filed in U.S. District Court: 12/23/2014

Date of judgment or order you are appealing: 09/02/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jennifer Hinojosa

Is this a cross-appeal?  ◯ Yes   ⦿ No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

N. Albert Bacharach, Jr. PA

4128 NW 13th Street

City: Gainesville    State: FL    Zip Code: 32609

Prisoner Inmate or A Number (if applicable): N/A

**Signature** /s/ N. Albert Bacharach, Jr.    **Date** 09/30/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    *Rev. 12/01/2018*