# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Jennifer Hinojosa

Name(s) of counsel (if any):
N. Albert Bacharach, Jr.

Address: 4128 NW 13th St., Gainesville, FL 32609

Telephone number(s): 352-378-9859 office or 352-246-7431 cell

Email(s): n.a.bacharach@att.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Byron Mcknight, Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia

Name(s) of counsel (if any):
Robert R. Ahdoot, Tina Wolfson, Theodore W. Maya
AHDOOT & WOLFSON, PC

Address: 2600 W. Olive Ave., Suite 500, Burbank, CA 91505-4521

Telephone number(s): 310-474-9111

Email(s): rahdoot@ahdootwolfson.com; twolfson@ahdootwolfson.com; tmaya@a

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　*1*　　　　　　　　　　　　　*Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:
See page #1

Name(s) of counsel (if any):
See page #1

Address: See page #1

Telephone number(s): See page #1

Email(s): See page #1

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

## Appellees

Name(s) of party/parties:
Byron Mcknight, Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia (Sontinued from Page 1)

Name(s) of counsel (if any):
Mike Arias, Alfredo Torrijos
ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP

Address: 6701 Center Drive West, 14th Floor, Los Angeles, CA 90045

Telephone number(s): 310-844-9696

Email(s): mike@asstlawyers.com;alfredo@asstlawyers.com

Name(s) of party/parties:
Byron Mcknight, Julian Mena, Todd Schreiber, Nate Coolidge, and Ernesto Mejia (Sontinued from Page 1)

Name(s) of counsel (if any):
Nick Coulson (pro hac vice)
LIDDLE & DUBIN, P.C.

Address: 975 E. Jefferson Ave, Detroit, Michigan 48207

Telephone number(s): 1-313-392-0015

Email(s): ncoulson@ldclassaction.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6        2 (see page 3 for additional parties)        *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
See page #1

Name(s) of counsel (if any):
See page #1

Address: See page#1

Telephone number(s): See page #1

Email(s): See page #1

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Uber Technologies, Inc. and Rasier, LLC

Name(s) of counsel (if any):
Andra B. Greene, Alvin Matthew Ashley
IRELL & MANELLA, LLP

Address: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660

Telephone number(s): 1-949-760-0991

Email(s): agreene@irell.com; mashley@irell.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    3                              *Rev. 12/01/2018*