**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MCKNIGHT, et al., | ) |
|                 Plaintiff, | ) |
| v. | )   Case No. 3:14-cv-05615-JST |
| | ) |
| UBER TECHNOLOGIES, INC., et al., | ) |
|                 Defendants. | ) |
| | ) |

## <u>NOTICE OF APPEAL</u>

Objector Robert Hudson hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting in Part and Denying in Part Plaintiffs' Motions for Attorney's Fees and Costs (Docucment 236) entered on September 2, 2021.

Respectfully submitted,
Robert Hudson,
By his attorney,

*/s/ John J Pentz*
John J. Pentz, Esq., *pro hac vice*
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

Steve A. Miller (CA Bar # 171815)
Steve A. Miller, PC
1625 Larimer St., No. 2905
Denver, CO  80202
Phone: (303) 892-9933
Sampc01@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on October 1, 2021 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *<u>/s/ John J Pentz</u>*