United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BYRON MCKNIGHT,

            Plaintiff,

   v.

UBER TECHNOLOGIES, INC., et al.,

            Defendants.

Case No. 14-cv-05615-JST

**ORDER RE: REVISED PROPOSED JUDGMENT**

Re: ECF No. 236

The Court previously ordered Plaintiffs to submit a revised proposed judgment, approved as to form by Defendant Uber, by September 15, 2021.  No proposed judgment has yet been filed. The parties are ordered to file one forthwith.

**IT IS SO ORDERED.**

Dated: October 4, 2021



                JON S. TIGAR
          United States District Judge